Fill in this information to identify your case:

Debtor 1  **Michael A. Gral**
         First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WISCONSIN

Case number
(if known)

☐ Check if this is an amended filing

# B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Park Bank
7540 W. Capitol Drive
Milwaukee, WI 53216

What is the nature of the claim?   Guarantee of Loan   $ $10,395,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Bryan Swanson
_____
Contact

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
         Value of security:                  - $ _____
         Unsecured claim                       $ _____

414-616-4426
Contact phone

**2**
SB1 Cedarburg, LLC
c/o Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

What is the nature of the claim?   Judgment    $ $2,679,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Neal H. Levin, Esq.

Does the creditor have a lien on your property?
■ No

| Debtor 1 | Michael A. Gral | Case number *(if known)* | |
|---|---|---|---|

Contact

☐ Yes. Total claim (secured and unsecured) $ _____

312-360-6000
Contact phone

Value of security: - $ _____
Unsecured claim $ _____

---

**3**

**Cadles of Grassy Meadows II, LLC**
**100 N. Center Street**
**Newton Falls, OH 44444**

What is the nature of the claim? _____ $ $2,158,849.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____

Contact

Contact phone

Value of security: - $ _____
Unsecured claim $ _____

---

**4**

**Bielinski Bros. Builders, Inc.**
**N16 W23377 Stone Ridge Drive**
**Waukesha, WI 53188**

What is the nature of the claim? **Judgment** $ $1,748,787.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Sean O'D. Bosack, Esq.**
Contact

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____

414-273-3500
Contact phone

Value of security: - $ _____
Unsecured claim $ _____

---

**5**

**Town Bank**
**850 W. North Shore Drive**
**Hartland, WI 53029**

What is the nature of the claim? **Guarantee of Loan** $ $1,062,226.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Michael Fitzsimmons**
Contact

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____

262-369-8806
Contact phone

Value of security: - $ _____
Unsecured claim $ _____

---

**6**

What is the nature of the claim? _____ $ $591,556.00

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 16-21329-gmh    Doc 2    Filed 02/20/16    Page 2 of 5

Debtor 1    Michael A. Gral                                    Case number *(if known)*

American Bank
676 W. Johnson St.
Fond Du Lac, WI 54935

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Randy Lorenz

Contact

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

262-523-5719
Contact phone

Value of security:    - $ _____
Unsecured claim       $ _____

---

**7**

**TCF National Bank**
500 W. Brown Deer Road
Milwaukee, WI 53217

What is the nature of the claim?    Guarantee of Loan    $ **$529,302.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Michael Roidt

Contact

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

414-351-8368
Contact phone

Value of security:    - $ _____
Unsecured claim       $ _____

---

**8**

**Estate of Peter Margolis**
c/o Nancy Cigno Margolis, P.R.
P.O. Box 530277
Miami, FL 33153

What is the nature of the claim?    Guarantee of Loan    $ **$359,674.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Contact

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact phone

Value of security:    - $ _____
Unsecured claim       $ _____

---

**9**

**Gibralter Bank**
200 S. Biscayne Blvd.
Sutie 2850
Miami, FL 33131

What is the nature of the claim?    Guarantee    $ **$164,406.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 16-21329-gmh    Doc 2    Filed 02/20/16    Page 3 of 5

Debtor 1   Michael A. Gral    Case number (if known) _____

305-858-2900
Contact phone                     Unsecured claim    $ _____

---

**13**   Bank of America
P.O. Box 351001
Dallas, TX 75285

What is the nature of the claim?   **Credit Card Debt**   $ **$32,451.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact _____

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
           Value of security:    - $ _____
           Unsecured claim      $ _____

414-732-9194
Contact phone

---

**14**   Thomadsen & Hoeschen, LLC
River Bank Plaza
740 N Plankinton Avenue, Suite 430
Milwaukee, WI 53203

What is the nature of the claim?  _____   $ **$21,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact _____

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
           Value of security:    - $ _____
           Unsecured claim      $ _____

414-276-4080
Contact phone

---

**15**   Citibank N.A.
American Express
P.O. Box 6500
Sioux Falls, SD 57117

What is the nature of the claim?   **Credit Card Debt**   $ **$19,200.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact _____

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
           Value of security:    - $ _____
           Unsecured claim      $ _____

800-347-4934
Contact phone

---

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  _[signature]_                                                  X  _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 16-21329-gmh    Doc 2    Filed 02/20/16    Page 4 of 5

Debtor 1   Michael A. Gral                              Case number *(if known)*

**Michael A. Gral**                                     Signature of Debtor 2
Signature of Debtor 1

Date    2/20/16                                         Date

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Case 16-21329-gmh    Doc 2    Filed 02/20/16    Page 5 of 5