# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: **Michael A. Gral**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: 2/20/16

**Michael A. Gral**  
Signature of Debtor

American Bank
676 W. Johnson St.
Fond Du Lac, WI 54935

Anchor Bank
18200 W. Capital Drive, #200
Brookfield, WI 53045

Bank of America
P.O. Box 351001
Dallas, TX 75285

Benjamin Stern, Esq.
von Briesen & Roper S.C
411 E. Wisconsin Ave., #1000
Milwaukee, WI 53202

Best Buy
P.O. Box 183185
Columbus, OH 43218-3195

Bielinski Bros. Builders, Inc.
N16 W23377 Stone Ridge Drive
Waukesha, WI 53188

BMO Harris Bank
3800 Golf Road
Suite 300
Rolling Meadows, IL 60008

Cadles of Grassy Meadows II, LLC
100 N. Center Street
Newton Falls, OH 44444

Chernov, Stern & Krings, S.C.
Two Plaza East, Suite 1275
330 E. Kilbourn Avenue
Milwaukee, WI 53202

Citibank N.A.
American Express
P.O. Box 6500
Sioux Falls, SD 57117

City of Milwaukee - Treasurer
200 E. Wells Street
Room 103
Milwaukee, WI 53202

Coffey Burlington
2601 South Bayshore Drive
Penthouse
Miami, FL 33133

Donald A. Gral
1429 N. Prospect Avenue
Milwaukee, WI 53202

Donald J. Gral
1437 N. Prospect Avenue
Suite 100
Milwaukee, WI 53202

Estate of Peter Margolis
c/o Nancy Cigno Margolis, P.R.
P.O. Box 530277
Miami, FL 33153

Gibralter Bank
200 S. Biscayne Blvd.
Sutie 2850
Miami, FL 33131

Gral Holdings, Ltd.
1437 N. Propsect Avenue
Milwaukee, WI 53202

Gral Investment Company
1437 N. Propsect Avenue
Milwaukee, WI 53202

HSBC Retail
P. O. Box 5238
Carol Stream, IL 60197-5238

Integral Investments, LLC
1437 N. Prospect Avenue
Suite 100
Milwaukee, WI 53202

Integral Management Co., LLC
1437 N. Propsect Avenue
Suite 100
Milwaukee, WI 53202

IRS - Madison Insolvency
1242 Fourier Dr.
Room 200
Madison, WI 53717

IRS - Milwaukee
Insolvency - Stop 5301 MIL
211 W. Wisconsin Avenue
Milwaukee, WI 53203

IRS - PA - Ch. 11
P.O. Box 7346
Philadelphia, PA 19114-7346

Jane E. Gral
1437 N. Prospect Avenue
Milwaukee, WI 53202

Johnson Bank
P.O. Box 547
Racine, WI 53401

LDG Investments, LLC
1437 N. Prospect Avenue
Suite 100
Milwaukee, WI 53202

Louis A. Gral
1429 N. Prospect Avenue
Suite 100
Milwaukee, WI 53202

Milwaukee County Treasurer
901 N. 9th Street
Room 103
Milwaukee, WI 53233

Neal H. Levin, Esq.
Freeborn & Peters, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Northwestern Mutual Life
720 E. Wisconsin Avenue
Milwaukee, WI 53202

Park Bank
7540 W. Capitol Drive
Milwaukee, WI 53216

Prime Star - H1 Trust
C/o Statebridge Company, LLC
5680 Greenwood Plaza Blvd., #100 S
Greenwood Village, CO 80111

Prospect Avenue Holdings, LLC
1437 N. Prospect Avenue
Suite 100
Milwaukee, WI 53202

SB1 Cedarburg, LLC
c/o Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Sean O'D. Bosack, Esq.
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202

TCF National Bank
500 W. Brown Deer Road
Milwaukee, WI 53217

Thomadsen & Hoeschen, LLC
River Bank Plaza
740 N Plankinton Avenue, Suite 430
Milwaukee, WI 53203

Town Bank
850 W. North Shore Drive
Hartland, WI 53029

Village of Fox Point
7200 N. Santa Monica Blvd.
Milwaukee, WI 53217

WI Department of Revenue - Madison
P.O. Box 8901
Madison, WI 53708

WI Department of Revenue - Milwaukee
P.O. Box 930208
Milwaukee, WI 53293