THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 29, 2016



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral,

    Debtor.

Case No. 16-21329
Chapter 11

**ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS UNDER BANKRUPTCY RULE 1007(c)**

The Debtor, having moved the Court for an Order pursuant to Bankruptcy Rule 1007(c), seeking an extension within which to file his Schedules and Statement of Financial Affairs, and the United States Trustee being duly notified, and having made no objection thereto, and the Court being satisfied that the Debtor is entitled to the extension, hereby orders:

The Debtor shall have until March 21, 2016 within which to file his Schedules and Statement of Financial Affairs as required by Bankruptcy Rule 1007.



##### 

Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: jgoodman@ameritech.net