UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  
MICHAEL A. GRAL,  
    Debtor.

Chapter 11  
Case No. 16-21329-GMH

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE PRIMESTAR-H FUND I TRUST AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that O'Dess and Associates, S.C., pursuant to Rules 2002 and 9010, Fed. R. Bankr. P., enters an appearance on behalf of Wilmington Savings Fund Society, FSB, not in its individually but solely as trustee for the PrimeStar-H Fund I Trust and requests that notices, pleadings, and other papers filed in this case be served on the following:

    O'Dess and Associates, S.C.  
    Attn: D. Alexander Martin  
    1414 Underwood Avenue, Suite 403  
    Wauwatosa, WI 53213

    and

    Statebridge Company, LLC  
    5680 Greenwood Plaza Blvd., Suite 100S  
    Greenwood Village CO 80111

Drafted by:  
    D. Alexander Martin  
    O'Dess and Associates, S.C.  
    1414 Underwood Avenue, Suite 403  
    Wauwatosa, WI 53213  
    (414) 727-1591  
    (414) 727-1590 fax

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of March, 2016, he caused a copy of the Notice of Appearance and Request for Service to be served by U.S. mail on Debtor Michael A. Gral, at 6823 North Barnett Lane, Fox Point, Wisconsin 53217, and by electronic means *via* CM/ECF on the debtor's counsel, Jonathan V. Goodman, and the office of the United States Trustee.

Dated in Wauwatosa, Wisconsin on this 2nd day of March, 2016.

O'DESS AND ASSOCIATES, S.C.
Attorneys for Wilmington Savings Fund Society,
FSB, not in its individually but solely as trustee
for the PrimeStar-H Fund I Trust

By: D. Alexander Martin
State Bar No. 1046591

**O'Dess and Associates, S.C., is attempting to collect a debt and any information obtained will be used for that purpose.**

If you have previously received a Chapter 7 Discharge in Bankruptcy, this correspondence should not be construed as an attempt to collect a debt.

2