UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Michael A. Gral,   Case No. 16-21329
   Chapter 11
    Debtor.

---

**MOTION TO SHORTEN NOTICE PERIOD FOR HEARING ON MOTION TO BIFURCATE HEARINGS ON ALTERNATIVE MOTIONS FOR DISMISSAL/EXTENSION AND MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE**

---

    Debtor has filed a motion to bifurcate proceedings related to a motion to dismiss and motion for extension from a proceeding with respect to a motion for the appointment Chapter 11 Trustee. It is essential that the Court hear this motion as soon as possible so that all of the participants will not have to prepare for a motion for the appointment of a Chapter 11 Trustee along with the other two motions.

    WHEREFORE, Debtor respectfully requests that the notice of this Motion and the motion for bifurcation be reduced to that time actually given pursuant to Bankruptcy Rule 9006.

    Dated this __7__ day of March, 2016.

                      LAW OFFICES OF JONATHAN V. GOODMAN
                      Attorneys for Michael A. Gral

              By:    /s/ Jonathan V. Goodman
                      Jonathan V. Goodman

Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI 53202-3739
PH: (414) 276-6760 - FX: (414) 287-1199
e-mail: jgoodman@ameritech.net

Page 1 of 1

Case 16-21329-gmh    Doc 37    Filed 03/08/16    Page 1 of 1