UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:   Michael A. Gral, | Case No. 16–21329–gmh |
| Debtor. | Chapter 11 |

## ORDER SCHEDULING EVIDENTIARY HEARING

TO:   Michael A. Gral                    Attorney Jonathan V. Goodman
                                         Attorney Laura D. Steele

**PLEASE TAKE NOTICE** that an evidentiary hearing on the Application to Employ Jonathan V. Goodman as Counsel for Debtor will be held on **March 30, 2016, at 02:00 PM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger. The court will not reschedule the evidentiary hearing absent good cause and upon written order of the court.

If sufficient grounds exist, the court may rule at the hearing.

Please review section 15 of the Chambers Procedures for Judge Halfenger for a full description of the procedures that govern evidentiary hearings found on our website at www.wieb.uscourts.gov.

Dated: March 9, 2016                     BY THE COURT:

                                         */s/ G. Michael Halfenger*

                                         G. Michael Halfenger
                                         United States Bankruptcy Judge