Case Name <u>Michael A. Gral DIP</u>     Case No. <u>16-21329GMH</u>

BUDGET OF MONTHLY PERSONAL INCOME & EXPENSES

Date Prepared: <u>March 9, 2016</u>

Monthly Income:

| | |
|---|---|
| Salaries and Wages: | |
|   IMC Salary | $8,400 |
|   GHKB GP Fees | <u>$1,364</u> |
| Total Salary and Wages | $9,764 |
| Employer and Reimbursements | |
| Interest and Dividend Income | |
| Rental Income | |
| Unemployment Compensation | |
| Alimony | |
| Gifts | |
| Other (Specify): | |
|   CV Draw | $6,187 |
|       Total Income | $15,951 |

Monthly Expenses:

| | |
|---|---|
| Rent | |
| Mortgage Payments: | |
|   1st Mortgage Interest | $1,739 |
|   2nd Mortgage Interest | $1,447 |
| Lease Payments | |
| Taxes (specify): | |
|   Fed/St WH | $976 |
|   IRS (2014) | $2,168 |
|   R.E. Taxes | $1,604 |
| Interest | |
| Automobile | |
| Insurance: | |
|   Property | $297 |
|   Life/DI | $410 |
| Utilities: | |
|   Electric/Gas | $388 |
|   Water/Sewer | $139 |
| Telephone | $42 |
| Internet | $51 |
| Cable TV | $97 |
| Medical | |

| | |
|---|---|
| Repairs & Maintenance | $200 |
| Food | $800 |
| Clothes | $50 |
| Education | $50 |
| Alimony Payments | |
| Professional Fees Paid | |
| Gifts | |
| Business Expenses | |
| Other (Specify) | |
| **Total Expenses** | **$10,458** |
| **Net Income (Expenses):** | **$5,493** |