UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral,

        Debtor.

Case No. 16-21329-gmh
Chapter 11

## DECLARATION OF SERVICE

1. I am employed in the above County of Milwaukee, State of Wisconsin. I am over the age of 18 and not a party to the within action. My business address is as follows: Law Offices of Jonathan V. Goodman, 788 N. Jefferson Street, Suite 707, Milwaukee, WI 53202, phone number: (414) 276-6760.

2. **ECF Notice of Electronic Filing** on **March 14, 2016,** I served the **Budget of Monthly Personal Income & Expenses (Doc 49)** to the following parties: Robert Alan Ader, Nina G. Beck, Sean O Bosack, Joseph E. Fenzel, Jonathan V. Goodman, Daniel J. Habeck, Patrick B. Howell, D Alexander Martin, Mark L. Metz, Christopher M. Meuler, Office of the U. S. Trustee, Michael S. Polsky, Katherine Stadler, and Laura Steele.

3. **By US Mail**: On **March 14, 2016**, pursuant to Federal Bankruptcy Rule 7004 and 9014, I served the same document on the interested parties set forth on the attached Service List, at the mailing addresses shown

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **March 14, 2016**.

_____
Mary E. Medved

Subscribed and sworn to before me
this 14th day of March 2016.

_____
Anna M. Bahr
Notary Public, Milwaukee County, Wisconsin
My commission expires February 19, 2017

Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: 414-276-6760; fax: 414-287-1199
Email: jgoodman@ameritech.net

```
Label Matrix for local noticing          American Bank                              Bielinski Bros. Builders, Inc.
0757-2                                   W239 N1700 Busse Road                      c/o
Case 16-21329-gmh                        Waukesha, WI 53188-1160                    Godfrey & Kahn, S.C.
Eastern District of Wisconsin                                                       One East Main Street
Milwaukee                                                                           Suite 500
Mon Mar 14 10:37:40 CDT 2016                                                        Madison, WI 53703-3300

Estate of Peter Margolis                 Park Bank                                  SB1 Cedarburg, LLC
c/o Ader & Hitt                          Attn: Atty. Joseph Fenzel                  c/o Friebert, Finerty & St. John, S.C.
100 SE 2nd Street 3550                   757 N. Broadway                            330 East Kilbourn Avenue, Suigte 1250
#3550                                    Suite 201                                  Milwaukee, WI 53202-3170
Miami, FL 33131-2112                     Milwaukee, WI 53202-3612


Whyte Hirschboeck Dudek S.C.             Wilmington Savings Fund Society, FSB, not in   American Bank
c/o Atty. Patrick B. Howell              c/o O'Dess & Associates, S.C.              676 W. Johnson St.
555 E. Wisconsin Ave., Ste. 1900         1414 Underwood Ave., Suite 403             Fond Du Lac, WI 54935-3100
Milwaukee, WI 53202                      Wauwatosa, WI 53213-2653


Anchor Bank                              BMO Harris Bank                            Bank of America
18200 W. Capital Drive, #200             3800 Golf Road                             P.O. Box 351001
Brookfield, WI 53045-1446                Suite 300                                  Dallas, TX 75285-0001
                                         Rolling Meadows, IL 60008-4037


Best Buy                                 Bielinski Bros. Builders, Inc.             Cadles of Grassy Meadows II, LLC
P.O. Box 183185                          N16 W23377 Stone Ridge Drive               100 N. Center Street
Columbus, OH 43218-3185                  Waukesha, WI 53188-1108                    Newton Falls, OH 44444-1321


Chernov, Stern & Krings, S.C.            Chernov, Stern & Krings, S.C.              Citibank N.A.
Two Plaza East, Suite 1275               c/o Benjamin Stern, Esq.                   American Express
330 E. Kilbourn Avenue                   von Briesen & Roper S.C.                   P.O. Box 6500
Milwaukee, WI 53202-3170                 411 E. Wisconsin Ave., #1000               Sioux Falls, SD 57117-6500
                                         Milwaukee, WI 53202-4409


(p)CITY OF MILWAUKEE TREASURER S OFFICE  Coffey Burlington                          Donald A. Gral
200 EAST WELLS STREET                    2601 South Bayshore Drive                  1429 N. Prospect Avenue
ROOM 103                                 Penthouse                                  Milwaukee, WI 53202-3042
MILWAUKEE WI 53202-3599                  Miami, FL 33133-5419


Donald J. Gral                           Estate of Peter Margolis                   Gibralter Bank
1437 N. Prospect Avenue                  c/o Nancy Cigno Margolis, P.R.             200 S. Biscayne Blvd.
Suite 100                                P.O. Box 530277                            Sutie 2850
Milwaukee, WI 53202-3051                 Miami, FL 33153-0277                       Miami, FL 33131-2310


Gral Holdings, Ltd.                      Gral Investment Company                    HSBC Retail
1437 N. Propsect Avenue                  1437 N. Propsect Avenue                    P. O. Box 5238
Milwaukee, WI 53202-3051                 Milwaukee, WI 53202-3051                   Carol Stream, IL 60197-5238


IRS   PA   Ch. 11                        IRS - Madison Insolvency                   IRS - Milwaukee
P.O. Box 7346                            1242 Fourier Dr.                           Insolvency - Stop 5301 MIL
Philadelphia, PA 19101-7346              Room 200                                   211 W. Wisconsin Avenue
                                         Madison, WI 53717-1927                     Milwaukee, WI 53203-2303
```

| | | |
|---|---|---|
| Integral Investments, LLC<br>1437 N. Prospect Avenue<br>Suite 100<br>Milwaukee, WI 53202-3053 | Integral Management Co., LLC<br>1437 N. Propsect Avenue<br>Suite 100<br>Milwaukee, WI 53202-3051 | Jane E. Gral<br>1437 N. Prospect Avenue<br>Milwaukee, WI 53202-3051 |
| (p)JOHNSON BANK<br>5901 DURAND AVE<br>RACINE WI 53406-5098 | LDG Investments, LLC<br>1437 N. Prospect Avenue<br>Suite 100<br>Milwaukee, WI 53202-3051 | Louis A. Gral<br>1429 N. Prospect Avenue<br>Suite 100<br>Milwaukee, WI 53202-3042 |
| Milwaukee County Treasurer<br>901 N. 9th Street<br>Room 103<br>Milwaukee, WI 53233-1425 | Neal H. Levin, Esq.<br>Freeborn & Peters, LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606-6679 | Northwestern Mutual Life<br>720 E. Wisconsin Avenue<br>Milwaukee, WI 53202-4703 |
| Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Park Bank<br>7540 W. Capitol Drive<br>Milwaukee, WI 53216-1997 | Prime Star - H1 Trust<br>C/o Statebridge Company, LLC<br>5680 Greenwood Plaza Blvd., #100 S<br>Greenwood Village, CO 80111-2404 |
| Prospect Avenue Holdings, LLC<br>1437 N. Prospect Avenue<br>Suite 100<br>Milwaukee, WI 53202-3051 | SB1 Cedarburg, LLC<br>c/o Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801-1120 | Sean O'D. Bosack, Esq.<br>Godfrey & Kahn, S.C.<br>780 North Water Street<br>Milwaukee, WI 53202-3590 |
| TCF National Bank<br>500 W. Brown Deer Road<br>Milwaukee, WI 53217-1627 | Thomadsen & Hoeschen, LLC<br>River Bank Plaza<br>740 N Plankinton Avenue, Suite 430<br>Milwaukee, WI 53203-2403 | Town Bank<br>850 W. North Shore Drive<br>Hartland, WI 53029-8355 |
| Village of Fox Point<br>7200 N. Santa Monica Blvd.<br>Milwaukee, WI 53217-3546 | WI Department of Revenue - Madison<br>P.O. Box 8901<br>Madison, WI 53708-8901 | WI Department of Revenue - Milwaukee<br>P.O. Box 930208<br>Milwaukee, WI 53293-0001 |
| Donald Gral<br>c/o Leverson Lucey & Metz S.C.<br>3030 W. Highland Blvd<br>Milwaukee, WI 53208-3246 | Jonathan V. Goodman<br>Law Offices of Jonathan V. Goodman<br>Suite 707<br>788 North Jefferson Street<br>Milwaukee, WI 53202-3739 | Julia G. Gral<br>6823 N. Barnett Lane<br>Fox Point, WI 53217-3602 |
| Michael A. Gral<br>6823 N. Barnett Lane<br>Fox Point, WI 53217-3602 | Michael S. Polsky<br>Chapter 816 Supplementary Receiver<br>Two Plaza East, Suite 1085<br>330 East Kilbourn Avenue<br>Milwaukee, WI 53202-3170 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).