# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re:

   MICHAEL A. GRAL,                                      Case No. 16-21329-gmh
                                                                             Chapter 11

        Debtor.

---

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

---

     PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and section 1109(b) of title 11 of the United States Code (the "*Bankruptcy Code*"), Neal H. Levin of the law firm of Freeborn & Peters LLP appears as counsel to SB1 Cedarburg L.L.C. ("*SB1*"), in the above-captioned chapter 11 case (the "*Bankruptcy Case*").

     PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9001 and 9010 and section 342 and 1109(b) of the Bankruptcy Code, SB1 hereby requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Bankruptcy Case and all papers served or required to be served in this bankruptcy proceeding or in any related adversary proceeding be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in this Bankruptcy Case:

Neal H. Levin, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-360-6000
Facsimile: 312-360-6520
nhlevin@freeborn.com

     PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise that: (a) affect or seek to affect in any way any rights or interests of any unsecured creditor or party-in-interest in this Bankruptcy Case, with respect to, without limitation, the Debtor; (b) property of the Debtor's estate or proceeds thereof, in which the Debtor may claim an interest, or (c) property or proceeds thereof, in the possession, custody or control of others, that the Debtor may seek to use,

or require or seek to require any act, delivery or any property, payment or other conduct by unsecured creditors of the Debtor's estate.

PLEASE TAKE FURTHER NOTICE that SB1 intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (a) the right of SB1 to have final orders and non-core matters entered only after *de novo* review by a District Court Judge; (b) the right of SB1 to trial by jury in any proceedings so triable in this Bankruptcy Case or any case, controversy or proceeding related to this Bankruptcy Case; (c) the right of SB1 to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which SB1 is or may be entitled.

Dated: March 16, 2016         **SB1 CEDARBURG L.L.C.**

                              By:    /s/ Neal H. Levin

                                     Neal H. Levin
                                     FREEBORN & PETERS LLP
                                     311 South Wacker Drive, Ste. 3000
                                     Chicago, Illinois 60606-6677
                                     Telephone: 312.360.6000
                                     Facsimile: 312.360.6520