Official Form 26 (12/08)

## United States Bankruptcy Court
__Eastern__ District of _Wisconsin__

In re:__ Michael A. Gral____        Case No. _16-21329gmh__

Debtor                    Chapter 11

### PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of February 29, 2016 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Michael A. Gral holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Integral, LLC<br>    Integral Investments, LLC- 100%<br>    Integral Investments Prospect, LLC- 100%<br>    Integral Investments Silver Spring, LLC- 100%<br>    Integral 2314 Wyoming, LLC- 100%<br>    Integral 2545 Stowell, LLC- 75% | 50% | 1 |
| Integral Services, LLC<br>    Integral Management Company, LLC- 100%<br>    Integral Real Estate Company, LLC- 100% | 50% | 2 |
| Georgetown Holdings, LLC<br>    Georgetown Investments, LLC- 100% | 100% | 3 |
| Gral Investment Company, LLC | 25% | 4 |
| Gallagher Gral, LLC<br>    GG 252 Highland, LLC- 66.67% | 50% | 5 |
| Margolis Gral, LLC<br>    Glendale Medical Center, LLC- 33.33% | 50% | 6 |
| Glendale Medical Investments, LLC<br>    Glendale Medical Center, LLC- 33.33% | 50% | 7 |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports ") on the value, operations, and profitability of each entry listed above.

Each Entry Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Official Form 26 (12/08) – Cont..

Date <u>March 21, 2016</u>

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor