UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Michael A. Gral,

    Debtor.

Case No. 16-21329
Chapter 11

---

In re:

Capital Ventures, LLC,

    Debtor.

Case No. 16-21331
Chapter 11

---

In re:

Gral Holdings Key Biscayne, LLC,

    Debtor.

Case No. 16-21330
Chapter 11

---

## LIST OF WITNESSES FOR EVIDENTIARY HEARING ON THE OBJECTION OF THE LAW OFFICES OF JONATHAN V. GOODMAN AS COUNSEL FOR THE DEBTORS

1. Michael A. Gral.
2. Jonathan V. Goodman.
3. Laura Steele.
4. Jerome Kerkman.
5. Mark Darnieder.

Dated this 28th day of March, 2016.

                LAW OFFICES OF JONATHAN V. GOODMAN
                Attorneys for Debtors

                By:     /s/ Jonathan V. Goodman
                        Jonathan V. Goodman

Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI 53202-3739
PH: (414) 276-6760 - FX: (414) 287-1199
e-mail: jgoodman@ameritech.net