UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: Michael A. Gral, Debtor. | Case No. 16-21329 Chapter 11 |
|---|---|
| In re: Capital Ventures, LLC, Debtor. | Case No. 16-21331 Chapter 11 |
| In re: Gral Holdings Key Biscayne, LLC, Debtor. | Case No. 16-21330 Chapter 11 |

**LIST OF WITNESSES WITH RESPECT TO MOTION OF BIELINSKI BROS. BUILDERS, INC. FOR DISMISSAL PURSUANT TO SECTION 1112 OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, FOR ABSTENTION PURSUANT TO SECTION 305 OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO SECTION 1104 OF THE BANKRUPTCY CODE, AND FOR OTHER APPROPRIATE RELIEF and MOTION OF SB1 CEDARBURG, L.L.C. FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE**

1. Michael A. Gral.

2. D.J. Gral.

3. Donald Gral.

4. Tracy Coenen. (Expert).

5. Sequence, Inc. (Expert).

6. Peter Bray. Bray & Associates, LLC (Expert).

7. Richard Geis (Expert).

1

8. Bradley Hoeschen.

9. Ben Stern.

Respectfully submitted this 28th day of March, 2016.

                                          LAW OFFICES OF JONATHAN V. GOODMAN
                                        Attorneys for Debtors

                    By:      /s/ Jonathan V. Goodman
                                        Jonathan V. Goodman

Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI 53202-3739
PH: (414) 276-6760 - FX: (414) 287-1199
e-mail: jgoodman@ameritech.net