UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re:<br><br>Michael A. Gral,<br><br>      Debtor. | Case No. 16-21329<br>Chapter 11 |
|---|---|
| In re:<br><br>Capital Ventures, LLC,<br><br>      Debtor. | Case No. 16-21331<br>Chapter 11 |
| In re:<br><br>Gral Holdings Key Biscayne, LLC,<br><br>      Debtor. | Case No. 16-21330<br>Chapter 11 |

**PRETRIAL REPORT REGARDING UNITED STATES TRUSTEE'S OBJECTION TO EMPLOYMENT OF THE LAW OFFICES OF JONATHAN V. GOODMAN AS COUNSEL and MOTION OF BIELINSKI BROS. BUILDERS, INC. FOR DISMISSAL PURSUANT TO SECTION 1112 OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, FOR ABSTENTION PURSUANT TO SECTION 305 OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO SECTION 1104 OF THE BANKRUPTCY CODE, AND FOR OTHER APPROPRIATE RELIEF**

      1.      Basis for Court's Jurisdiction.  Debtors will not comment on this as the basis for jurisdiction is on the party objecting to the Application to Approve the Employment of Counsel for the Debtor and the party asserting the Motion of Bielinski Bros. Builders, Inc. for Dismissal Pursuant to Section 1112 of the Bankruptcy Code or, in the Alternative, for Abstention Pursuant to Section 305 of the Bankruptcy Code or, in the Alternative, for Appointment of a Chapter 11 Trustee Pursuant to Section 1104 of the Bankruptcy Code, and for other Appropriate Relief.

1

<mark>Case 16-21329-gmh    Doc 65    Filed 03/28/16    Page 1 of 2</mark>

2. This Court has statutory and constitutional authority to enter final orders regarding these, and if not, the Debtors consent to the entry of the final order.

3. The appointment of counsel under general retainer is covered by 11 U.S.C. §§ 328, 329, and 330. The issue regarding the appointment of counsel relates to whether there are conflicts.

4. The issues regarding the Motion of Bielinski Bros. Builders, Inc. for Dismissal Pursuant to Section 1112 of the Bankruptcy Code or, in the Alternative, for Abstention Pursuant to Section 305 of the Bankruptcy Code or, in the Alternative, for Appointment of a Chapter 11 Trustee Pursuant to Section 1104 of the Bankruptcy Code, and for other Appropriate Relief are:

    (a) Whether there has been diminution of the Estates by the Debtors;

    (b) Whether dismissal and abstention is in the best interest of all the creditors or just in the interest of the moving party, Bielinski Bros. Builders; and

    (c) Whether the filings are in bad faith.

5. Witnesses and Exhibits are identified in separate pleadings.

Respectfully submitted this 28th day of March, 2016.

                                      LAW OFFICES OF JONATHAN V. GOODMAN
                                      Attorneys for Debtors

                            By:      /s/ Jonathan V. Goodman
                                        Jonathan V. Goodman

Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI 53202-3739
PH: (414) 276-6760 - FX: (414) 287-1199
e-mail: jgoodman@ameritech.net