UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Michael A. Gral,

        Debtor.

Case No.  16-21329
Chapter 11

---

In re:

Capital Ventures, LLC,

        Debtor.

Case No.  16-21331
Chapter 11

---

In re:

Gral Holdings Key Biscayne, LLC,

        Debtor.

Case No.  16-21330
Chapter 11

---

## SUPPLEMENT TO PRETRIAL REPORT

---

With respect to the objection of the U.S. Trustee to appointment of counsel, an additional issue is the selective enforcement of U.S. Trustee policies regarding conflicts and appointments. In making application, counsel has relied on past experience with the Office of the U.S. Trustee, which reliance has evidently proved to be unjustified based upon the objections of the U.S. Trustee in this case.

Dated this 29th day of March, 2016.

LAW OFFICES OF JONATHAN V. GOODMAN
Attorneys for Debtors

By: _____/s/ Jonathan V. Goodman_____
Jonathan V. Goodman

Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI  53202-3739
PH: (414) 276-6760  -  FX: (414) 287-1199
e-mail:  jgoodman@ameritech.net

1