**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

IN RE: Michael A. Gral, Debtor.

Case No. 16-21329-gmh
Chapter 11

---

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

---

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 9010(b) Nicole I. Pellerin of Murphy Desmond S.C. hereby enters her appearance in the above referenced case on behalf of creditor, Gibraltar Private Bank & Trust (scheduled by Debtor as, Gibralter Bank). Pursuant to Fed. R. Bankr. Pro. 2002 and 9007, Nicole I. Pellerin hereby requests that any notices given or required to be given, and all papers served or required to be served in this case be given to and served upon:

Nicole I. Pellerin
Murphy Desmond S.C.
33 East Main Street Suite 500
P.O. Box 2038
Madison, WI 53701-2038
P: (608) 257-7181
F: (608) 257-4333
npellerin@murphydesmond.com

The foregoing request includes the notices and papers referred to in Fed. R. Bankr. P. 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, facsimile, email or otherwise

Dated this 30 day of March, 2016.

**MURPHY DESMOND S.C.**
Attorneys for Creditor Gibraltar Private Bank & Trust.

By: ______________________

Nicole I. Pellerin
State Bar No. 1078892
33 East Main Street Suite 500
P.O. Box 2038
Madison, WI 53701-2038
(608) 257-7181

4831-0876-7023, v. 1