# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WISCONSIN

PDF FILE WITH AUDIO FILE ATTACHMENT

2016-21329

Michael A. Gral

1. Debtor's motion for substantive consolidation or, alternatively, for joint administration 2. Bielinski Bros. Builders, Inc.'s Motion to Dismiss Case , or in the alternative Motion for Abstention Under Section 305 , or in the alternative Motion to Appoint Trustee 3. SB1 Cedarburg's Motion to Appoint Trustee

| | |
|---|---|
| Case Type : | bk |
| Case Number : | 2016-21329 |
| Case Title : | Michael A. Gral |
| Audio Date\Time: | 03/30/2016 3:08:17 PM |
| Audio File Name : | 2bk2016-21329_03302016-30817-PM.mp3 |
| Audio File Size : | 65816 KB |
| Audio Run Time : | [02:17:07] (hh:mm:ss) |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**