THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 7, 2016

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

Michael Gral[1],   Case No. 16-21329-GMH

Debtor-in-possession   Chapter 11

## ORDER FOR JOINT ADMINISTRATION

Debtor Michael Gral filed a motion requesting joint administration with *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330. Gral Holdings Key Biscayne, LLC, also filed a motion requesting joint administration with *In re Michael Gral*, Case No. 16-21329.

Debtor Michael Gral also filed a motion requesting joint administration with *In re Capital Ventures, LLC*, Case No. 16-21331. Capital Ventures, LLC, also filed a motion

---

[1] By operation of this order entered in Case Nos. 16-21329, 16-21330, and 16-21331, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331.

requesting joint administration with *In re Michael Gral*, Case No. 16-21329.

IT IS HEREBY ORDERED that the motions for joint administration are GRANTED.

1. *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330 will be jointly administered with *In re Michael Gral*, Case No. 16-21329. All pleadings that relate to *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330, must be filed in *In re Michael Gral*, Case No. 16-21329. The caption must be as shown on exhibit A of this order.

2. *In re Capital Ventures, LLC*, Case No. 16-21331 will be jointly administered with *In re Michael Gral*, Case No. 16-21329. All pleadings that relate to *In re Capital Ventures, LLC*, Case No. 16-21331, must be filed in *In re Michael Gral*, Case No. 16-21329. The caption must be as shown on exhibit A of this order.

3. *In re Capital Ventures, LLC*, Case No. 16-21331, is not being jointly administered with *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-23330. For purposes of clarity in the record in this case, any time a document is filed in *In re Michael Gral*, Case No. 16-21329, the party who is filing the document must note, in the footnote of the caption, to which party the document relates. The caption must be as evidenced on exhibit A.

## EXHIBIT A

The following caption is the official caption for use in the jointly administered cases:

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In the matter:

Michael Gral[1],　　　　　　　　　　　Case No. 16-21329-GMH

Debtor-in-possession　　　　　　　　　Chapter 11

---

If a party files a document that relates to Michael Gral and Capital Ventures, LLC, that party should insert a footnote in the caption that states as follows:

> The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates to *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331.**

If a party files a document that relates to Michael Gral and Gral Holdings Key Biscayne, LLC, that party should insert a footnote in the caption that states as follows:

> The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates to *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330.**

---

1 The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. This pleading relates to _____ [insert case name and number here] _____.

If a party files a document that relates to Michael Gral, Gral Holdings Key Biscayne, LLC, and Capital Ventures, LLC, that party should insert a footnote in the caption that states as follows:

> The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates to *In re Michael Gral*, Case No. 16-21329, *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330 and *In re Capital Ventures, LLC*, Case No. 16-21331.**

If a party files a document that relates only to Gral Holdings Key Biscayne, LLC, that party should insert a footnote in the caption that states as follows:

> The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330.**

If a party files a document that relates only to Michael Gral, that party should insert a footnote in the caption that states as follows:

> The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael Gral*, Case No. 16-21329.**

If a party files a document that relates only to Capital Ventures, LLC, that party should insert a footnote in the caption that states as follows:

> The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Capital Ventures, LLC*, Case No. 16-21331.**

#####