UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the matter of:

Michael A. Gral,[1]  Case No. 16-21329-GMH

Debtor-in-possession  Chapter 11

# UNITED STATES TRUSTEE'S OBJECTION TO THE FIRST INTERIM FEE APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF PROPOSED COUNSEL FOR MICHAEL GRAL

The United States Trustee, by Attorney Laura D. Steele, objects to the first interim fee application on behalf of the Law Offices of Jonathan V. Goodman, proposed counsel for Michael Gral. Docket No. 114. Proposed counsel has not been approved by the Court and may not be awarded fees from the estate until such approval is given. 11 U.S.C. §§ 327, 330. *See In re Weinschneider*, 395 F.3d 401, 403-04 (7th Cir. 2005).

WHEREFORE, the United States Trustee requests that this Court deny the first interim fee application and grant such other relief as may be just. The United States Trustee does not intend to file a brief in connection with this pleading, but reserves the right to file a responsive brief or pleading if necessary.

Dated: May 18, 2016.

PATRICK S. LAYNG
United States Trustee

_____
LAURA D. STEELE
Attorney for the United States Trustee

---

[1] The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates to *In re Michael Gral*, Case No. 16-21329.**

Laura D. Steele
Attorney for the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
Phone (414) 297-4499; Fax (414) 297-4478