UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

    Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

**ORDER DENYING THE MOTION FOR AN ORDER CONFIRMING SCOPE OF THE AUTOMATIC STAY, AND GRANTING RELIEF FROM AUTOMATIC STAY AS TO PROCEEDINGS NOW PENDING IN THE CIRCUIT COURT OF MILWAUKEE COUNTY, WISCONSIN, CASE #13-CV-6699**

The Court having heard the arguments of counsel, and being otherwise fully advised in the premises, ORDERS:

The Motion of the Bielinski Bros. Builders, Inc. for Instructions on the Scope of the Automatic Stay and for Relief from the Automatic Stay is HEREBY DENIED.

#####

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net