THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 23, 2016



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

    Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

### ORDER DENYING THE MOTION OF BIELINSKI BROS. BUILDERS, INC. FOR AN ORDER CONFIRMING SCOPE OF THE AUTOMATIC STAY AND FOR RELIEF FROM AUTOMATIC STAY

The Court having heard the arguments of counsel at the hearing held on June Thirteenth, and being otherwise fully advised in the premises, ORDERS:

The Motion of the Bielinski Bros. Builders, Inc. for an Order Confirming the Scope of the Automatic Stay and for Relief from the Automatic Stay is HEREBY DENIED for the reasons stated on the record.

#####

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net