UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the matter of:

Michael A. Gral,[1]                                             Case No. 16-21329-GMH

        Debtor-in-possession.                                Chapter 11

## UNITED STATES TRUSTEE'S SUPPLEMENTED OBJECTION TO THE SECOND INTERIM FEE APPLICATION OF COUNSEL FOR CAPITAL VENTURES LLC

The United States Trustee Patrick Layng, by Attorney Laura D. Steele, objected to the second interim application for fees of counsel for Capital Ventures LLC ("Debtor"). Docket No. 253. The Court, by docket order, requested that the United States Trustee quantify the amount by which he contends the Court should disallow the interim applications, including both the overall disallowance amount for the Debtor and the amount attributable to each objection. Accordingly, the United States Trustee supplements its objection as follows:

| | |
|---|---|
| Second Interim Fees and Costs Requested (Dkt. No. 233) | *Amount Requested:* |
| | **$2,673.20** |
| United States Trustee Objections: | *Proposed Disallowance:* |
| 04-05 Attention to email to Michael Gral re: the projections .40[2] | - $120.00 |
| 03-09 Preparation of Order approving employment of JVG .20 | - $ 60.00 |
| 04-18 Mail Summons and Complaint .20 | - $ 60.00 |
| 04-05 Attention to email to Michael Gral re: the projections .40 | - $120.00 |
| 04-21 Preparation of Disclosure statement 4.50 | - $1,350.00 |
| Total UST Proposed Disallowance: | $1,710.00 |
| UST Proposed Second Interim Fee Allowance: $2,673.20-$1,710.00= | **$963.20** |

---

[1]The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates to *In re Capital Ventures, LLC*, Case No. 16-21331.**

[2]Calculations are based upon an hourly rate of $300. The United States Trustee submits that counsel for the Debtor should provide a dollar amount corresponding with each time entry on future interim fee applications.

Laura D. Steele
Attorney for the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
Phone (414) 297-4499; Fax (414) 297-4478

WHEREFORE, the United States Trustee objects to allowance of at least $1,710 in fees, and requests that the Court approve only $963.20 for fees and costs on an interim basis for this Debtor. The United States Trustee preserves its rights to review interim fees on a final basis at such time a final application is made to the Court by Debtor's counsel.

Dated: June 29, 2016.

PATRICK S. LAYNG
United States Trustee


_____
LAURA D. STEELE
Attorney for the United States Trustee