# LAW OFFICES OF JONATHAN V. GOODMAN

| | | |
|---|---|---|
| Jonathan V. Goodman, J.D., L.L.M.<br>Also Licensed in Florida | SUITE 707<br>788 NORTH JEFFERSON STREET<br>MILWAUKEE, WISCONSIN 53202-3739<br>TELEPHONE: (414) 276-6760<br>FACSIMILE: (414) 287-1199 | Associate<br>Derek H. Goodman<br>Se Habla Español |

July 6, 2016

**VIA ECF**

Honorable G. Michael Halfenger
126 U.S. Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202-4581

Re: Michael A. Gral[1]
    Case No. 16-21329
    Interim Fee Applications

I had assumed that the Court would set a Hearing on the United States Trustee's Objections to the Second Interim Fee Applications, after overruling SB1's objections. In case not, please let me state Debtors' and my comments regarding the United States Trustee's Objections: I agree that the double entries between the original Application and the Second Application (for Michael A. Gral) are improper. By way of explanation, I wrote time slips that were reflected in the original Applications and dictated to my secretary time slips for the identical activity. The secretary did not tender her time slips to me when I did the First Applications. She did when I did the Second Applications. Obviously I did not intentionally try to double bill because I don't do that and such a ploy is easily discovered, as shown here.

The remainder of the United States Trustee's Objections are picayune and can be determined, if pertinent, at the time formal application is made (in September 2016).

Accordingly Debtor (Michael A. Gral) requests that the following entries be denied:
    3/14 -- Conversation with Rusty Long…    .30
    3/15 – Meeting with Michael A. Gral re: schedules    1.50
    TOTAL:    1.80

If the Court does not intend to hold a Hearing, we ask the Court to defer any reduction of fees in the Second application (other than $540.00) to the September, 2016 applications pursuant to the prior Order (Doc 208). This would be an interim award of $5,976.90 instead of $6,516.90.

Respectfully,

Jonathan V. Goodman

mem

cc:    Laura Steele (via email and USPS mail)
        Michael A. Gral

---

[1] This court is jointly administering *In re Michael A. Gral*, Case No. 16-21329, and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering In *re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This relates to** *In re Michael A. Gral*, **Case No. 16-21329, In re** *Gral Holdings Key Biscayne, LLC*, **Case No. 16-21330 and** *In re Capital Ventures, LLC*, **Case No. 16-21331**