THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 6, 2016

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

Michael Gral[1],　　　　　　　　　　　Case No. 16-21329-GMH

　　Debtor-in-possession　　　　　　　　Chapter 11

**ORDER GRANTING IN PART SECOND INTERIM APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES FILED BY COUNSEL FOR DEBTOR MICHAEL A. GRAL**

Counsel for the debtors filed its second interim application for payment of fees and reimbursement of expenses for debtor Michael A. Gral, requesting $6,510 in attorney's fees and $6.90 in expenses, for a total of $6,516.90.

Counsel's time descriptions lack sufficient detail, and counsel is instructed to provide more detailed time descriptions in future fee applications.

The court has reviewed the application and the United States Trustee's response to the application. The court approves interim fees and costs in the total amount of

---

1 The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. This pleading relates to *In re Michael Gral*, Case No. 16-21329.

$4,266.90. The court reserves its ruling on $2,250 of the requested fees and may decide to disallow those fees in whole or in part in connection with counsel's 120-day interim application for compensation. Counsel should file the 120-day interim application for compensation on or before September 15, 2016, covering the time period of April 9, 2016, through August 31, 2016. When counsel files that interim application for compensation, the court will hold a hearing and will determine whether the fees withheld to date should be disallowed in whole or in part.

The $2,250 in fees that are not currently approved are itemized in the supplement filed by the United States Trustee on June 29, 2016. CM-ECF Doc. No. 258.

This interim award is subject to further review and possible disgorgement upon final application.

The compensation may only be paid by the Estate of Michael Gral and not from the bankruptcy estates of the other two jointly administered debtors.

#####