UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

**OBJECTION TO CLAIM NO. 10 OF BIELINSKI BROTHERS BUILDERS, INC.**

Debtor hereby objects to Claim No. 10 of Bielinski Brothers Builders, Inc., and in support thereof alleges:

1. The claimant is not entitled to the interest amount reflected in the claim.

2. The claimant is not entitled to the attorneys' fees reflected in the claim as the attorneys' fees are unreasonable.

3. Claim No. 10 is not a secured claim.

WHEREFORE, Debtor demands that Claim No. 10 be denied to the extent of the unreasonableness of the attorneys' fees and the improper computation of the interest.

Dated this 7 day of July, 2016.

                              LAW OFFICES OF JONATHAN V. GOODMAN
                              Attorneys for Debtor

                 By: _____
                              Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net