UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Michael A. Gral[1],

    Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

---

**OBJECTION TO CLAIM NO. 2 OF BIELINSKI BROTHERS BUILDERS, INC.**

---

Debtor hereby objects to Claim No. 2 of Bielinski Brothers Builders, Inc. ("BBB") and in support of the objection, alleges:

1. The Claim is invalid because there is no recorded and executed civil judgment nor a receiver's lien against this Debtor.

2. As there is no judgment, there can be no accrual of interest nor has the interest accrual been accurately computed.

3. The attorneys' fees of $835,000.00 are unreasonable and as there is no judgment, there can be no claim for attorneys' fees.

WHEREFORE, Debtor demands that Claim No. 2 be denied.

Dated this ____ day of July, 2016.

                LAW OFFICES OF JONATHAN V. GOODMAN
                Attorneys for Debtor

                By: _____
                     Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Capital Ventures, LLC,* Case No. 16-21331.**

Law Offices of Jonathan V. Goodman
788 North Jefferson Street - Suite 707
Milwaukee, WI 53202-3739
PH: (414) 276-6760 - FX: (414) 287-1199
e-mail: jgoodman@ameritech.net