UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

---

**APPLICATION FOR INTERIM COMPENSATION PURSUANT TO COURT ORDER PERMITTING INTERIM PAYMENTS WITHOUT FIRST OBTAINING COURT APPROVAL**

---

Pursuant to Order of the Court, Debtor's counsel is submitting the attached Summary of Time of Jonathan V. Goodman related to Gral Holdings Key Biscayne, LLC, in the amount of $7,260.00 in fees and $700.00 in expenses, totaling $7,960.00.

In anticipation of Objections from the United States Trustee, counsel is stating that it was not intended that these Interim Applications be solely related to the previous month. In counsel's office system, many times when counsel is ready to dictate time, not all of the time is received contemporaneously with the dictation. In this submission, there is time going all the way back to April which had not been previously billed. All of this time will be resubmitted for final approval in September.

Dated this 22th day of July, 2016.

                LAW OFFICES OF JONATHAN V. GOODMAN
                Attorneys for Debtor

      By: _____
                Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

In re:                                              Case No. 16-21329

Michael A. Gral[1],                                 Chapter 11

    Debtor-in-Possession.                          Jointly Administered

## SUMMARY OF TIME OF JONATHAN V. GOODMAN

| **Task – Time of Jonathan V. Goodman** | **Hours** | **Amount** |
|---|---|---|
| Estate of Peter Margolis | 21.50 | $6,450.00 |
| Gibraltar Bank | .30 | $90.00 |
| Plan | 1.30 | $390.00 |
| Professionals | 1.10 | $330.00 |
| **Subtotal:** | **24.20** | **$7,260.00** |
| **Task – Time of Associate Derek H. Goodman** | | |
| **Subtotal:** | **0** | **0** |
| Costs | | $ 700.00 |
| **TOTAL:** | **24.20** | **$7,960.00** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330.**

Re: Michael A. Gral[1],           Costs of Attorney Jonathan V. Goodman
Case No. 16-21329

## COSTS

| | |
|---|---|
| Filing Fee – Adversary, Case No. 16-02193 | $ 350.00 |
| Filing Fee – Adversary, Case No. 16-02140 | 350.00 |
| **Total costs:** | **$ 700.00** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Michael A. Gral[1],

    Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

---

### TIME OF ATTORNEY JONATHAN V. GOODMAN

---

### PROFESSIONALS

**2016**

| Date | Description | Hours |
|---|---|---|
| 05-23 | Memorandum in support of Applications for appointment of JVG as counsel | .60 |
| 06-03 | Order on Motion to Obtain compensation without applying to court | .20 |
| 06-03 | Order granting 1st Interim Application to pay JVG | .20 |
|  | Notice of 1st Interim Application to pay JVG | .10 |
|  | **Total:** | **1.10** |
|  | **1.10 hours @ $300.00 per hour:**     $330.00 |  |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

          Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### Gibraltar Bank

**2016**

| Date | Description | Hours |
|---|---|---|
| 06-16 | Attention to email to Attorney Pellerin re: adequate protection | .30 |
| | **Total:** | **.30** |
| | .30 hours @ $300.00 per hour:     $90.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

---

### TIME OF ATTORNEY JONATHAN V. GOODMAN

---

#### PLAN

**2016**

| Date | Description | Hours |
|---|---|---|
| 04-13 | Telephone conversation with MAG re: corrections to Plan | .30 |
| 04-14 | Work on correcting Plan | .50 |
| 04-15 | Telephone conversation with MAG re: MORs, trustee fees, taxes for condo | .50 |
| | **Total:** | **1.30** |
| | 1.30 hours @ $300.00 per hour: $390.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330.**

In re:

Michael A. Gral[1],

    Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

### ESTATE OF PETER MARGOLIS

**2016**

| Date | Description | Hours |
|---|---|---|
| 04-13 | Phone with MAG regarding commencement of Adversary Proceedings | .30 |
| 05-11 | Telephone conversation with Ader re: settlement | .30 |
| 05-17 | Attention to email to Ader re: settlement | .50 |
| 05-23 | Meeting with Michael Gral and long conversation with Ader re: settlement | .60 |
| 05-24 | Preparation of Adversary Complaint | 1.00 |
| 05-24 | Preparation of Motion for Preliminary Injunction | 1.00 |
| 05-26 | Preparation of cover sheet | .50 |
| 05-27 | Letter to Ader enclosing Complaint | .30 |
| 05-27 | Attention to email to Nicole Pellerin re: monthly payments | .20 |
| 05-31 | Preparation of Motion to appear by telephone in Judge Gordo's court in Florida | .50 |
| 06-08 | Preparation and response to Defendant's request for admissions; preparation of Answer and Response to Request for Production of Documents | 1.00 |
| 06-10 | Preparation of Pre-Trial Report; Memo to MAG | 1.00 |
| 06-14 | Long telephone conversation with Ader re: deposition | .50 |
| 06-15 | Telephone conversation with Ader re: deposition | .20 |
| 06-15 | Telephone conversation with MAG re: information for Pre-Trial Report | .30 |
| 06-16 | Attention to email to Ader re: deposition | .30 |
| 06-17 | Attendance at deposition of MAG | 2.50 |
| 06-21 | Work on hearing on Motion for Injunction | .50 |
| 06-22 | Preparation of Abstract of Deposition of MAG | 1.00 |
| 06-23 | Meeting and preparation for hearing with MAG | 2.50 |
| 06-24 | Attendance at hearing | 3.50 |
| 06-28 | Oral argument | 2.50 |
| 06-29 | Attention to email to Ader re: violation of stay | .50 |
| | **Total:** | **21.50** |

    **21.50 hours @ $300.00 per hour:**      **$6,450.00**

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330.**