UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
Michael A. Gral,[1]

Debtor-in-Possession

Case No. 16-21329 GMH

Chapter 11—Jointly administered

EXAMINER MICHAEL F. DUBIS' NOTICE TO INTERESTED PARTIES

The Examiner, Michael F. Dubis, intends to introduce an approximate two minute video, in .mov format, at the March 1, 2017, report of the Examiner hearing set before Judge G. Michael Halfenger at 10:00 a.m. The video is that of forensic accountant Loretta M. Fabricant. The Court has not decided at this point whether it will permit the Examiner to introduce the video.

Dated this 27 day of February, 2017.

_____
Michael F. Dubis, Examiner

Attorney Michael F. Dubis
208 E. Main Street
Waterford, WI 53185
Phone: 262-514-3898
Fax: 262-534-7367
mdubis@tds.net

---

[1] This Court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and separately, This Court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures LLC*, Case No. 16-21331. This pleading relates only to *In re Michael A. Gral*, Case No.16-21329.