UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

_____

**MOTION IN LIMINE**
_____

    This Motion pertains to the Hearing scheduled for February 14, 2018 regarding the Margolis Group. The Margolis Group "Pretrial Report" (Doc 1145) lists Debtor's attorney as a witness.

    This request is improper as Debtor's attorney will be conducting the Evidentiary Hearing on behalf of the Debtor.

    The proper procedure would have been a Motion to Compel the Testimony of Opposing Counsel.

    Debtor requests that the Court enter an Order limiting Debtor's counsel's appearance to conducting the Evidentiary Hearing on behalf of the Debtor and not ordering Debtor's counsel to testify.

    Dated this 8th day of February, 2018.

                                                   LAW OFFICES OF JONATHAN V. GOODMAN
                                                 Attorneys for Debtor

                                    By:                   /s/
                                                    Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates to *In re Michael A. Gral*, Case No. 16-21329,** *In re Gral Holdings Key Biscayne, LLC***, Case No. 16-21330 and** *In re Capital Ventures, LLC,* **Case No. 16-21331.**

PREPARED BY:
Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net