# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

**In re:**

    **MICHAEL A. GRAL,** *et al.*,[1]

                     Debtors.

Case No. 16-21329-GMH
Chapter 11 Proceedings

Jointly Administered

## ORDER AUTHORIZING RULE 2004 EXAMINATION OF PROSPECT AVENUE HOLDINGS, LLC AND ORDER PRODUCTION OF DOCUMENTS

This matter came before the Court on the motion of Nancy Cigno Margolis (the "Movant") pursuant to Fed. R. Bank. 2004 and 9016(a)(1)(D), for an order authorizing the Movant to orally examine Michael A. Gral, as representative of Capital Ventures, LLC, and Prospect Avenue Holdings, LLC and require them to produce certain documents (the "Motion").

---

[1] The court is jointly administering *In re Michael Gral,* Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 12-21330; and, separately, the court is jointly administering *In re Michael Gral,* Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates to *In re Capital Ventures, LLC,* Case No. 16-21331.**

Jerome R. Kerkman
Kerkman Wagner & Dunn
839 North Jefferson Street, Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jkerkman@kwdlaw.com

One objection to the Motion was filed by Capital Ventures, LLC. A hearing on the Motion was held on February 15, 2018.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (B) as a matter concerning the administration of the estate and the allowance or disallowance of claims against the estate.

The Court considered the Motion and the objection that was filed. After receiving arguments, the Court denied the Motion in part and granted the Motion in part.

**IT IS ORDERED:**

1. To the extent the Motion sought documents from and an examination of Michael Gral it is denied.

2. To the extent the Motion sought documents from and an examination of a representative of Prospect Avenue Holdings, LLC it is granted.

3. Movant is authorized to issue a subpoena for the deposition of a designated representative of Prospect Avenue Holdings, LLC and document production from Prospect Avenue Holdings, LLC as set forth in **Exhibit A** and **Exhibit B** attached.

4. This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

# # # # #

## Exhibit A
## Document Request

      1.      Any written agreement or other Documents forming the basis for the claim of Prospect Avenue Holdings, LLC, as scheduled by Capital Ventures, LLC (the "Debtor") in the amount of $215,594.41 (the "Claim").

      2.      All Documents sufficient to show the transfer or receipt of any consideration for the Claim.

      3.      Any financial statement, balance sheet, profit and loss statement, or other document evidencing the existence of the claim prior to the Debtor filing for bankruptcy on February 20, 2016.

As used in this motion, including Exhibits A and B, the following terms are defined as follows;

      "Insider" and "Person" have the meanings given them in § 101 of the Bankruptcy Code.

      "Communication," "Document," and "To Identify" have the meanings given them in Civil L.R. 26(d)(2) (Local Rules, E.D. Wis. 2010).

      If any information sought is claimed be confidential, the Movant agrees to be bound by the terms specified in Civil L.R. 26(e)(1), (2) and (3) (Local Rules, E.D. Wis. 2010).

**Exhibit B**
**Subjects for Examination**

1. The identity of all Insiders to Prospect Avenue Holdings, LLC ("Prospect Avenue").

2. The basis for the claim of Prospect Avenue as scheduled by the Debtor in the amount of $215,594.41 (the "Claim").

3. Any consideration received by the Debtor for the Claim.

4. Any financial relationship or dealings between the Debtor and Prospect Avenue.

5. The documents produced in response to the requests listed on Exhibit A.