THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 9, 2018

G. Michael Halfenger
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | March 7, 2018 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 2016-21329 |
| DEBTOR: | Michael Gral |
| NATURE OF HEARING: | 1. Town Bank's motion for relief from order on deadline for filing revised disclosure statement. |
| | 2. Hearing on the approval of the disclosure statement filed by Capital Ventures, LLC |
| | 3. Hearing on the approval of the disclosure statement filed by Town Bank in Capital Ventures, LLC |
| | 4. Status hearing on (a) Michael Gral's objection to claim number 10 of Bielinski Bros. Builders, Inc. and (b) Capital Ventures, LLC's objection to claim number 2 of Bielinski Bros. Builders, Inc. |
| | 5. Bielinski Bros. Builders, Inc.'s motion for temporary allowance of its claim for the sole purposes of voting to accept or reject the plan |
| ADV. PROC. NO.: | 2016-2182 |
| PLAINTIFF: | Bielinski Bros. Builders, Inc. |
| DEFENDANT: | Michael Gral |
| NATURE OF HEARING: | Status hearing |
| APPEARANCES: | Jonathan Goodman, appearing for all debtors and for defendant Michael Gral |
| | Michael Gral |
| | Laura Steele, appearing for the United States trustee |
| | Jerome Kerkman, appearing for the Nancy Cigno |

|                    |                                                              |
|--------------------|--------------------------------------------------------------|
|                    | Robert Ader appearing for Nancy Cigno (by telephone)         |
|                    | Nancy Cigno (by telephone)                                   |
|                    | Sean Bosack, appearing for Bielinski Bros. Builders, Inc.    |
|                    | Benjamin Payne, appearing for Town Bank                      |
| COURTROOM DEPUTY:  | Kris Lucas                                                   |
| LAW CLERK:         | Shay A. Agsten                                               |

On March 7, 2018, the court held a hearing on several matters in *In re Michael Gral*, 16-21329. An audio recording from the hearing will be posted to the docket.

## 1. Town Bank's motion for relief from order on deadline for filing revised disclosure statement.

For the reasons stated on the record, the court granted Town Bank's motion for relief from order on the deadline for filing revised disclosure statement. The amendment to the disclosure statement was deemed timely filed. The court noted that the deadline has not yet expired on Town Bank's motion for relief from the order; therefore, if an additional objection is filed before the expiration of the objection period, then the court will deem that objection to be a motion to reconsider, which the court will consider de novo.

## 2. Hearing on the approval of the disclosure statement filed by Capital Ventures, LLC

The court conditionally approved Capital Ventures, LLC's disclosure statement, subject to certain required revisions stated on the record. Capital Ventures must file the revised disclosure statement consistent with those oral revisions on or before March 14, 2018. The hearing on the final approval of Capital Ventures' disclosure statement is adjourned to April 11, 2018, at 10:30 a.m. in Courtroom 133, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202.

Counsel for Nancy Cigno (formerly known as Nancy Margolis) noted that Ms. Cigno filed a motion for temporary allowance of its claim for purposes of voting to accept or reject the plans filed in the Capital Ventures bankruptcy case. Counsel for Capital Ventures agreed that it does not contest the Cigno claim in its entirety. The court noted that it would take the request for temporary allowance under advisement and will issue an order allowing the claim in an amount that is uncontroverted.

**3. Hearing on the approval of the disclosure statement filed by Town Bank in Capital Ventures, LLC's case**

The court conditionally approved Town Bank's disclosure statement, subject to certain required revisions stated on the record. Town Bank must file the revised disclosure statement consistent with those revisions on or before March 14, 2018. The hearing on the final approval of Town Bank's disclosure statement in the Capital Ventures' case is adjourned to April 11, 2018, at 10:30 a.m. in Courtroom 133, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202.

**4. Bielinski Bros. Builders, Inc.'s motion for temporary allowance of its claim for the sole purposes of voting to accept or reject the plan**

The court preliminarily took up the matter of Bielinski Bros. Builder, Inc.'s motion for temporary allowance of its claim for the sole purposes of voting to accept or reject the plans filed in Capital Ventures' case.

The court ordered Bielinski Bros. Builders, Inc. to file by March 21, 2018, a brief that:

> (a) replies to the objections filed by Donald A. Gral, Donald J. Gral, and Cadles of Grassy Meadows II, L.L.C. (CM-ECF Doc. No. 1193) and Capital Ventures (CM-ECF Doc. No. 1194); and

> (b) states with particularity the legal bases for Bielinski Bros. Builders, Inc.'s amended claim against Capital Ventures.

Any party who wishes to file briefs in response to this Bielinski Bros. brief may do so on or before April 4, 2018.

The court will hold a hearing on the motion on April 11, 2018, at 10:30 a.m. in Courtroom 133, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202.

**5. Status hearing on (a) Michael Gral's objection to claim number 10 of Bielinski Bros. Builders, Inc. and (b) Capital Ventures' objection to claim number 2 of Bielinski Bros.**

The status hearing on this matter is adjourned to April 11, 2018, at 10:30 a.m. in Courtroom 133, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202.

### 6. Status hearing in Adv. Proc. No. 16-2182

The parties agreed that this matter should remain stayed pending the conclusion of the plan confirmation process. Accordingly, the court adjourned the adversary proceeding for a status hearing on April 11, 2018, at 10:30 a.m. in Courtroom 133, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202.

# # # # #