THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 20, 2018



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329- GMH
Chapter 11

Jointly Administered

_____

**ORDER APPROVING APPLICATION TO INCREASE HOURLY RATE
OF COUNSEL FOR DEBTORS.**
_____

Debtors' counsel having filed an Application to Increase the Hourly Rate of Counsel for Debtors and all parties having been appropriately and timely notified of such Application, and there being no objection thereto, and the Court having independently reviewed such application, and being otherwise fully advised in the premises, ORDERS:

The Application is granted. The Debtors' counsel's rate is increased from $300.00 per hour to $410.00 per hour commencing March 1, 2018.

###

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates to *In re Michael A. Gral*, Case No. 16-21329,** *In re Gral Holdings Key Biscayne, LLC***, Case No. 16-21330 and *In re Capital Ventures, LLC,* Case No. 16-21331.

PREPARED BY:
Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net