UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

    Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## MOTION TO SHORTEN TIME TO HEAR MOTION TO PERMIT GIBRALTAR PRIVATE BANK & TRUST, NOW KNOWN AS IBERIABANK, TO CHANGE ITS VOTE

The Debtor has filed a Motion to Permit Gibraltar Private Bank & Trust, now known as IBERIABANK, to Change its Vote. The Hearing on confirmation of the Third Amended Plan of Reorganization is scheduled for 10:00am, on April 25, 2018, before Judge G. Michael Halfenger, in his Courtroom 133, United States Courthouse 517 E. Wisconsin Avenue, Milwaukee, Wisconsin, 53202. Pursuant to Bankruptcy Rule 9006, the Debtor is requesting that the Notice of such Motion which shall only be two days, shall be reduced to that Notice given.

Dated this 23rd day of April, 2018.

                LAW OFFICES OF JONATHAN V. GOODMAN
                Attorneys for Debtor

      By: _____
                Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

Page 1 of 1