THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 3, 2018



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Michael A. Gral[1],

    Debtor-in-Possession.

Case No. 16-21329- GMH
Chapter 11

Jointly Administered

---

**ORDER APPROVING STIPULATION BETWEEN
THE DEBTORS AND NANCY CIGNO MARGOLIS**

---

The three Debtors, *Michael A. Gral*, *Gral Holdings Key Biscayne, LLC* and *Capital Ventures, LLC* ("Debtors") on the one part, and Nancy Cigno Margolis ("Margolis") on the other part, having filed a Stipulation with respect to Debtors' objections to the claims of Margolis, and the status of confirmation of the Plan of Reorganization in *Gral Holdings Key Biscayne, LLC*, (which also indicates that the parties are negotiating a global settlement) and the Court being otherwise fully advised in the premises ORDERS:

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates to *In re Michael A. Gral*, Case No. 16-21329,** *In re Gral Holdings Key Biscayne, LLC***, Case No. 16-21330 and *In re Capital Ventures, LLC,* Case No. 16-21331.**

1. The requirement that Debtors file a responsive brief in Debtors' claim objections, which was scheduled for May 4, 2018, is deferred to a different date to be set by the Court at a status conference on May 8, 2018 (if necessary).

2. The Order of the court requiring *Gral Holdings Key Biscayne, LLC*, and Margolis to file with the Court a statement no later than May 4, 2018, as to the status of their positions regarding the confirmation of the Debtor's Plan of Reorganization is stayed, and the parties shall report to the Court at the hearing on May 8, 2018, as to the status of the *Gral Holdings Key Biscayne, LLC* case.

#####