THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 15, 2018



G. Michael Halfenger
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | May 8, 2018 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 16-21329 |
| DEBTOR: | Michael Gral/Gral Holdings Key Biscayne, LLC |
| NATURE OF HEARING: | Status hearing on Chapter 11 plan confirmation proceedings for Gral Holdings Key Biscayne, LLC |
| APPEARANCES: | Jonathan Goodman, appearing for Gral Holdings Key Biscayne |
| | Michael Gral |
| | Jerome Kerkman, appearing for the Nancy Cigno |
| | Robert Ader appearing for Nancy Cigno, and Nancy Cigno (by telephone) |
| | Laura Steele, United States trustee (by telephone) |
| COURTROOM DEPUTY: | Kris Lucas |
| LAW CLERK: | Shay A. Agsten |

On May 8, 2018, the court held a status conference in *Gral Holdings Key Biscayne, LLC*, a debtor in one of the jointly administered cases related to *In re Michael A. Gral*, Case No. 16-21329. A recording from the hearing is posted to the docket.

Counsel for all three jointly administered debtors and counsel for Nancy Cigno Margolis informed the court that they were continuing to negotiate a global settlement to resolve the debtors' objections to the claims of Nancy Cigno Margolis and to obtain confirmation of Gral Holdings Key Biscayne, LLC's chapter 11 plan. The parties

requested that the court adjourn the status hearing for two weeks to allow them further time to negotiate. The court adjourned the status hearing to May 23, 2018, at 11:00 a.m. Parties may appear by telephone. To appear by telephone, you must call the Court conference line at 1-888-684-8852, and enter access code 7183566 before the scheduled hearing time.

The parties also requested that the court suspend the briefing schedule on the debtors' claim objections. The court stayed the briefing schedule set out in its February 16, 2018, minute order, CM-ECF Doc. No. 1168. The court will address the need for a further briefing schedule at the May 23, 2018, hearing.

# # # # #