# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

Michael A. Gral,[1]            Case No. 16-21329-GMH

    Debtor –in-possession         Chapter 11

_____

## NANCY CIGNO'S WITNESS LIST
## FOR PLAN CONFIRMATION HEARING

_____

At the hearing on plan confirmation in the Capital Ventures, LLC bankruptcy case, Nancy Cigno may call the following witnesses:

1. **Nancy Cigno, who** will testify as to the plan of both the debtor and Town Bank, how each relates to her claim, her history with her mortgage, the feasibility of any plan going forward, and any other matters related to the confirmability of the plans.

2. **Any witness listed by the Debtor or Town Bank**, who may be called as adverse witnesses and treated as adverse witnesses.

                                    Respectfully submitted,

                                    */s/* Robert Ader
                                    ROBERT ADER, ESQ.
                                    Fla. Bar No. 335126

---

[1] The court is jointly administering *In re Michael Gral,* Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral,* Case No.16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to In re Capital Ventures LLC. Case No 16-21331**

ADER & HITT, P.A.
Miami Tower, Suite 3550
100 S.E. 2nd Street
Miami, Florida 33131
Telephone: (305) 371-6060
Email: aderlaw@aol.com

## CERTIFICATE OF SERVICE

I, Robert Ader, an attorney, hereby certify that on May 21, 2018 I caused a true and correct copy of the foregoing to be electronically filed with the court and served upon all counsel of record via the Courtøs CM/ECF system.

/s/ Robert Ader_____