UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

MICHAEL A. GRAL

           Debtor-in-possession.

Case No. 16-21329-GMH

Chapter 11

**LIMITED OBJECTION TO DEBTOR'S
AMENDED MOTION TO OBTAIN SECURED CREDIT**

Kaplan Saunders Valente & Beninati LLC ("*Kaplan Saunders*") and Altshullaw, LLC hereby object to Debtor's Motion To Obtain Secured Credit As A Result Of Lien On Property That Is Not Property Of The Estate Pursuant To 11 U.S.C. § 364 [Doc. No. 1398] on the limited basis that the intended use of the proceeds is to pay <u>future</u> awards of fees to Debtor's counsel and counsel for the Official Committee of Unsecured Creditors (the "Committee") which would impermissibly leap-frog Kaplan Saunders and AltshulLaw's administrative priority claim that remains outstanding. In support, Kaplan Saunders and AltshulLaw state:

    1.     AltshulLaw and Kaplan Saunders were prior counsel for the Committee.

    2.     On October 19, 2016, this Court entered an Order Approving Settlement Agreement Between Debtor, Michael A. Gral, And AltshulLaw, LLC And Kaplan Saunders Valente & Beninati LLP [Doc. No. 1136] (the "Administrative Priority Order").

    3.     The Administrative Priority Order was a product of an agreement between the Debtor, on the one hand, and Kaplan Saunders and AltshulLaw, on the other hand, as to the amount of fees Kaplan Saunders and AltshulLaw was entitled to as an administrative priority claim.

    4.     Both the current counsel for the Committee and the United States Trustee had, prior to the agreement, stipulated to the reasonableness of Kaplan Saunders' and AltshulLaw's

fees in an amount in excess of what was reflected in the Administrative Priority Order [Doc. No. 1074].

5. Pursuant to the Administrative Priority Order, Kaplan Saunders and Altshullaw were granted an administrative fee in the total sum of $105,600 [Doc. No. 1136, p. 4, ¶ 2].

6. Of the $105,600, $16,600 was acknowledged to have been previously paid and $30,000 was paid on or about the entry of the Administrative Priority Order leaving an unpaid balance of $59,000 due and owing to Kaplan Saunders and AltshulLaw.

7. Under the Administrative Priority Order, the remaining $59,000 is due as an administrative priority claim and the latest Debtor can pay the $59,000 balance is 90-days after the date that the court confirms a Plan of Reorganization propounded by the Debtor. [Doc. No. 1136, p. 4-5, ¶ 2(c)]

8. Despite that current obligation, Debtor, by its motion, proposes to use the proceeds of a loan valued at approximately at $47,000 to pay only "future awards for fees to Debtor's counsel and counsel for the Official Committee of Unsecured Creditors." [Doc. No. 1398, p. 2, ¶ 4]

9. Debtor cannot leap-frog Kaplan Saunders and AltshulLaw's remaining administrative priority claim in the amount of $59,000 (an amount due and owing and agreed to by both Debtor and agreed to by the Committee) to pay only future awards to it and the Committee.

10. Instead, to the extent Debtor acquires funds to pay the "expenses of administration", as it requests, those must first be applied to outstanding awarded administrative priority claims. [Doc. No. 1398, p. 2, ¶ 4]

2

Case 16-21329-gmh    Doc 1401    Filed 05/25/18    Page 2 of 10

WHEREFORE, Kaplan Saunders and AltshulLaw requested that, to the extent the Debtor is allowed to obtain secured credit to pay expenses of administration, the Debtor must first use those funds to pay outstanding awarded administrative priority claims and not, as it proposes, to bypass prior awards and only pay "future" expenses.

KAPLAN SAUNDERS VALENTE & BENINATI LLP

By: /s/ Jeffrey E. Altshul_____

ALTSHULLAW, LLC

By: /s/ Jeffrey E. Altshul_____

Jeffrey E. Altshul (jaltshul@kaplansaunders.com)
Charles A. Valente (cvalente@kaplansaunders.com)
Isaiah A. Fishman (ifishman@kaplansaunders.com)
Kaplan Saunders Valente Beninati, LLP
500 N. Dearborn Street | Second Floor
Chicago, IL 60654
p. (312) 755-5700
f. (312) 755-5720

## Certificate of Service

I, <u>Sandra Curits</u>, a non-attorney, hereby state that the ECF Notice of this filing will be sent via the Court's CM/ECF system on May 25, 2018 to the following parties: Robert Alan Ader, Jeffrey E. Altshul, Carla O. Andres, Nina G. Beck, Sean O. Bosack, Kurt M. Carlson, Michael F. Dubis, Lori J. Fabian, Joseph E. Fenzel, Derek H. Goodman, Jonathan V. Goodman, Daniel J. Habeck, Patrick B. Howell, Elizabeth L. Janczak, Neal H. Levin, D. Alexander Martin, Mark L. Metz, Christopher M. Meuler, Office of the U.S. Trustee, Benjamin P. Payne, Nicole I. Pellerin, Michael S. Polsky, Andrew H. Robinson, Katherine Stadler, Laura Steele, Martin J. Wasserman and Jonathan V. Goodman.

The following parties on the attached service list will be served by U.S. Mail. On May 25, 2018, pursuant to Federal Bankruptcy Rule 7004 and 9014, at the mailing addresses shown.

By: */s/ Sandra Curtis*
Sandra Curtis

4

Case 16-21329-gmh    Doc 1401    Filed 05/25/18    Page 4 of 10

Bank of America
P.O. Box 351001
Dallas, TX 75285

Best Buy
P.O. Box 183185
Columbus, OH 43218-3185

BMO Harris Bank
3800 Golf Rd., Suite 300
Rolling Meadows, IL 60008

Cadles of Grassy Meadows II, L.L.C.
100 North Center Street
Newton Falls, OH 44444

Integral Management Co., LLC
1437 N. Prospect Avenue, Ste 100
Milwaukee, WI 53202-3051

Chernov, Stern & Krings, S.C.
c/o Benjamin Stern, Esq.
Von Briesen & Roper S.C.
411 E. Wisconsin Ave., #1000
Milwaukee, W1 53202

Chernov, Stern & Krings, S.C.
740 N. Plankinton Ave.
Suite 430
Milwaukee, WI 53203

Citibank N.A.
American Express
P.O. Box 6500
Sioux Falls, SD 57117

City of Milwaukee – Treasurer
200 E. Wells Street, Room 103
Milwaukee, W1 53202

Coffey Burlington
2601 South Bayshore Drive,
Penthouse
Miami, FL 33133

5

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Gral Holdings Key Biscayne, LLC
1429 N. Prospect Ave
Milwaukee, WI 53203-2403

Internal Revenue Service - CIO
P.O. Box 7317
Philadelphia, PA 19101-7317

IRSPA Ch.ll
P.O. Box 7346
Philadelphia, PA 19114-7346

IRS - Madison Insolvency
1242 Fourier Dr.
Room200
Madison, WI 53717

IRS - Milwaukee
Insolvency- Stop 5301 MIL
211 W. Wisconsin Avenue
Milwaukee, WI 53203

Jane E. Gral
1437 N. Prospect Avenue
Milwaukee, WI 53202

Johnson Bank
P.O. Box 547
Racine, WI 53401

Johnson Bank
Attn: Brenda Kurklis
P.O. Box 248
Racine WI 53401-0248

LDG Investments, LLC
1437 N. Prospect Avenue
Suite 100

Milwaukee, WI 53202

Louis A. Gral
1429 N. Prospect Avenue
Suite 100
Milwaukee, WI 53202

Milwaukee County Treasurer
901 N. 9th Street
Room 103
Milwaukee, WI 53233

Northwestern Mutual Life
720 E. Wisconsin Avenue
Milwaukee, WI 53202

Prime Star - Hl Trust
c/o Statebridge Company, LLC
5680 Greenwood Plaza Blvd., #100 S
Greenwood Village, CO 80111

Prospect Avenue Holdings, LLC
1437 N. Prospect Avenue, Suite 100
Milwaukee, WI 53202

Steinhafels, Inc.
W231 N1013 County F
Waukesha, WI 53186

TCF National Bank
500 W. Brown Deer Road
Milwaukee, WI 53217

Thomadsen & Hoeschen, LLC
River Bank Plaza
740 N Plankinton Avenue, Suite 430
Milwaukee, WI 53203

Village of Fox Point
7200 N. Santa Monica Blvd.
Milwaukee, WI 53217

Wilmington Savings Fund Society, FSB
c/o Statebridge Company, LLC

5680 Greenwood Plaza Blvd., Suite 1005
Greenwood Village, CO 80111

WI Department of Revenue
Special Procedures
P.O. Box 8901
Madison, WI 53708-8901

WI Department of Revenue - Madison
P.O. Box 8901
Madison, WI 53708

WI Department of Revenue - Milwaukee
P.O. Box 930208
Milwaukee, WI 53293

Park Bank
Dale Guenther
20300 Water Tower Blvd., Ste 100
Brookfield, WI 53045-3574

SB1 Cedarburg LLC
Jim Crawford, The BROE Group
o/b/o SB1 Cedarburg
252 Clayton St. #4
Denver, CO 80206-4814

SB1 Cedarburg LLC
c/o Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801-1120

Michael A. Gral
6823 N. Barnett Ln
Fox Point, WI 53217-3602

Julia G. Gral
6823 N. Barnett Ln
Fox Point, WI 53217-3602

Integral Investments, LLC
1437 N. Prospect Ave. Ste 100
Milwaukee, WI 53202-3053

HSBC Retail
P.O. Box 5238
Carol Stream, IL 60197-5238

Gral Investment Company
1437 N. Prospect Ave.
Milwaukee, WI 53202-3051

Gral Holdings, LTD.
1437 N. Prospect Ave.
Milwaukee, WI 53202-3051

Gibraltar Private Bank & Trust
c/o Murphy Desmond S.C.
33 East Main Street Suite 500
P.O. Box 2038
Madison, WI 53701-2038

Gibraltar Bank & Trust
200 S. Biscayne Blvd.
Suite 2850
Miami, FL 33131-2310

Donald J. Gral
1437 N. Prospect, Suite 100
Milwaukee, WI 5.202-3051

Donald A. Gral
1429 N. Prospect Ave.
Milwaukee, WI 53202-3042

Anchor Bank
18200 W. Capital Dr. #200
Brookfield, WI 53045-1446

Anchor Bank, a division of Old
National Bank
25 West Main St.
Madison, WI 53703-3399

9

American Bank
W239 N1700 Busse Rd
Waukesha, WI 53188-1160

Capital Ventures, LLC
1437 N. Prospect Ave
Milwaukee, WI 53202-3051

American Bank
676 W. Johnson St.
Fond du Lac, WI 54935-3100

Estate of Peter Margolis
c/o Nancy Cigno Margolis, P.R.
P.O. Box 530277
Miami, FL 33153-0277

10