UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## EIGHTEENTH (MAY 2018) MONTHLY INTERIM APPLICATION FOR COMPENSATION

Debtor's counsel submits this Eighteenth (May 2018) Monthly Interim Application for Compensation in the amount of $6,847.00 in fees and $16.08 in expenses, totaling $6,863.08, filed by counsel for the Debtor without first having to obtain Court permission.

Attached hereto is a detailed time record in this case for the month of May 2018.

Dated this 1st day of June, 2018.

                      LAW OFFICES OF JONATHAN V. GOODMAN
                      Attorneys for Debtor

        By: _____
                      Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330.**

<u>Post Office Address</u>
Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2018**

| Date | Description | Hours |
|---|---|---|
| *05-01 | Work pertaining to the proposed brief in opposition to the claim of Margolis in all three cases, specifically preparing Schedule F to brief, which contained certain aspects of Mr. Ader's claim for attorney fees and Mr. Kerkman's claim for attorney's fees | .50 |
| *05-01 | Edit changes to the brief referred to above | .70 |
| 05-01 | Conference call with Michael A. Gral and Mr. Spool, the appraiser in GHKB | 1.00 |
| **05-01 | Meeting with Michael A. Gral re: GHKB testimony and also plans for experts in CV | .30 |
| *05-01 | Further work in preparing brief in opposition to the Margolis claims paying particular attention to additional schedules and editing the brief | .40 |
| 05-01 | Preparation of order on application to appoint appraiser (Philip Spool) | .30 |
| 05-01 | Preparation of order to permit IBERIABANK to change vote under 3018 | .30 |
| 05-01 | Review of letter from Mr. Kerkman re: settlement in GHKB | .20 |
| 05-02 | Long conversation with Michael A. Gral re: settlement giving Margolis a mortgage | .40 |
| 05-02 | Review of Mr. Kerkman email re: settlement by GHKB | .30 |
| 05-02 | Phone with Michael A. Gral re: Mr. Kerkman's email of same date giving mortgage | .30 |
| *05-02 | Preparation of Schedules D and E to the brief, which also is related to specific items objected to in the timesheets of Mr. Ader and Mr. Kerkman | .30 |
| *05-02 | Further work on editing brief referred to above | .40 |
| 05-03 | Attention to email to Ms. Pellerin re: April 25th hearing and desire for making adequate protection proposal to IBERIABANK and for increase in loan | .40 |
| 05-03 | Attention to letter to Judge Halfenger reporting intentions on moving forward in GHKB | .20 |
| *05-03 | Further work on editing brief and schedules re: Margolis | .25 |
| **05-03 | Telephone conversation with Mr. Kerkman re: settling GHKB and CV re: Margolis | .20 |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330.**

**2018**

| Date | Description | Hours |
|---|---|---|
| *05-03 | Preparation of stipulation between debtors and Nancy Margolis along with order regarding same and emailing same to Mr. Kerkman, regarding delaying response to Margolis claim in exchange for trying to work out differences | .40 |
| *05-07 | Revision to proposed settlement agreement with Margolis | .70 |
| 05-07 | Preparation of stipulation for adequate protection with IBERIABANK | .40 |
| 05-07 | Attention to email to Ms. Pellerin forwarding stipulation | .20 |
| 05-08 | Preparation of certificate of no objection re: 3rd 120-day application for compensation to Jonathan V. Goodman | .10 |
| 05-08 | Preparation of order on 3rd 120-day application for compensation to Jonathan V. Goodman | .10 |
| 05-08 | Meeting with Michael A. Gral before hearing re: status | .30 |
| 05-08 | Attendance at hearing re: status | .50 |
| 05-08 | Work on settlement agreement re: GHKB | .60 |
| 05-08 | Preparation of final application to pay Philp Spool | .60 |
| **05-08 | Meeting with Michael A. Gral to go over settlement agreement | .40 |
| **05-10 | Attend conference call with Michael A. Gral and Mr. Kerkman re: settlement | .10 |
| **05-10 | Further work on settlement agreement involving CV and GHKB | .50 |
| 05-14 | Preparation of certificate of no objection to pay CliftonLarsonAllen | .10 |
| 05-14 | Preparation of order approving application to pay CliftonLarsonAllen | .10 |
| **05-16 | Review of changes made by Margolis attorney to proposed settlement | .60 |
| **05-21 | Attention to email to Mr. Kerkman re: additional comments to his modification to GHKB and CV plan | .50 |
| **05-21 | Attention to email to Mr. Kerkman in response to his email re: changes | .10 |
| **05-23 | Attention to email to Mr. Kerkman re: changes to modification to 3rd amended plan of reorganization and listing agreement | .75 |
| 05-23 | Review of amendments to GHKB plan (.70) and preparation of response thereto (.70) | 1.40 |
| **05-24 | Phone with Michael A. Gral re: CV and GHKB changes in response to Mr. Kerkman's and Margolis' provisions | .25 |
| **05-29 | Meeting with Mr. Kerkman to go over final changes to plan in CV and GHKB | .75 |
| **05-30 | Review of amendments made by Mr. Kerkman re: changes in CV and GHKB plans | .30 |
| *05-31 | Preparation of time for May 2018 | .50 |
| | **TOTAL** | **16.70** |

**16.70 hours @ $410.00 per hour:**      $6,847.00

**Advanced Costs**
Postage      $11.28
48 photocopies at 10¢ per copy      4.80
**TOTAL:**      **$16.08**

* This is divided between the three jointly-administered bankruptcies
** Divided between the *Capital Ventures, LLC* bankruptcy and the *Gral Holdings Key Biscayne* bankruptcy