UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

---

**TWENTY-FIRST (MAY 2018) MONTHLY INTERIM APPLICATION FOR COMPENSATION**

---

Debtor's counsel submits this Twenty-first (May 2018) Monthly Interim Application for Compensation in the amount of $7,011.00 in fees and $38.90 in expenses, totaling $7,049.90 filed by counsel for the Debtor without first having to obtain Court permission.

Attached hereto is a detailed time record in this case for the month of May 2018.

Dated this 1st day of June, 2018.

                      LAW OFFICES OF JONATHAN V. GOODMAN
                      Attorneys for Debtor

                      By: _____
                      Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Capital Ventures, LLC*, Case No. 16-21331.**

<u>Post Office Address</u>
Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2018**

| | | |
|---|---|---|
| **05-01 | Attention to email to John Hiltz re: Stipulation between UCC and Michael A. Gral re: treatment of UCC encompassing Bielinski Brother's claim in CV, as treated in competing Plan of Town Bank | .20 |
| *05-01 | Work pertaining to the proposed brief in opposition to the claim of Margolis in all three cases, specifically preparing Schedule F to brief, which contained certain aspects of Mr. Ader's claim for attorney fees and Mr. Kerkman's claim for attorney's fees | .50 |
| *05-01 | Edit changes to the brief referred to above | .70 |
| ***05-01 | Meeting with Michael A. Gral re: GHKB testimony and also plans for experts in CV | .30 |
| *05-01 | Further work in preparing brief in opposition to the Margolis claims paying particular attention to additional schedules and editing the brief | .40 |
| *05-02 | Preparation of Schedules D and E to the brief, which also is related to specific items objected to in the timesheets of Mr. Ader and Mr. Kerkman | .30 |
| *05-02 | Further work on editing brief referred to above | .40 |
| 05-03 | Attention to email to Mr. Robinson representing claimant, Old National Bank, formerly Anchor Bank, which has a claim. Making an offer in exchange for vote in favor of CV Plan | .40 |
| *05-03 | Further work on editing brief and schedules re: Margolis | .25 |
| ***05-03 | Telephone conversation with Mr. Kerkman re: settling GHKB and CV re: Margolis | .20 |
| *05-03 | Preparation of stipulation between debtors and Nancy Margolis along with order regarding same and emailing same to Mr. Kerkman, regarding delaying response to Margolis claim in exchange for trying to work out differences | .40 |
| 05-04 | Attention to email to Mr. Krings re: payout to his law firm as unsecured creditor | .40 |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Capital Ventures, LLC,* Case No. 16-21331.**

| | | |
|---|---|---|
| *05-07 | Revision to proposed settlement agreement with Margolis | .70 |
| 05-08 | Preparation of certificate of no objection to 3rd 120-day Application for compensation | .10 |
| ***05-08 | Meeting with Michael A. Gral to go over settlement agreement with Margolis | .40 |
| ***05-10 | Attend conference call with Michael A. Gral and Mr. Kerkman re: settlement | .10 |
| ***05-10 | Further work on settlement agreement involving CV and GHKB | .50 |
| 05-14 | Preparation of certificate of no objection to application to pay CliftonLarsonAllen (accountant) | .10 |
| 05-14 | Preparation of order approving application to pay CliftonLarsonAllen (accountant) | .10 |
| 05-14 | Phone with Ben Stern re: payment of his law firm's claim in CV | .20 |
| 05-15 | Preparation of witness list per court order | .50 |
| 05-15 | Phone with Michael A. Gral re: settlement with Margolis and going forward in obtaining an agreement | .20 |
| 05-15 | Attention to email to Scott Chapko asking for opinion as to value if tenant exercises option to extend | .30 |
| 05-15 | Attention to email to Doug Mann requesting that he appear at confirmation hearing on CV and Town Bank Plans | .30 |
| 05-15 | Attention to email to Dale Faught enclosing information he would use and rendering his opinion as to interest rate and term as an expert regarding 6-18-2018 hearing | .30 |
| 05-16 | Attention to email to Mr. Kerkman re: proposed settlement and amount of claim with CV and how the claim would be paid | .20 |
| 05-16 | Preparation of memo to law clerk re: whether an insider can vote in a competing plan that is not propounded by the Debtor. This research was necessary in order to determine whether Prospect Avenue Holdings, LLC, an insider, can vote on the plan proposed by Town Bank | .30 |
| 05-16 | Phone with Michael A. Gral re: settlement with Town Bank specifically a discussion of what interest rate to propose and whether adversary proceedings would be compromised | .30 |
| 05-16 | Phone with Ben Payne regarding proposed settlement with Town Bank | .30 |
| ***05-16 | Review of changes made by Margolis attorney to proposed settlement | .60 |
| 05-16 | Phone with Mr. Robinson representing Old National Bank re: settlement and whether our offer was sufficient | .20 |
| 05-16 | Phone with Mr. Payne promoting settlement with Town Bank | .30 |
| 05-18 | Phone with Mr. Winter – NO CHARGE | 0.00 |
| 05-18 | Meeting with Dale Faught to go over prospective testimony as expert in contemplation of hearing 6-18-2018 | 1.00 |
| 05-18 | Phone with Michael A. Gral re: expert testimony, specifically what Dale Faught was going to testify to | .30 |
| 05-21 | Preparation of notice of motion and motion for order modifying order setting deadlines | .60 |
| 05-21 | Preparation of notice of motion and motion to shorten time | .30 |

| | | |
|---|---|---|
| 05-21 | Preparation of revisions to the original witness list | .30 |
| ***05-21 | Attention to email to Mr. Kerkman re: additional comments to his modification to GHKB and CV plan | .50 |
| 05-21 | Review of Mr. Kerkman's response to changes in the plan modifications solely related to CV | .30 |
| ***05-21 | Attention to email to Mr. Kerkman in response to his email re: changes | .10 |
| ***05-23 | Attention to email to Mr. Kerkman re: changes to modification to 3rd amended plan of reorganization and listing agreement | .75 |
| 05-24 | Phone with Mr. Payne re: settlement with Town Bank | .20 |
| ***05-24 | Phone with Michael A. Gral re: CV and GHKB changes in response to Mr. Kerkman's and Margolis' provisions | .25 |
| 05-29 | Phone with Michael A. Gral re: meeting with Mr. Kerkman | .10 |
| ***05-29 | Meeting with Mr. Kerkman to go over final changes to plan in CV and GHKB | .75 |
| 05-29 | Phone with Mr. Stern re: where CV is in settlement | .20 |
| ***05-30 | Review of amendments made by Mr. Kerkman re: changes in CV and GHKB plans | .30 |
| *05-31 | Preparation of time for May 2018 | .50 |
| 05-31 | Telephone conversation with Michael A. Gral re: Town Bank plan | .20 |
| | **Total:** | **17.10** |
| | **17.10 hours @ $410.00 per hour:** $7,011.00 | |

**Advanced Costs**
Postage $ 23.50
154 copies @ 10¢ per copy   15.40
**TOTAL:** **$ 38.90**


\* Divided between the three jointly-administered bankruptcies
\*\*Divided between *Michael A. Gral* bankruptcy and *Capital Ventures, LLC* bankruptcy
\*\*\*Divided between the *Capital Ventures, LLC* bankruptcy and the Gral Holdings Key Biscayne bankruptcy