THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 4, 2018



G. Michael Halfenger
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | June 1, 2018 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 16-21329 |
| DEBTOR: | Michael Gral |
| NATURE OF HEARING: | Status hearing on the chapter 11 confirmation hearing for Gral Holdings Key Biscayne, LLC |
| APPEARANCES: | Jonathan Goodman, appearing for the debtor Michael Gral |
| | Jerome Kerkman, appearing for Nancy Cigno Margolis |
| | Robert Ader, appearing for Nancy Cigno Margolis |
| | Nancy Cigno Margolis |
| | Laura Steele, appearing for the United States trustee |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Shay A. Agsten |

Counsel for Gral Holdings Key Biscayne, LLC and counsel for Nancy Cigno Margolis informed the court that they were continuing to negotiate a potential settlement agreement.

Based on that report the court ORDERS that all litigation related to confirmation of the chapter 11 plan for Gral Holdings Key Biscayne, LLC is stayed. In addition, the court stays all matters related to the following:

1. Gral Holdings Key Biscayne, LLC's objection to claim number 4 of the Estate of Margolis (Doc. No. 130);
2. Michael Gral's objection to Claim Number 3 of the Estate of Margolis (Doc. No. 128); and
3. Capital Ventures, LLC's objection to Claim Number 1 of the Estate of Margolis (Doc. No. 129).

The deadlines set out in CM-ECF Doc. No. 1168 for the briefing schedule on these claim objections continue to be stayed. All of these matters are stayed until further order of the court.

The court will await the parties' report that their negotiations have either resulted in a settlement or halted irretrievably absent further court action.

# # # # #