UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

    Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## WITHDRAWAL OF CLAIM BY DONALD J. GRAL

    I, Donald J. Gral, hereby withdraw my Claim No. 23 in the above Chapter 11 proceedings, filed on May 24, 2016, and modified on May 25, 2016.

    Dated this _2 4TH_ day of July, 2018.

_____
Donald J. Gral

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net