UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

**MOTION FOR FINAL DECREE**

Capital Ventures, LLC, moves the court for the entry of an order for a final decree in this Chapter 11 case. In support of this motion, the Debtor states:

1. The Debtor filed its case under Chapter 11 of Title 11, U.S.C on February 20, 2016.

2. July 24, 2018, the Debtor's 4th Amended Plan of Reorganization was confirmed by the Court.

3. All trustee's fees have been paid or will be paid.

4. All monthly and quarterly reports have been filed. A final quarterly report has been filed.

5. The Debtor has been making and shall make all payments called for in the 4th Amended Plan of Reorganization to the creditors.

6. All litigation has been concluded and the undersigned counsel states that to the best of his knowledge, there are no other outstanding issues that will preclude the closure of this case and the issuance of a final decree.

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Capital Ventures, LLC*, Case No. 16-21331.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

1

WHEREFORE, the Debtor respectfully requests that the Court enter an order for a final decree in this case.

Dated this 19 day of October, 2018.

                                            LAW OFFICES OF JONATHAN V. GOODMAN
                                            Attorneys for Debtor

                        By: _____
                                    Jonathan V. Goodman

Post Office Address
Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net