THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 29, 2018



G. Michael Halfenger
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Michael A. Gral,                 Case No. 16-21329

                                  Chapter 11

               Debtor.

## ORDER GRANTING MOTION TO CONFIRM SCOPE OF AUTOMATIC STAY OR TO GRANT RELIEF FROM THE AUTOMATIC STAY

This matter came before the Court on the Motion to Confirm Scope of Automatic Stay or to Grant Relief from the Automatic Stay (the "Motion") filed by Lincoln County, Wisconsin, by Lincoln Co. Corporation Counsel ("Lincoln County") herein. There have been no objections to the Motion, the period for objections having passed, and this Court is otherwise fully advised in the premises,

IT IS HEREBY ORDERED:

1. Real estate owned by Georgetown Investments, LLC is not property of the estate.

# # # # #