UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:   Michael A. Gral,[1]                                Case No. 16-21329-gmh
                                                                      (Chapter 11)
         Debtor.

**UNITED STATES TRUSTEE'S LIMITED OBJECTION TO MOTION FOR FINAL DECREE**

NOW COMES the United States Trustee, Patrick S. Layng, by Attorney Michelle S. Y. Cramer, who objects to the Debtor Capital Ventures, LLC's Motion for Final Decree under 11 U.S.C. § 1141, and states as follows:

1. On October 19, 2018, the Debtors moved for entry of final decree. Docket #1576.

2. The Debtors asserts, "All trustee's fees have been paid or will be paid." However, to date, Capital Ventures has not paid $325.39 in outstanding fees.

3. There has not been a response to our inquiry regarding the status of payment.

WHEREFORE, the United States Trustee requests that the Court not enter a final decree until the remaining fees are paid. The United States Trustee does not intend to file a brief in connection with this pleading, but reserves the right to file a responsive brief or pleading if necessary.

Dated:   November 9, 2018

                                                            PATRICK S. LAYNG
                                                            United States Trustee

                                                            *Michelle S. Y. Cramer*
                                                            Digitally signed by Michelle S. Y. Cramer
                                                            Date: 2018.11.09 14:36:34 -06'00'
                                                            _____
                                                            MICHELLE S. Y. CRAMER
                                                            Attorney for the United States Trustee

---

[1] The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates to *In re Capital Ventures, LLC*, Case No. 16-21331.**

Attorney Michelle S. Y. Cramer
Office of the United States Trustee
517 East Wisconsin Avenue, Room 430
Milwaukee, WI 53202
(414) 297-4499 / Fax (414) 297-4478

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Michael A. Gral,

        Debtor.

Case No. 16-21329-gmh
(Chapter 11)

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, I electronically filed the **UNITED STATES TRUSTEE'S LIMITED OBJECTION TO CAPITAL VENTURES LLC'S MOTION FOR FINAL DECREE** with the Clerk of the Bankruptcy Court using the ECF system, which will send notification of such filing to the appropriate ECF filers, and further, that I mailed such document, via first-class U.S. mail, to:

Michael A. Gral
6823 North Barnett Lane
Fox Point, WI 53217

Capital Ventures, LLC
1427 North Prospect Avenue
Milwaukee, WI 53202

*Mary J Malone*

Mary Jo Malone, Paralegal Specialist
Office of the United States Trustee

2