# UNITED STATES BANKRUPTCY COURT FOR
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-21329-gmh |
| **MICHAEL A. GRAL,** ) | Chapter 11 |
| ) | |
| Debtor. ) | Hon. G. Michael Halfenger |
| ) | |
| ) | |

## NOTICE OF APPEARANCE

Please take notice that Blair R. Zanzig hereby appears on behalf of the Official Committee of Unsecured Creditors of Michael A. Gral.

Dated: March 19, 2019            Respectfully Submitted,

By: /s/ Blair R. Zanzig

John F. Hiltz (Illinois # 6289744)
Blair R. Zanzig (Illinois # 6273293)
Alex J. Whitt (Illinois # 6315835)
**HILTZ & ZANZIG LLC**
53 West Jackson Blvd., Suite 701
Chicago, Illinois 60604
Telephone: 312.566.9008
Facsimile: 312.253.4874