THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 20, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | March 20, 2019 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 16-21329 |
| DEBTOR: | Michael A. Gral |
| NATURE OF HEARING: | 1. Official Committee of Unsecured Creditors' motion to convert or, in the alternative, dismiss |
| | 2. Status hearing on Michael Gral's objection to claim number 10 of Bielinski Bros. Builders, Inc. |
| ADV. CASE NO.: | 16-2182 |
| PLAINTIFF: | Bielinski Bros. Builders, Inc. |
| DEFENDANT: | Michael Gral |
| NATURE OF HEARING: | Status hearing |
| ADV. CASE NO.: | 17-2277 |
| PLAINTIFF: | Donald A. Gral, et. al |
| DEFENDANT: | Michael A. Gral, et. al |
| NATURE OF HEARING: | Status hearing |
| ADV. CASE NO.: | 18-2221 |
| PLAINTIFF: | Park Bank |
| DEFENDANT: | Michael A. Gral |
| NATURE OF HEARING: | Status hearing |
| APPEARANCES: | Jonathan Goodman, appearing for the debtor |
| | Michael Gral, debtor in possession |
| | L. Katie Mason, appearing on behalf of Park Bank |

|  | John Hiltz and Blair Zanzig, appearing for the Official Committee of Unsecured Creditors in *In re Michael Gral*, Case No. 16-21329 |
|---|---|
|  | Sean Bosack, appearing for Bielinski Bros. Builders, Inc. |
|  | Mark Metz, appearing on behalf of all plaintiffs except for D.J. Gral in Adv. Proc. No. 17-2277, Gral v. Gral |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Shay A. Agsten |

On March 20, 2019, the court held several hearings in cases related to *In re Michael A. Gral*, Case No. 16-21329. A recording of the hearings will be posted to the docket.

1. **Official Committee of Unsecured Creditors' motion to convert or, in the alternative, dismiss**

The debtor informed the court that he had agreed to convert the case to one under chapter 7, subject to conditions relating to the procedures upon conversion that were stated on the record. Park Bank and the Official Committee of Unsecured Creditors agreed to this course.

Accordingly, **IT IS HEREBY ORDERED** that this **case is converted to a chapter 7 case**, effective immediately.

2. **Status hearing on Michael Gral's objection to claim number 10 of Bielinski Bros. Builders, Inc.**

Based on the conversion of this case to a chapter 7 case, the court stayed proceedings on this matter to allow time for the appointment of the chapter 7 trustee. The court will schedule a status hearing on this matter to be convened after the date set for the first §341 meeting of creditors.

3. **Status hearing in Adv. Proc. No. 16-2182, Bielinski Bros. Builders Inc. v. Gral**

Plaintiff informed the court that it wanted to stay this matter to wait for the chapter 7 §341 meeting of creditors. Based on plaintiff's request and the conversion of this case to a chapter 7 case, the court stayed proceedings on this matter to allow time for the

appointment of the chapter 7 trustee. The court will schedule a status hearing on this matter to be convened after the date set for the first §341 meeting of creditors.

4. **Status hearing in Gral v. Gral, Adv. Proc. No. 17-2277**

Based on the conversion of this case to a chapter 7 case, the court stayed proceedings on this matter to allow time for the appointment of the chapter 7 trustee. The court will schedule a status hearing on this matter to be convened after the date set for the first §341 meeting of creditors.

5. **Park Bank v. Gral, Adv. Proc. No. 18-2221**

Park Bank informed the court that it is still pursuing count 3 of its complaint. Park Bank's counsel agreed that it would be appropriate to stay this matter pending the appointment of the chapter 7 trustee. Based on the conversion of this case to a chapter 7 case, the court stayed proceedings on this matter to allow time for the appointment of the chapter 7 trustee. The court will schedule a status hearing on this matter to be convened after the date set for the first §341 meeting of creditors.

6. **All Proceedings**

A party in interest may request a hearing or other relief in any of these matters if the party perceives a need for a hearing or other action before the court schedules the contemplated status hearings.

# # # # #