# MONTHLY FINANCIAL REPORT

**OFFICE OF THE U.S. TRUSTEE
EASTERN DISTRICT OF WISCONSIN**

Case Name__Michael A. Gral DIP_____          Case No.16-21329-GMH__

FOR MONTH OF __February_____          2019__

1. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| A. CASH ON HAND START OF MONTH | $7,195.67 |
| B. RECEIPTS | $10,000.01 |
| C. DISBURSEMENTS | $10,911.01 |
| D. NET RECEIPTS (DISBURSEMENTS) | ($911.00) |
| E. CASH ON HAND END OF MONTH | $6,284.67 |

### PROFIT AND LOSS STATEMENT
### ACCRUAL BASIS

| | |
|---|---|
| A. NET SALES | $10,000.01 |
| B. COST OF SALES | $0 |
| C. GROSS PROFIT | $10,000.01 |
| D. TOTAL OPERATING EXPENSES | $10,091.80 |
| E. NET INCOME (LOSS) FROM OPERATIONS | ($91.79) |
| F. NON-OPERATING, NON-RECURRING REVENUE (EXPENSES) | ($1,813.39) |
| G. NET INCOME (LOSS) | ($1,905.18) |

1

## II. PROFIT & LOSS STATEMENT (ACCRUAL BASIS)
## Please see attached Cash Flow Statement (Accrual Basis)

A. Related to Business Operations
> *Total Revenue (Sales)*                      $_____

  Less: Cost of Goods Sold
        Beginning Inventory at Cost      $_____
        Add: Purchases               _____
        Less: Ending Inventory at Cost
  Cost of Goods Sold                           _____

  Gross Profit                                _____

  *Less:  Operating Expenses:*
        Officer Compensation          _____
        Salaries and Wages – Other Employees   _____
        Employee Benefits and pensions     _____
        Payroll Taxes                _____
        Real Estate Taxes            _____
        Federal and State Income Taxes     _____
        Rent and Lease Exp. (Real & Personal Property) _____
        Interest Expense (Mortgage, Loan etc.)   _____
        Insurance                 _____
        Automobile Expense          _____
        Utilities (Gas, Electricity, Water, Telephone, etc.) _____
        Depreciation and Amortization      _____
        Repairs and Maintenance        _____
        Advertising               _____
        Supplies, Office Expenses, Photocopies, etc. _____
        Bad Debts                 _____
        Miscellaneous Operating Expenses    _____

    Total Operating Expenses                  _____

    Net Income (Loss) from Operations        _____

B.  <u>Not Related to Business Operations</u>

    *Revenue:*
        Interest Income            _____
        Net Gain (Loss) on Sale of Assets    _____
        Other Non-Operating Revenues (Specify)   _____

    Total Non-Operating Revenue            _____

    *Expenses:*
        Legal and Professional Fees (Specify   _____
        Other Non-Operating Expenses (Specify)   _____

      Total Non-Operating Expenses         _____
NET INCOME/LOSS FOR PERIOD             $_____

## III. SUMMARY OF CASH RECEIPTS & DISBURSEMENTS
### (Attach Copies of Bank Statements & Bank Reconciliations)
### Please see attached Cash Flow Statement (Cash Basis).

Depository Name & Location _____US Bank_____

_____Milwaukee, Wisconsin_____

Beginning Cash Balance Per Books                                 $7,195.67

**Receipts:**

| | |
|---|---|
| Sales (Cash **ONLY**) | $_____ |
| Collection of Accounts Receivable | _____ |
| Proceeds from Sale of Assets | _____ |
| Interest Income | _____ |
| Other Income (Specify) | _____ |

Total Receipts                                 $10,000.01
(Per Attached Itemized Listing)

**Disbursements:**

| | |
|---|---|
| Purchases of Inventory | $_____ |
| Officer Compensation | _____ |
| Salaries & Wages – Other Employees | _____ |
| Employee Benefits | _____ |
| Legal & Professional Fees | _____ |
| Payroll Taxes | _____ |
| Other Taxes (Specify) | _____ |
| Payments to Mortgagees | _____ |
| Rent | _____ |
| Lease Payments | _____ |
| Automobile Expenses | _____ |
| Insurance | _____ |
| Utilities | _____ |
| Supplies | _____ |
| Other (Specify) | _____ |

Total Disbursements                                 $10,911.01
(Per Attached Itemized Listing)

Net Receipts (Disbursements)                                 ($911.00)

Ending Cash Balance Per Books                                 $6,284.67

3

## CASH RECEIPTS LISTING

| Date Received | Payor | Description | Amount |
|---|---|---|---|
| 2/8/19 | Integral Management Co. | Gross Payroll | 5,000.00 |
| 2/27/19 | Integral Management Co. | Gross Payroll | 5,000.00 |
| 2/28/19 | Westbury Bank | Interest Paid | .01 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total:   10,000.01

-4-

# CASH DISBURSEMENTS LISTING

| Date Paid | Payee | Description | Check # | Amount |
|---|---|---|---|---|
| 1/29/19 | Time Insurance Co. | 2/1-5/1/19 Dental | 379 | 121.50 |
| 2/1/19 | American Express | 12/17-12/30/18 | 381 | 1,301.38 |
| 2/1/19 | American Express | 1/1-1/15/19 | 382 | 1,494.54 |
| 2/1/19 | Chubb | 2/2019 | 383 | 44.94 |
| 2/8/19 | BSI Financial | 1/19 Mortgage | 385 | 2,342.63 |
| 2/8/19 | | FICA Withholdings | | 15.00 |
| 2/8/19 | | State Withholdings | | 15.00 |
| 2/8/19 | | Federal Employee Withholdings | | 72.50 |
| 2/8/19 | | Social Security Withholdings | | 310.00 |
| 2/14/19 | Johnson Bank | 2/2019 Mortgage | 386 | 1,823.79 |
| 2/14/19 | AT&T | 2/1-2/28/19 | 388 | 224.84 |
| 2/14/19 | BSI Financial | 2/19 Mortgage | 389 | 2,342.63 |
| 2/26/19 | WE Energies | 1/7-2/5/19 | 387 | 381.00 |
| 2/27/19 | | FICA Withholdings | | 15.00 |
| 2/27/19 | | State Withholdings | | 15.00 |
| 2/27/19 | | Federal Employee Withholdings | | 72.50 |
| 2/27/19 | | Social Security Withholdings | | 310.00 |
| 2/28/19 | Integral Management Co. | 2/1-2/28/19 Copier/Postage | 390 | 8.76 |

Total: 10,911.01

Case 16-21329-gmh    Doc 1646    Filed 03/21/19    Page 5 of 31

# Bank Reconciliation Report

Michael/Juila Living Trust

3/7/2019

3418

Posted by: ebs    on 3/12/2019

| | |
|---|---|
| **Balance Per Bank Statement as of 3/7/2019** | **76.56** |
| **Reconciled Bank Balance** | **76.56** |
| | |
| **Balance per GL as of 3/7/2019** | **76.56** |
| **Reconciled Balance Per G/L** | **76.56** |
| | |
| **Difference** (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

 **usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

92142          IMG          S          X          ST01

**Wealth Management**
**Uni-Statement**
Account Number:
████████ 3418
Statement Period:
Feb 8, 2019
through
Mar 7, 2019

Page 1 of 1



```
Iil·Iil·I·IIII·IIII·II·IIII·I·I·I·IIIII·II·I·IIII·II
000127601 01 SP      106481936494065 E
MICHAEL A GRAL TSTEE/GRNT
MICHAEL A GRAL & JULIA G GRAL LIVING TR
6823 N BARNETT LN
MILWAUKEE WI 53217-3602
```

Contact a Wealth Management Banking Services
Associate at 800.236.7700, 24 hours a day, 7 days a
week for questions about your account(s). Visit
usbank.com to view your statement online.

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up-to-date on your account(s) and would like to make you aware of several updates to the "Consumer Pricing Information" brochure, effective May 13, 2019. You may pick up a copy at your local branch, view a copy at usbank.com, or call 800.USBANKS (800.872.2657) for a copy beginning May 13.
The main updates include:

- New Platinum Checking Package benefit regarding Overdraft or Extended Overdraft fees
- Updated benefit for Platinum Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- New benefit for Gold Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- Corrected investment tiers of the Elite Money Market account
- New disclosure in the effective date of check order discount benefit when switching existing checking product options

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

**Investment and Insurance products and services including annuities are:**
**NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED •**
**NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY**

**\* For U.S. Bancorp Investments:** Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.
**For U.S. Bank:** U.S. Bank is not responsible for and does not guarantee the products, services, or performance of U.S. Bancorp Investments. Deposit products offered by U.S. Bank National Association. Member FDIC.

## EASY CHECKING                                            *Member FDIC*

U.S. Bank National Association                                    Account Number 1-823-7560-3418
**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Feb 8 | $ | 76.56 | Number of Days in Statement Period | | 28 |
| | | | Average Account Balance | $ | 76.56 |
| **Ending Balance on Mar 7, 2019** | **$** | **76.56** | | | |

# Bank Reconciliation Report

MAG DIP

3/11/2019

~~XXXXXX~~5689

Posted by: ebs    on 3/12/2019

| | | |
|---|---|---:|
| **Balance Per Bank Statement as of 3/11/2019** | | 3,706.49 |
| | **Reconciled Bank Balance** | 3,706.49 |
| | | |
| **Balance per GL as of 3/11/2019** | | 3,706.49 |
| | **Reconciled Balance Per G/L** | 3,706.49 |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | 0.00 |

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 1/31/2019 | 384 | ustrust - U.S. Trustee Payment Center | 975.00 | 3/11/2019 |
| 2/8/2019 | 385 | bsi - BSI FINANCIAL SERVICES | 2,342.63 | 3/11/2019 |
| 2/14/2019 | 386 | johnsonb - JOHNSON BANK | 1,823.79 | 3/11/2019 |
| 2/14/2019 | 388 | attmag - AT&T | 224.84 | 3/11/2019 |
| 2/14/2019 | 389 | bsi - BSI FINANCIAL SERVICES | 2,342.63 | 3/11/2019 |
| 2/26/2019 | 387 | we - WE ENERGIES | 381.00 | 3/11/2019 |
| 2/28/2019 | 390 | intman - INTEGRAL MANAGEMENT CO., LLC | 8.76 | 3/11/2019 |
| 3/1/2019 | 391 | amex - AMERICAN EXPRESS | 1,360.64 | 3/11/2019 |
| 3/1/2019 | 392 | amex - AMERICAN EXPRESS | 760.19 | 3/11/2019 |
| 3/1/2019 | 393 | chubb - CHUBB INDEMNITY INSURANCE COMPANY | 44.94 | 3/11/2019 |
| **Total Cleared Checks** | | | **10,264.42** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 2/27/2019 | 52 | | 4,587.50 | 3/11/2019 |
| **Total Cleared Deposits** | | | **4,587.50** | |

 **bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2069    IMG    S    X    ST01

**Wealth Management**
**Uni-Statement**

Account Number:
⬛⬛⬛ 5689

Statement Period:
Feb 12, 2019
through
Mar 11, 2019

Page 1 of 4



000000009197 01 SP    106481941841792 E
ESTATE OF MICHAEL A GRAL
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1621329GMH
1437 N PROSPECT AVE STE 100
MILWAUKEE WI 53202-3051

Contact a Wealth Management Banking Services
Associate at 800.236.7700, 24 hours a day, 7 days a
week for questions about your account(s). Visit
usbank.com to view your statement online.

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up-to-date on your account(s) and would like to make you aware of several updates to the "Consumer Pricing Information" brochure, effective May 13, 2019. You may pick up a copy at your local branch, view a copy at usbank.com, or call 800.USBANKS (800.872.2657) for a copy beginning May 13.
The main updates include:

- New Platinum Checking Package benefit regarding Overdraft or Extended Overdraft fees
- Updated benefit for Platinum Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- New benefit for Gold Checking Package owners with a self-directed brokerage account available through our affiliate U.S. Bancorp Investments*
- Corrected investment tiers of the Elite Money Market account
- New disclosure in the effective date of check order discount benefit when switching existing checking product options

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

**Investment and Insurance products and services including annuities are:**
**NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED •**
**NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY**

* **For U.S. Bancorp Investments:** Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.
**For U.S. Bank:** U.S. Bank is not responsible for and does not guarantee the products, services, or performance of U.S. Bancorp Investments. Deposit products offered by U.S. Bank National Association. Member FDIC.

## EASY CHECKING                                                         *Member FDIC*

U.S. Bank National Association                                        Account Number ⬛⬛⬛-5689

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Feb 12 | $ | 9,383.41 | Number of Days in Statement Period | | 28 |
| Deposits / Credits | | 4,587.50 | Average Account Balance | $ | 4,240.30 |
| Other Withdrawals | | 381.00- | | | |
| Checks Paid | | 9,883.42- | | | |
| **Ending Balance on Mar 11, 2019** | $ | **3,706.49** | | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Feb 28 | Deposit | 8954606431 | $ | 4,587.50 |
| | **Total Deposits / Credits** | | $ | **4,587.50** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 26 | Electronic Withdrawal | To WE ENERGIES | | $ | 381.00- |
| | REF=190570165100550Y00 | 13904762WEONLINE DB 8435560873 | | | |
| | | **Total Other Withdrawals** | | $ | **381.00-** |

 **bank**

ESTATE OF MICHAEL A GRAL
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1621329GMH
1437 N PROSPECT AVE STE 100
MILWAUKEE WI 53202-3051



**Wealth Management**
**Uni-Statement**
Account Number:
 5689

Statement Period:
Feb 12, 2019
through
Mar 11, 2019

Page 2 of 4

## EASY CHECKING                                       (CONTINUED)

U.S. Bank National Association                            **Account Number** ▓▓▓▓-5689

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 0000 | Mar 8 | 9253594021 | 44.94 | 0389 | Feb 21 | 8955174824 | 2,342.63 |
| 0384* | Feb 12 | 8356817229 | 975.00 | 0390 | Mar 1 | 9250734233 | 8.76 |
| 0385 | Feb 12 | 8357746992 | 2,342.63 | 0391 | Mar 5 | 8355808620 | 1,360.64 |
| 0386 | Feb 20 | 8655731820 | 1,823.79 | 0392 | Mar 5 | 8355808658 | 760.19 |
| 0388* | Feb 19 | 8450183721 | 224.84 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| * Gap in check sequence | | | | **Conventional Checks Paid (9)** | | **$** | **9,883.42-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Feb 12 | 6,065.78 | Feb 21 | 1,674.52 | Mar 1 | 5,872.26 |
| Feb 19 | 5,840.94 | Feb 26 | 1,293.52 | Mar 5 | 3,751.43 |
| Feb 20 | 4,017.15 | Feb 28 | 5,881.02 | Mar 8 | 3,706.49 |

Balances only appear for days reflecting change.



ESTATE OF MICHAEL A GRAL
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1621329GMH
1437 N PROSPECT AVE STE 100
MILWAUKEE WI 53202-3051

**Wealth Management**
**Uni-Statement**
Account Number:
▓▓▓▓▓▓ 5689

Statement Period:
Feb 12, 2019
through
Mar 11, 2019

Page 3 of 4

## IMAGES FOR YOUR EASY CHECKING ACCOUNT

*Member FDIC*

Account Number ▓▓▓▓▓▓5689



| Check | Date | Amount |
|---|---|---|
| 0000 | Feb 28 | 4,587.50 |
| 0000 | Mar 08 | 44.94 |
| 0384* | Feb 12 | 975.00 |
| 0385 | Feb 12 | 2,342.63 |
| 0386 | Feb 20 | 1,823.79 |

\* Gap in check sequence



**ESTATE OF MICHAEL A GRAL**
**DEBTOR IN POSSESSION**
**BANKRUPTCY CASE #1621329GMH**
**1437 N PROSPECT AVE STE 100**
**MILWAUKEE WI 53202-3051**

**Wealth Management**
**Uni-Statement**
Account Number:
[REDACTED] 5689

Statement Period:
Feb 12, 2019
through
Mar 11, 2019

Page 4 of 4

 

## IMAGES FOR YOUR EASY CHECKING ACCOUNT                          (CONTINUED)



| | | |
|---|---|---|
| 0388* | Feb 19 | 224.84 |
| 0389 | Feb 21 | 2,342.63 |
| 0390 | Mar 01 | 8.76 |
| 0391 | Mar 05 | 1,360.64 |
| 0392 | Mar 05 | 760.19 |

* Gap in check sequence

# Bank Reconciliation Report

Michael/Julia Living Trust

2/28/2019

1044

Posted by: ebs      on 3/19/2019

| | |
|---|---:|
| **Balance Per Bank Statement as of 2/28/2019** | 335.85 |
| **Reconciled Bank Balance** | **335.85** |
| | |
| **Balance per GL as of 2/28/2019** | 335.85 |
| **Reconciled Balance Per G/L** | **335.85** |
| | |
| **Difference**          (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**Cleared Items:**

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 2/28/2019 | JE 15348 | Westbury Bank | 0.01 | 2/28/2019 |
| **Total Cleared Other Items** | | | **0.01** | |

Bank Reconciliation Report



**Account Statement**

welcome to *what if.*

MICHAEL & JULIA G GRAL
LIVING TRUST
1437 N PROSPECT AVE STE 100
MILWAUKEE WI  53202-3051

SUMMARY OF YOUR ACTIVITY
ACTIVITY THROUGH       FEB 28 19
STATEMENT NUMBER        ████1044
BEGINNING BALANCE         335.84
DEPOSIT AMOUNT      +         .00
WITHDRAWAL AMOUNT  -         .00
SERVICE CHARGE     -         .00
INTEREST PAID      +         .01
ENDING BALANCE     =      335.85

---

EFFECTIVE 11/30/18, THE DAILY DEBIT
CARD PIN TRANSACTION LIMIT WILL BE
RAISED TO $1500. PLEASE CONTACT
YOUR LOCAL BRANCH WITH QUESTIONS.

---

IDEAL Rewards Checking        ████1044                    BALANCE SUMMARY
ACTIVITY BEGINNING       FEB 01 19   WITHDRAWALS    DEPOSITS       $     335.84
FEB 28  INTEREST PAID  2/01 THROUGH  2/28              .01  FEB 28 $     335.85
    .04% ANNUAL PERCENTAGE YIELD EARNED IS BASED ON $       .01 INTEREST EARNED FOR  28 DAYS

Unfortunately, you have not
met the requirements for this
IDEAL checking cycle.

---

SUMMARY OF YOUR DEPOSIT ACCOUNTS

| ACCOUNT<br>DESCRIPTION | ACCOUNT<br>NUMBER | ACCOUNT<br>BALANCE | MATURITY<br>DATE |
|---|---|---|---|
| IDEAL Rewards Checking | ████1044 | $    335.85 | |

- 01 -

Case 16-21329-gmh    Doc 1646    Filed 03/21/19    Page 14 of 31

## IV. BALANCE SHEET
### Please see attached Balance Sheet and Official Form 106 Schedules.

<u>ASSETS</u>

*Current*

| | |
|---|---|
| *Cash* | $_____ |
| Inventory | _____ |
| Accounts Receivable | _____ |
| Other (specify) | _____ |
| Total Current Assets | $_____ |

*Fixed*

| | |
|---|---|
| Property and Equipment | _____ |
| Accumulated Depreciation | < _____> |
| Other (specify) | _____ |

Total Fixed Assets _____

Total Assets $_____

<u>LIABILITIES</u>

*Current*

| | |
|---|---|
| Post Chapter 11 Payables | $_____ |
| Post Petition Taxes Payable | _____ |
| Accrued Professional Fees | _____ |
| Other (specify) | _____ |
| Total Current Liabilities | $_____ |

*Long Term Debt*

| | |
|---|---|
| Pre-Chapter 11 Payables | $_____ |
| Notes and Loan Payable | _____ |
| Other (specify) | _____ |
| Total LongTerm Debt | _____ |
| Total Liabilities | _____ |

## STOCKHOLDERS EQUITY <DEFICIT.>

| | |
|---|---|
| Capital Stock | $_____ |
| Retained Earnings (Deficit) | _____ |
| Current Surplus (Deficit) | _____ |
| Total Stockholders Equity | $_____ |

Total Liabilities
& Stockholder Equity $_____

6

## V. SUPPORTING SCHEDULES

1. <u>OTHER MONIES ON HAND</u>.  (Specify type, location, and amount, i.e. petty cash, cash on hand, etc.

   <u>None</u>                              

2. <u>AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE</u>(exclude pre-petition accounts payable):
   Please see attached Accounts Payable Schedule.

|          |                | Accts Payable | Accts Receivable |
|----------|----------------|---------------|------------------|
| Current  | Under 30 Days  | $_____   | $_____      |
| Overdue  | 31-60 Days     | _____    | _____       |
| Overdue  | 61-90 Days     | _____    | _____       |
| Overdue  | 91-120 Days    | _____    | _____       |
| Overdue  | Over 121 Days  | _____    | _____       |
|          | Total          | $_____   | $_____      |

   Itemize all post-petition payables over 30 days old on a separate schedule.

3. <u>ACCRUED PROFESSIONAL FEES (POST PETITION)</u>

|          <u>Name/Profession</u>          | <u>Amount Due</u> |
|-------------------------------------------|-------------------|
| Please see attached Accounts Payable Schedule. |              |
| _____   | _____ |
| _____   | _____ |
| _____   | _____ |
| _____   | _____ |

4. <u>STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS</u>

| Name of Creditor <u>Lessor</u> | Frequency Of Regular <u>Payments</u> | Amount of Regular <u>Payment</u> | Date of Last <u>Payment</u> | Amount of Payments <u>Delinquent*</u> |
|----------------|--------------|-------------|-------------|-------------|
| BSI Financial   | Monthly      | $3,084.01   | 2/14/19     | $0.00       |
| Johnson Bank    | Monthly      | $1,823.79   | 2/14/19     | $0.00       |

*Include Only Post Petition Payments
Explanation for Non Payment

7

## VI. TAX LIABILITY QUESTIONNAIRE

Debtors in Possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as-due basis. Applicable tax liabilities should also be accrued between tax due dates for each pay period. Please indicate the amounts of <u>post petition</u> taxes and withholdings that have been paid <u>and accrued</u> through this reporting period. Any taxes that do not apply to the Debtor should be marked: Not applicable (NA) or $-0-.

|  | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | 2/8/19 | 310.00 | _____ | _____ |
|  | 2/27/19 | 310.00 | _____ | _____ |
| Employer's FICA | NA | _____ | _____ | _____ |
| Federal Employee Withholding | 2/8/19 | 15.00 | _____ | _____ |
|  | 2/27/19 | 15.00 | _____ | _____ |
| Federal Unemployment Taxes | NA | _____ | _____ | _____ |
| Federal Income Taxes        IRS 2014 | _____ | _____ | 6,704.99 | 6,704.99 |
| State Income Taxes | NA | _____ | _____ | _____ |
| State Unemployment Taxes | NA | _____ | _____ | _____ |
| State Employee Withholding | 2/8/19 | 72.50 | _____ | _____ |
|  | 2/27/19 | 72.50 | _____ | _____ |
| State Sales & Use Taxes | NA | _____ | _____ | _____ |
| Real Estate Taxes | _____ | _____ | 2,822.00 | _____ |
| Personal Property Taxes | NA | _____ | _____ | _____ |
| Other Taxes (Specify) | NA | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

If any of these applicable tax liabilities have not been paid currently, please explain:

8

## VII. DECLARATION

I, <u>Michael A. Gral</u>, declare under penalty of perjury that the information

contained in this Financial Report is true and complete to the best of my knowledge.

Michael A. Gral, DIP

_____

Print Name & Capacity of Person
signing this Declaration

Date: <u>March 19, 2019</u>

_____

Signature

Name, Title & Telephone No. of Preparer:

<u>Michael A. Gral</u>

<u>Debtor in Possession</u>

<u>(414) 271-7777</u>

9



**American Express Classic Gold Card**

JULIA G GRAL
Closing Date 02/13/19

Account Ending 0-11007

Please note, your preset line is $10,100.00. You have spent $6,978.92.



**Awarded for Customer Satisfaction**

The Amex® App is ranked Highest in Customer Satisfaction among Mobile Credit Card Apps for appearance, availability of info, clarity of info, and navigation. **Learn more by visiting amex.co/exploreapp.**

For J.D. Power 2018 award information, visit jdpower.com/awards.

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$2,670.92 | -$125.00 | -$2,795.92 |
| Credits | $0.00 | $0.00 | $0.00 |
| **Total Payments and Credits** | **-$2,670.92** | **-$125.00** | **-$2,795.92** |

### Detail   *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 02/05/19* | PAYMENT RECEIVED - THANK YOU | -$1,301.38 |
| 02/05/19* | PAYMENT RECEIVED - THANK YOU | -$1,494.54 |

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$2,004.83** | **$0.00** | **$2,004.83** |

### Detail

 **JULIA G GRAL**
Card Ending 0-11007

|  |  |  |  | Amount |
|---|---|---|---|---|
| 01/18/19 | METRO MARKET #890 000000890<br>8666111979<br>GROCERY STORES | MEQOUN | WI | $300.03 |
| 01/21/19 | PICK N SAVE #876 000000876<br>8666111979<br>GROCERY STORES | GLENDALE | WI | $249.19 |
| 01/25/19 | SENDIK'S SILVER SP 542929811300011<br>4149629525 | WHITEFISH BAY | WI | $203.00 |
| 01/26/19 | SENDIK'S SILVER SP 542929811300011<br>4149629525 | WHITEFISH BAY | WI | $32.94 |
| 01/29/19 | PICK N SAVE #876 000000876<br>8666111979<br>GROCERY STORES | GLENDALE | WI | $283.46 |
| 01/31/19 | PICK N SAVE #876 000000876<br>8666111979<br>GROCERY STORES | GLENDALE | WI | $292.02 |
| 02/02/19 | PICK N SAVE #876 000000876<br>8666111979<br>GROCERY STORES | GLENDALE | WI | $254.99 |

Continued on reverse

## Detail Continued

| | | | Amount |
|---|---|---|---|
| 02/03/19 | SENDIK'S SILVER SP 542929811300011<br>4149629525 | WHITEFISH BAY | WI | $205.29 |
| 02/10/19 | SENDIK'S SILVER SP 542929811300011<br>4149629525 | WHITEFISH BAY | WI | $183.91 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 02/13/19 | Interest Charge on Pay Over Time Purchases | $67.38 |
| **Total Interest Charged for this Period** | | **$67.38** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2019 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2019 | $0.00 |
| Total Interest in 2019 | $142.72 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time Select | 10/27/2010 | 11/02/2012 | 17.49% (v) | $5,024.12 | $67.38 |
| **Total** | | | | | **$67.38** |
| (v) Variable Rate | | | | | |



**American Express Classic Gold Card**

JULIA G GRAL
Closing Date 03/15/19

Account Ending 0-11007



**Enjoy the convenience of mobile payments with the American Express® App.**

Pay your bill, set up AutoPay to schedule automatic payments, and even manage your Bank Accounts. Learn more about what you can do on-the-go by visiting amex.co/exploreamexapp.

iOS and Android only. See App Store listings for operating system info.

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$2,004.83 | -$116.00 | -$2,120.83 |
| Credits | $0.00 | $0.00 | $0.00 |
| Total Payments and Credits | -$2,004.83 | -$116.00 | -$2,120.83 |

### Detail   *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 03/04/19* | PAYMENT RECEIVED - THANK YOU | -$1,360.64 |
| 03/04/19* | PAYMENT RECEIVED - THANK YOU | -$760.19 |

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Total New Charges | $2,083.87 | $0.00 | $2,083.87 |

### Detail



**JULIA G GRAL**
Card Ending 0-11007

|  |  |  |  | Amount |
|---|---|---|---|---|
| 02/14/19 | PICK N SAVE #876 000000876<br>8666111979<br>GROCERY STORES | GLENDALE | WI | $242.60 |
| 02/16/19 | SENDIK'S BAYSIDE 542929811300110<br>4143529525 | BAYSIDE | WI | $105.72 |
| 02/20/19 | PICK N SAVE #876 000000876<br>8666111979<br>GROCERY STORES | GLENDALE | WI | $267.74 |
| 02/20/19 | PICK N SAVE #876 000000876<br>8666111979<br>GROCERY STORES | GLENDALE | WI | $8.21 |
| 02/23/19 | SENDIK'S SILVER SP 542929811300011<br>4149629525 | WHITEFISH BAY | WI | $153.08 |
| 02/25/19 | PICK N SAVE #876 000000876<br>8666111979<br>GROCERY STORES | GLENDALE | WI | $201.85 |
| 03/01/19 | SENDIK'S FINE FOODS 000000000667501<br>2627818200 | BROOKFIELD | WI | $176.13 |
| 03/01/19 | SENDIK'S FINE FOODS 000000000667501<br>2627818200 | BROOKFIELD | WI | $46.23 |

Continued on reverse

## Detail Continued

| Date | Description | Location | | Amount |
|---|---|---|---|---|
| 03/02/19 | SENDIK'S BAYSIDE 542929811300110 4143529525 | BAYSIDE | WI | $66.94 |
| 03/04/19 | PICK N SAVE #876 000000876 8666111979 GROCERY STORES | GLENDALE | WI | $220.55 |
| 03/06/19 | PICK N SAVE #876 000000876 8666111979 | GLENDALE | WI | $101.29 |
| 03/11/19 | PICK N SAVE #876 000000876 8666111979 GROCERY STORES | GLENDALE | WI | $291.29 |
| 03/12/19 | SENDIK'S SILVER SP 542929811300011 4149629525 | WHITEFISH BAY | WI | $172.23 |
| 03/14/19 | SENDIK'S BAYSIDE 542929811300110 4143529525 | BAYSIDE | WI | $30.01 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | | Amount |
|---|---|---|
| 03/15/19 | Interest Charge on Pay Over Time Purchases | $71.31 |
| Total Interest Charged for this Period | | $71.31 |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2019 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2019 | $0.00 |
| Total Interest in 2019 | $214.03 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time Select | 10/27/2010 | 11/02/2012 | 17.49% (v) | $4,962.27 | $71.31 |
| Total | | | | | $71.31 |
| (v) Variable Rate | | | | | |

Case Name ___Michael A. Gral DIP_____     Case No. __16-21329-GMH_____

## SUMMARY OF PERSONAL RECEIPTS & DISBURSEMENTS
(Attach copies of bank statements & reconciliation)
Please see attached Cash Flow Statement.

Month Reported: ____February 2019____

Depository Name & Location: ____US Bank_____
____Milwaukee, Wisconsin_____

Beginning Cash Balance per Checkbook:          $_____7,195.67_____

**Receipts**:

Salaries and Wages          $
Employer and Reimbursements
Interest and Dividend Income
Rental Income
Proceeds from sale of assets
Unemployment Compensation
Alimony
Gifts
Other (Specify) _____

Total Receipts:          $10,000.01

**Disbursements**:

Rent          $
Mortgage Payments
Lease Payments
Taxes
Interest
Automobile
Insurance
Utilities
Medical
Repairs & Maintenance
Food
Clothes
Education
Alimony Payments
Professional Fees Paid
Gifts
Business Expenses
Other (Specify)_____

Total Disbursements:   $10,911.01

Net Receipts (Disbursements):          $_____(911.00)_____

Ending Cash Balance per Checkbook:          $_____6,284.67_____

-3-

# CASH RECEIPTS LISTING

| Date Received | Payor | Description | Amount |
|---|---|---|---|
| 2/8/19 | Integral Management Co. | Gross Payroll | 5,000.00 |
| 2/27/19 | Integral Management Co. | Gross Payroll | 5,000.00 |
| 2/28/19 | Westbury Bank | Interest Paid | .01 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total: 10,000.01

-4-

## CASH DISBURSEMENTS LISTING

| Date Paid | Payee | Description | Check # | Amount |
|---|---|---|---|---|
| 1/29/19 | Time Insurance Co. | 2/1-5/1/19 Dental | 379 | 121.50 |
| 2/1/19 | American Express | 12/17-12/30/18 | 381 | 1,301.38 |
| 2/1/19 | American Express | 1/1-1/15/19 | 382 | 1,494.54 |
| 2/1/19 | Chubb | 2/2019 | 383 | 44.94 |
| 2/8/19 | BSI Financial | 1/19 Mortgage | 385 | 2,342.63 |
| 2/8/19 | | FICA Withholdings | | 15.00 |
| 2/8/19 | | State Withholdings | | 15.00 |
| 2/8/19 | | Federal Employee Withholdings | | 72.50 |
| 2/8/19 | | Social Security Withholdings | | 310.00 |
| 2/14/19 | Johnson Bank | 2/2019 Mortgage | 386 | 1,823.79 |
| 2/14/19 | AT&T | 2/1-2/28/19 | 388 | 224.84 |
| 2/14/19 | BSI Financial | 2/19 Mortgage | 389 | 2,342.63 |
| 2/26/19 | WE Energies | 1/7-2/5/19 | 387 | 381.00 |
| 2/27/19 | | FICA Withholdings | | 15.00 |
| 2/27/19 | | State Withholdings | | 15.00 |
| 2/27/19 | | Federal Employee Withholdings | | 72.50 |
| 2/27/19 | | Social Security Withholdings | | 310.00 |
| 2/28/19 | Integral Management Co. | 2/1-2/28/19 Copier/Postage | 390 | 8.76 |

Total: 10,911.01

Case 16-21329-gmh     Doc 1646     Filed 03/21/19     Page 25 of 31



U.S. Department of Justice
Office of the United States Trustee

*Eastern District of Wisconsin*

517 E. Wisconsin Avenue, Suite 430          (414) 297-4499
Milwaukee, Wisconsin 53202                  FAX (414) 297-4478

CASE NAME:     Michael Gral/Gral Holdings/Capital Ventures

CASE NUMBER:   Case No. 16-21329-gmh/16-21330-gmh/16-21331-gmh

We, the undersigned, acknowledge receipt of the "Chapter 11 Operating Requirements and Reporting Requirements & Monthly Financial Report," that we have been informed of these requirements at the Debtor's Conference held on February 29, 2016, and that there are no authorized exceptions to these requirements, except for the following:

*Debtor may utilize its own Balance Sheet, P&L Statement & Cash Flow Statement if it conforms substantially with UST form.*

~~We, the undersigned, also acknowledge and agree that we give permission to the personnel of the U.S. Trustee's office to contact the Debtor directly (whether in person, by telephone or in writing) concerning matters that relate to the Debtor's compliance with the Chapter 11 Operating Requirements and Monthly Financial Reports.~~

SIGNATURES:     _____
                (Debtor's Representative)

                _____
                (Debtor's Attorney)

                2/29/16
                _____
                (Date)

# Cash Flow Statement

Period = Feb 2019

Book = Accrual

## Michael A. Gral DIP (magdip) Case No. 16-21329-GMH

| | | Period to Date | % | Year to Date | % |
|---|---|---:|---:|---:|---:|
| 4000 | **INCOME** | | | | |
| | | | | | |
| 5600 | OTHER INCOME | | | | |
| 5701 | Interest Income | 0.01 | 0.00 | 0.05 | 0.00 |
| 5815 | IMC Salary | 10,000.00 | 100.00 | 20,000.00 | 100.00 |
| 5890 | TOTAL OTHER INCOME | 10,000.01 | 100.00 | 20,000.05 | 100.00 |
| | | | | | |
| 5990 | **TOTAL INCOME** | **10,000.01** | **100.00** | **20,000.05** | **100.00** |
| | | | | | |
| 6000 | **EXPENSES** | | | | |
| | | | | | |
| 6100 | DIRECT EXPENSES | | | | |
| 6320 | Insurance | 44.94 | 0.45 | 89.88 | 0.45 |
| 6350 | R.E. Taxes | 1,411.00 | 14.11 | 2,822.00 | 14.11 |
| 6410 | Electricity | 309.88 | 3.10 | 639.43 | 3.20 |
| 6420 | Gas | 71.12 | 0.71 | 122.57 | 0.61 |
| 6430 | Water & Sewer | 427.57 | 4.28 | 427.57 | 2.14 |
| 6440 | Cable TV & Internet | 191.78 | 1.92 | 375.78 | 1.88 |
| 6990 | TOTAL DIRECT EXPENSES | 2,456.29 | 24.56 | 4,477.23 | 22.39 |
| | | | | | |
| 7000 | GENERAL & ADMINISTRATIVE | | | | |
| 7410 | Office Expense | 8.76 | 0.09 | 16.30 | 0.08 |
| 7610 | Legal and Accounting | 1,813.39 | 18.13 | 1,813.39 | 9.07 |
| 7623 | Telephone | 33.06 | 0.33 | 48.16 | 0.24 |
| 7851 | Social Security Expense | 0.00 | 0.00 | 620.00 | 3.10 |
| 7852 | Medicare FICA Expense | 145.00 | 1.45 | 290.00 | 1.45 |
| 7853 | Fed Unemployment Tax | 620.00 | 6.20 | 620.00 | 3.10 |
| 7855 | Federal Withholding | 30.00 | 0.30 | 60.00 | 0.30 |
| 7856 | State Withholding | 30.00 | 0.30 | 60.00 | 0.30 |
| 7870 | Health Insurance | 121.50 | 1.22 | 121.50 | 0.61 |
| 7881 | Income Taxes | 0.00 | 0.00 | -383.51 | -1.92 |
| 7890 | Groceries and Supplies | 1,739.39 | 17.39 | 4,594.57 | 22.97 |
| 7990 | TOTAL G & A EXPENSE | 4,541.10 | 45.41 | 7,860.41 | 39.30 |
| | | | | | |
| 8990 | **TOTAL EXPENSES** | **6,997.39** | **69.97** | **12,337.64** | **61.69** |
| | | | | | |
| 9090 | **NET INCOME** | **3,002.62** | **30.03** | **7,662.41** | **38.31** |
| | | | | | |
| 9500 | DEBT EXPENSE | | | | |
| 9510 | 1st Mortgage Interest | 2,263.00 | 22.63 | 4,526.00 | 22.63 |
| 9520 | 2nd Mortgage Interest | 1,298.79 | 12.99 | 2,597.58 | 12.99 |
| 9590 | TOTAL DEBT SERVICE | 3,561.79 | 35.62 | 7,123.58 | 35.62 |
| | | | | | |
| 9595 | NI AFTER DEBT EX | -559.17 | -5.59 | 538.83 | 2.69 |
| | | | | | |
| | ADJUSTMENTS | | | | |
| 2140 | 1st Mortgage | -821.01 | -8.21 | -1,642.02 | -8.21 |
| 2145 | 2nd Mortgage | -525.00 | -5.25 | -1,050.00 | -5.25 |
| | | | | | |
| | TOTAL ADJUSTMENTS | -1,346.01 | -13.46 | -2,692.02 | -13.46 |
| | | | | | |
| | CASH FLOW | -1,905.18 | -19.05 | -2,153.19 | -10.77 |

# Cash Flow Statement

Period = Feb 2019

Book = Cash

## Michael A. Gral DIP (magdip) Case No. 16-21329-GMH

| | | Period to Date | % | Year to Date | % |
|---|---|---|---|---|---|
| 4000 | **INCOME** | | | | |
| | | | | | |
| 5600 | OTHER INCOME | | | | |
| 5701 | Interest Income | 0.01 | 0.00 | 0.05 | 0.00 |
| 5815 | IMC Salary | 10,000.00 | 100.00 | 20,000.00 | 100.00 |
| 5890 | TOTAL OTHER INCOME | 10,000.01 | 100.00 | 20,000.05 | 100.00 |
| | | | | | |
| 5990 | **TOTAL INCOME** | **10,000.01** | **100.00** | **20,000.05** | **100.00** |
| | | | | | |
| 6000 | **EXPENSES** | | | | |
| | | | | | |
| 6100 | DIRECT EXPENSES | | | | |
| 6320 | Insurance | 44.94 | 0.45 | 89.88 | 0.45 |
| 6410 | Electricity | 329.55 | 3.30 | 617.10 | 3.09 |
| 6420 | Gas | 51.45 | 0.51 | 144.90 | 0.72 |
| 6440 | Cable TV & Internet | 191.78 | 1.92 | 375.78 | 1.88 |
| 6990 | TOTAL DIRECT EXPENSES | 617.72 | 6.18 | 1,227.66 | 6.14 |
| | | | | | |
| 7000 | GENERAL & ADMINISTRATIVE | | | | |
| 7410 | Office Expense | 8.76 | 0.09 | 16.30 | 0.08 |
| 7623 | Telephone | 33.06 | 0.33 | 48.16 | 0.24 |
| 7851 | Social Security Expense | 0.00 | 0.00 | 620.00 | 3.10 |
| 7852 | Medicare FICA Expense | 145.00 | 1.45 | 290.00 | 1.45 |
| 7853 | Fed Unemployment Tax | 620.00 | 6.20 | 620.00 | 3.10 |
| 7855 | Federal Withholding | 30.00 | 0.30 | 60.00 | 0.30 |
| 7856 | State Withholding | 30.00 | 0.30 | 60.00 | 0.30 |
| 7870 | Health Insurance | 121.50 | 1.22 | 121.50 | 0.61 |
| 7881 | Income Taxes | 0.00 | 0.00 | -383.51 | -1.92 |
| 7890 | Groceries and Supplies | 2,795.92 | 27.96 | 5,509.77 | 27.55 |
| 7900 | US Trustee Fee | 0.00 | 0.00 | 975.00 | 4.88 |
| 7990 | TOTAL G & A EXPENSE | 3,784.24 | 37.84 | 7,937.22 | 39.69 |
| | | | | | |
| 8990 | **TOTAL EXPENSES** | **4,401.96** | **44.02** | **9,164.88** | **45.82** |
| | | | | | |
| 9090 | **NET INCOME** | **5,598.05** | **55.98** | **10,835.17** | **54.18** |
| | | | | | |
| 9500 | DEBT EXPENSE | | | | |
| 9510 | 1st Mortgage Interest | 3,060.32 | 30.60 | 3,060.32 | 15.30 |
| 9520 | 2nd Mortgage Interest | 1,298.79 | 12.99 | 2,597.58 | 12.99 |
| 9590 | TOTAL DEBT SERVICE | 4,359.11 | 43.59 | 5,657.90 | 28.29 |
| | | | | | |
| 9595 | NI AFTER DEBT EX | 1,238.94 | 12.39 | 5,177.27 | 25.89 |
| | | | | | |
| | ADJUSTMENTS | | | | |
| 2140 | 1st Mortgage | -1,624.94 | -16.25 | -1,624.94 | -8.12 |
| 2145 | 2nd Mortgage | -525.00 | -5.25 | -1,050.00 | -5.25 |
| | | | | | |
| | TOTAL ADJUSTMENTS | -2,149.94 | -21.50 | -2,674.94 | -13.37 |
| | | | | | |
| | CASH FLOW | -911.00 | -9.11 | 2,502.33 | 12.51 |

# Balance Sheet

Period = Feb 2019

Book = Accrual

Michael A. Gral DIP (magdip) Case No. 16-21329-GMH

|  |  | Current Balance |
|---|---|---|
| **1000** | **ASSETS** |  |
|  |  |  |
| 1100 | CASH |  |
| 1110 | Checking | 5,872.26 |
| 1113 | Checking Account | 76.56 |
| 1114 | Checking - 2nd Acct | 335.85 |
| 1120 | Tax Escrow | 7,834.30 |
| 1190 | TOTAL CASH | 14,118.97 |
|  |  |  |
| **1990** | **TOTAL ASSETS** | **14,118.97** |
|  |  |  |
|  |  |  |
| **2000** | **LIABILITIES & CAPITAL** |  |
|  |  |  |
| 2100 | LIABILITIES |  |
| 2114 | Note - Michael A. Gral | 49,500.00 |
| 2140 | 1st Mortgage | -23,481.29 (1) |
| 2145 | 2nd Mortgage | -14,559.00 (2) |
| 2200 | Accounts Payable | 136,531.57 |
| 2205 | Accrued Real Estate Taxes | 2,822.00 |
| 2990 | TOTAL LIABILITIES | 150,813.28 |
|  |  |  |
| 3000 | CAPITAL |  |
| 3104 | Owner Equity - Michael A. Gral | 235,977.33 |
| 3800 | Net Income | -372,671.64 |
| 3890 | TOTAL CAPITAL | -136,694.31 |
|  |  |  |
| **3990** | **TOTAL LIABILITIES & CAPITAL** | **14,118.97** |

Note (1): 1st Mortgage Loan Principal Reduction Payments in 2016, 2017, 2018 and 2019.
Note (2): 2nd Mortgage Loan Principal Reduction Payments in 2016, 2017, 2018 and 2019.

# Aged Payables Detail

For The Period Ending : February 2019

## Michael A. Gral DIP Case No. 16-21329-GMH

| Ctrl No. | Invoice Number | Due Date | Vendor Code | Account | Account Name | Amount Payable | Not yet due | 0-30 Days | 30-60 Days | 60-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P-27501 | | 2/6/2017 | alt | 7610 | Legal and Accounting | 2,570.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,570.00 |
| P-27555 | | 2/21/2017 | alt | 7610 | Legal and Accounting | 7,420.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,420.00 |
| P-27913 | | 3/30/2017 | alt | 7610 | Legal and Accounting | 6,720.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,720.00 |
| P-28173 | | 5/31/2017 | alt | 7610 | Legal and Accounting | 7,073.44 | 0.00 | 0.00 | 0.00 | 0.00 | 7,073.44 |
| P-28848 | | 7/31/2017 | alt | 7610 | Legal and Accounting | 6,949.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,949.00 |
| P-28900 | | 7/31/2017 | alt | 7610 | Legal and Accounting | 1,960.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,960.00 |
| P-29176 | | 3/31/2017 | alt | 7610 | Legal and Accounting | -2,249.80 | 0.00 | 0.00 | 0.00 | 0.00 | -2,249.80 |
| P-29268 | | 7/25/2017 | alt | 7610 | Legal and Accounting | 17,048.44 | 0.00 | 0.00 | 0.00 | 0.00 | 17,048.44 |
| P-29662 | | 8/24/2017 | alt | 7610 | Legal and Accounting | 13,650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,650.00 |
| P-31705 | | 2/5/2018 | alt | 7610 | Legal and Accounting | -2,142.08 | 0.00 | 0.00 | 0.00 | 0.00 | -2,142.08 |
| P-31706 | | 2/5/2018 | alt | 7610 | Legal and Accounting | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| P-36485 | 0-11007 | 3/10/2019 | amex | 7890 | Groceries and Supplies | 1,360.64 | 1,360.64 | 0.00 | 0.00 | 0.00 | 0.00 |
| P-36486 | 0-11007 | 3/10/2019 | amex | 7890 | Groceries and Supplies | 760.19 | 760.19 | 0.00 | 0.00 | 0.00 | 0.00 |
| P-36831 | 0-11007 | 4/10/2019 | amex | 7890 | Groceries and Supplies | 979.20 | 979.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| P-36439 | 1433017948 | 2/15/2019 | bsi | 1120 | Tax Escrow | 1,603.42 | 0.00 | 1,603.42 | 0.00 | 0.00 | 0.00 |
| P-36439 | 1433017948 | 2/15/2019 | bsi | 2140 | 1st Mortgage | 8.54 | 0.00 | 8.54 | 0.00 | 0.00 | 0.00 |
| P-36439 | 1433017948 | 2/15/2019 | bsi | 9510 | 1st Mortgage Interest | 732.84 | 0.00 | 732.84 | 0.00 | 0.00 | 0.00 |
| P-36440 | 1433017948 | 1/31/2019 | bsi | 1120 | Tax Escrow | 1,603.42 | 0.00 | 1,603.42 | 0.00 | 0.00 | 0.00 |
| P-36440 | 1433017948 | 1/31/2019 | bsi | 2140 | 1st Mortgage | 8.54 | 0.00 | 8.54 | 0.00 | 0.00 | 0.00 |
| P-36440 | 1433017948 | 1/31/2019 | bsi | 9510 | 1st Mortgage Interest | 732.84 | 0.00 | 732.84 | 0.00 | 0.00 | 0.00 |
| P-36714 | 129-0062-000 | 3/20/2019 | fpwu | 6430 | Water & Sewer | 427.57 | 427.57 | 0.00 | 0.00 | 0.00 | 0.00 |
| P-27011 | | 12/31/2016 | goodman | 7610 | Legal and Accounting | 6,065.78 | 0.00 | 0.00 | 0.00 | 0.00 | 6,065.78 |
| P-27419 | | 1/31/2017 | goodman | 7610 | Legal and Accounting | 6,242.60 | 0.00 | 0.00 | 0.00 | 0.00 | 6,242.60 |
| P-27773 | | 2/28/2017 | goodman | 7610 | Legal and Accounting | 6,865.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,865.00 |
| P-28140 | | 4/18/2017 | goodman | 7610 | Legal and Accounting | 7,364.39 | 0.00 | 0.00 | 0.00 | 0.00 | 7,364.39 |
| P-28898 | | 7/31/2017 | goodman | 7610 | Legal and Accounting | 8,054.08 | 0.00 | 0.00 | 0.00 | 0.00 | 8,054.08 |
| P-28928 | | 5/31/2017 | goodman | 7610 | Legal and Accounting | 7,331.64 | 0.00 | 0.00 | 0.00 | 0.00 | 7,331.64 |
| P-29175 | | 12/31/2016 | goodman | 7610 | Legal and Accounting | -723.09 | 0.00 | 0.00 | 0.00 | 0.00 | -723.09 |
| P-29197 | | 7/31/2017 | goodman | 7610 | Legal and Accounting | 7,755.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,755.00 |
| P-29375 | | 7/31/2017 | goodman | 7610 | Legal and Accounting | 1,680.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,680.00 |
| P-29969 | | 9/30/2017 | goodman | 7610 | Legal and Accounting | 2,805.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,805.00 |
| P-30244 | | 10/1/2017 | goodman | 7610 | Legal and Accounting | 1,890.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,890.00 |
| P-33499 | | 6/28/2018 | goodman | 7610 | Legal and Accounting | 2,455.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,455.00 |
| P-33500 | | 6/28/2018 | goodman | 7610 | Legal and Accounting | 1,599.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,599.00 |

# Aged Payables Detail

For The Period Ending : February 2019

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| P-33501 | | 6/28/2018 | goodman | 7610 | Legal and Accounting | 128.59 | 0.00 | 0.00 | 0.00 | 0.00 | 128.59 |
| P-33767 | | 7/30/2018 | goodman | 7610 | Legal and Accounting | 902.00 | 0.00 | 0.00 | 0.00 | 0.00 | 902.00 |
| P-36287 | | 2/5/2019 | goodman | 7610 | Legal and Accounting | 1,813.39 | 0.00 | 1,813.39 | 0.00 | 0.00 | 0.00 |
| P-24384 | 0309960257 | 6/11/2016 | irs | 7881 | Income Taxes | 6,704.99 | 0.00 | 0.00 | 0.00 | 0.00 | 6,704.99 |
| P-36775 | 8435-560-873 | 3/27/2019 | we | 6410 | Electricity | 309.88 | 309.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| P-36775 | 8435-560-873 | 3/27/2019 | we | 6420 | Gas | 71.12 | 71.12 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 136,531.57 | 3,908.60 | 6,502.99 | 0.00 | 0.00 | 126,119.98 |