UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Michael A. Gral,      Case No. 16-21329-gmh
                                               (Chapter 11)
       Debtor.

**NOTICE OF APPOINTMENT OF TRUSTEE**

Pursuant to the March 20, 2019 Order of the Court converting this case from a case under Chapter 11 of the Bankruptcy Code to a case under Chapter 7, please take notice that Steven M. McDonald is hereby appointed trustee in the above-captioned case.

Pursuant to Rule 2008, Fed. R. Bankr. P., the trustee must notify the Court and the United States Trustee in writing within five days of the receipt of this notice if the trustee rejects appointment to this case. The terms of the blanket bond are applicable to this case.

Dated: March 21, 2019.

                                       PATRICK S. LAYNG
                                       United States Trustee

*DAVID ASBACH*
Digitally signed by DAVID ASBACH
Date: 2019.03.21 14:20:42 -05'00'

                                       DAVID W. ASBACH
                                       Assistant United States Trustee

David W. Asbach
Assistant United States Trustee
517 East Wisconsin Avenue, Room 430
Milwaukee, WI 53202
Phone: (414) 297-4499; Fax: (414) 297-4478

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2019, I electronically filed the **NOTICE OF APPOINTMENT OF TRUSTEE** with the Clerk of the Bankruptcy Court using the ECF system which will send notification of such filing to all appropriate ECF filers, and that I mailed copies of these documents by U.S. Mail to:

Michael A. Gral
6823 North Barnett Lane
Fox Point, WI 53217

*Mary J Malone*
_____
Mary Jo Malone, Paralegal Specialist
Office of the United States Trustee