In re: Michael A. Gral
Case No. 16-21329

## Schedule of Post-Petition and Pre-Conversion Debts

**Administrative Claims**

| | |
|---|---|
| Altshul Law Firm | $59,000.00 |
| Hiltz & Zanzig, LLC | Amount unknown and to be determined by final application |
| Jonathan V. Goodman | Debtor's attorney. Amount unknown and to be determined by final application |

Dated this 2nd day of April, 2019.

LAW OFFICES OF JONATHAN V. GOODMAN
Attorneys for Debtor, Michael A. Gral

By: /s/ Jonathan V. Goodman_____
Jonathan V. Goodman