# MONTHLY FINANCIAL REPORT

## OFFICE OF THE U.S. TRUSTEE
## EASTERN DISTRICT OF WISCONSIN

Case Name  Michael A. Gral DIP                Case No. 16-21329-GMH

FOR MONTH OF   March 1-19                  2019

1. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| A. CASH ON HAND START OF MONTH | $6,284.67 |
| B. RECEIPTS | $5,000.01 |
| C. DISBURSEMENTS | $9,007.00 |
| D. NET RECEIPTS (DISBURSEMENTS) | ($4,006.99) |
| E. CASH ON HAND END OF MONTH | $2,277.68 |

### PROFIT AND LOSS STATEMENT
### ACCRUAL BASIS

| | |
|---|---|
| A. NET SALES | $5,000.01 |
| B. COST OF SALES | $0 |
| C. GROSS PROFIT | $5,000.01 |
| D. TOTAL OPERATING EXPENSES | $7,722.74 |
| E. NET INCOME (LOSS) FROM OPERATIONS | ($2,722.73) |
| F. NON-OPERATING, NON-RECURRING REVENUE (EXPENSES) | $0 |
| G. NET INCOME (LOSS) | ($2,722.73) |

1

**II. PROFIT & LOSS STATEMENT (ACCRUAL BASIS)**
**Please see attached Cash Flow Statement (Accrual Basis)**

A. Related to Business Operations
    *Total Revenue (Sales)*                           $_____

  Less: Cost of Goods Sold
        Beginning Inventory at Cost     $_____
        Add: Purchases                 _____
          Less: Ending Inventory at Cost
  Cost of Goods Sold                           _____

  Gross Profit                                  _____

  *Less:  Operating Expenses:*
        Officer Compensation             _____
        Salaries and Wages – Other Employees    _____
        Employee Benefits and pensions      _____
        Payroll Taxes                    _____
        Real Estate Taxes               _____
        Federal and State Income Taxes      _____
        Rent and Lease Exp. (Real & Personal Property) _____
        Interest Expense (Mortgage, Loan etc.)    _____
        Insurance                       _____
        Automobile Expense             _____
        Utilities (Gas, Electricity, Water, Telephone, etc.) _____
        Depreciation and Amortization       _____
        Repairs and Maintenance         _____
        Advertising                    _____
        Supplies, Office Expenses, Photocopies, etc. _____
        Bad Debts                      _____
        Miscellaneous Operating Expenses     _____

    Total Operating Expenses                  _____

    Net Income (Loss) from Operations        _____

B.  <u>Not Related to Business Operations</u>

    *Revenue:*
        Interest Income                 _____
        Net Gain (Loss) on Sale of Assets     _____
        Other Non-Operating Revenues (Specify) _____

    Total Non-Operating Revenue            _____

    *Expenses:*
        Legal and Professional Fees (Specify    _____
        Other Non-Operating Expenses (Specify) _____

    Total Non-Operating Expenses          _____
NET INCOME/LOSS FOR PERIOD             $_____

2

Case 16-21329-gmh    Doc 1659    Filed 04/23/19    Page 2 of 29

### III. SUMMARY OF CASH RECEIPTS & DISBURSEMENTS
(Attach Copies of Bank Statements & Bank Reconciliations)
Please see attached Cash Flow Statement (Cash Basis).

Depository Name & Location _____US Bank_____

_____Milwaukee, Wisconsin_____

Beginning Cash Balance Per Books                    $6,284.67

**Receipts:**

| | |
|---|---|
| Sales (Cash **ONLY**) | $_____ |
| Collection of Accounts Receivable | _____ |
| Proceeds from Sale of Assets | _____ |
| Interest Income | _____ |
| Other Income (Specify) | _____ |

Total Receipts                    $5,000.01
(Per Attached Itemized Listing)

**Disbursements:**

| | |
|---|---|
| Purchases of Inventory | $_____ |
| Officer Compensation | _____ |
| Salaries & Wages – Other Employees | _____ |
| Employee Benefits | _____ |
| Legal & Professional Fees | _____ |
| Payroll Taxes | _____ |
| Other Taxes (Specify) | _____ |
| Payments to Mortgagees | _____ |
| Rent | _____ |
| Lease Payments | _____ |
| Automobile Expenses | _____ |
| Insurance | _____ |
| Utilities | _____ |
| Supplies | _____ |
| Other (Specify) | _____ |

Total Disbursements                    $9,007.00
(Per Attached Itemized Listing)

Net Receipts (Disbursements)                    ($4,006.99)

Ending Cash Balance Per Books                    $2,277.68

3

# CASH RECEIPTS LISTING

| Date Received | Payor | Description | Amount |
|---|---|---|---|
| 3/15/19 | Integral Management Co. | Gross Payroll | 5,000.00 |
| 3/29/19 | Westbury Bank | Interest Paid | .01 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total: | | 5,000.01 |

-4-

# CASH DISBURSEMENTS LISTING

| Date Paid | Payee | Description | Check # | Amount |
|---|---|---|---|---|
| 3/1/19 | American Express | 1/18-1/29/19 | 391 | 1,360.64 |
| 3/1/19 | American Express | 2/2-2/10/19 | 392 | 760.19 |
| 3/1/19 | Chubb | 3/2019 | 393 | 44.94 |
| 3/14/19 | Northwestern Mutual | 3/17-6/16/19  Adj CL | 394 | 125.34 |
| 3/14/19 | Northwestern Mutual | 3/17-6/16/19 VCL | 395 | 997.86 |
| 3/15/19 | Johnson Bank | 3/2019 Mortgage | 396 | 1,823.79 |
| 3/15/19 | BSI Financial | 3/2019 Mortgage | 397 | 2,342.63 |
| 3/15/19 | AT&T | 3/1-3/31/19 | 398 | 165.60 |
| 3/15/19 | Fox Point Water Utility | 11/2/18-2/1/19 | 399 | 427.57 |
| 3/15/19 | WE Energies | 2/5-3/6/19 | 400 | 381.00 |
| 3/15/19 | | FICA Withholdings | | 15.00 |
| 3/15/19 | | State Withholdings | | 15.00 |
| 3/15/19 | | Federal Employee Withholdings | | 72.50 |
| 3/15/19 | | Social Security Withholdings | | 310.00 |
| 3/16/19 | Sendik's | Groceries | | 164.94 |

Total: 9,007.00

Case 16-21329-gmh    Doc 1659    Filed 04/23/19    Page 5 of 29

# Bank Reconciliation Report

MAG DIP

4/9/2019

5689

Posted by: ebs    on 4/19/2019

| | | |
|---|---|---|
| **Balance Per Bank Statement as of 4/9/2019** | | **1,865.26** |
| **Reconciled Bank Balance** | | **1,865.26** |
| | | |
| **Balance per GL as of 4/9/2019** | | **1,865.26** |
| **Reconciled Balance Per G/L** | | **1,865.26** |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 3/14/2019 | 394 | nml - NORTHWESTERN MUTUAL | 125.34 | 4/9/2019 |
| 3/14/2019 | 395 | nml - NORTHWESTERN MUTUAL | 997.86 | 4/9/2019 |
| 3/15/2019 | 396 | johnsonb - JOHNSON BANK | 1,823.79 | 4/9/2019 |
| 3/15/2019 | 397 | bsi - BSI FINANCIAL SERVICES | 2,342.63 | 4/9/2019 |
| 3/15/2019 | 398 | attmag - AT&T | 165.60 | 4/9/2019 |
| 3/15/2019 | 399 | fpwu - FOX POINT WATER UTILITY | 427.57 | 4/9/2019 |
| 3/15/2019 | 400 | we - WE ENERGIES | 381.00 | 4/9/2019 |
| **Total Cleared Checks** | | | **6,263.79** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 3/15/2019 | 53 | | 4,587.50 | 4/9/2019 |
| **Total Cleared Deposits** | | | **4,587.50** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 3/16/2019 | JE 15351 | Sendik's | -164.94 | 4/9/2019 |
| **Total Cleared Other Items** | | | **-164.94** | |



**usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2069      IMG              S        X     ST01

**Wealth Management
Uni-Statement**

Account Number:
 5689
Statement Period:
Mar 12, 2019
through
Apr 9, 2019

Page 1 of 4



ılıllıllıˈˈlıˈlıllˈlıdˈˈlˈˈllₐₙllˈllˈlˈₙˈˈₙₗlˈllˈₗₗlₗllₗlₗll
000009728 01 SP    106481975552776 E
ESTATE OF MICHAEL A GRAL
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1621329GMH
1437 N PROSPECT AVE STE 100
MILWAUKEE WI 53202-3051

Contact a Wealth Management Banking Services
Associate at 800.236.7700, 24 hours a day, 7 days a
week for questions about your account(s). Visit
usbank.com to view your statement online.

## NEWS FOR YOU

Possible is in the cards] From Travel to Cash Back to Low Interest Credit Cards, visit usbank.com/newcard or your local U.S.
Bank branch to find the best card for you.

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up-to-date on your account(s) and would like to make you
aware of several updates to the "Consumer Pricing Information" brochure, effective May 13, 2019. You may pick up a copy at your
local branch, view a copy at usbank.com, or call 800.USBANKS (800.872.2657) for a copy beginning May 13.
The main updates include:

- New Platinum Checking Package benefit regarding Overdraft or Extended Overdraft fees
- Updated benefit for Platinum Checking Package owners with a self-directed brokerage account available through our
  affiliate U.S. Bancorp Investments*
- New benefit for Gold Checking Package owners with a self-directed brokerage available through our affiliate
  U.S. Bancorp Investments*
- Corrected investment tiers of the Elite Money Market account
- New disclosure in the effective date of check order discount benefit when switching existing checking product options

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking
at 800.USBANKS (872.2657). We accept relay calls.

**Investment and Insurance products and services including annuities are:**
**NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED •**
**NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY**

\* **For U.S. Bancorp Investments:** Investment products and services are available through U.S. Bancorp Investments, the marketing name for
U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of
U.S. Bank.
**For U.S. Bank:** U.S. Bank is not responsible for and does not guarantee the products, services, or performance of U.S. Bancorp Investments.
Deposit products offered by U.S. Bank National Association. Member FDIC.

## EASY CHECKING

U.S. Bank National Association                                                          *Member FDIC*

Account Number ⬛⬛⬛⬛-5689

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Mar 12 | $ | 3,706.49 | Number of Days in Statement Period | | 29 |
| Deposits / Credits | | 4,587.50 | Average Account Balance | $ | 3,709.28 |
| Card Withdrawals | | 164.94- | | | |
| Checks Paid | | 6,263.79- | | | |
| **Ending Balance on Apr 9, 2019** | $ | **1,865.26** | | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Mar 15 | Deposit | 9255113037 | $ | 4,587.50 |
| | **Total Deposits / Credits** | | $ | **4,587.50** |

 **usbank.**

ESTATE OF MICHAEL A GRAL
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1621329GMH
1437 N PROSPECT AVE STE 100
MILWAUKEE WI  53202-3051

**Wealth Management**
**Uni-Statement**
Account Number:
 5689

Statement Period:
Mar 12, 2019
through
Apr 9, 2019

Page 2 of 4

## EASY CHECKING
U.S. Bank National Association

**(CONTINUED)**

Account Number -5689

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-8712

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Mar 18 | Debit Purchase | SENDIK'S SILVER  WHITEFISH BAWI | 8003161108 | $ | 164.94- |
| | 469680 | On 031619 ILK1TERM REF 907565469680 | | | |

| | | | Amount |
|--|--|--|--------|
| **Card 8712  Withdrawals Subtotal** | | $ | **164.94-** |
| **Total Card Withdrawals** | | $ | **164.94-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 0394 | Mar 18 | 8057063853 | 125.34 | 0398 | Mar 25 | 8057495987 | 165.60 |
| 0395 | Mar 18 | 8057063807 | 997.86 | 0399 | Mar 28 | 8952406798 | 427.57 |
| 0396 | Mar 19 | 8355149422 | 1,823.79 | 0400 | Mar 25 | 8054169315 | 381.00 |
| 0397 | Mar 26 | 8357725078 | 2,342.63 | | | | |

| | | | Amount |
|--|--|--|--------|
| **Conventional Checks Paid (7)** | | $ | **6,263.79-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Mar 15 | 8,293.99 | Mar 19 | 5,182.06 | Mar 26 | 2,292.83 |
| Mar 18 | 7,005.85 | Mar 25 | 4,635.46 | Mar 28 | 1,865.26 |

Balances only appear for days reflecting change.



ESTATE OF MICHAEL A GRAL
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1621329GMH
1437 N PROSPECT AVE STE 100
MILWAUKEE WI 53202-3051

**Wealth Management**
**Uni-Statement**
Account Number:
1 825 777 5689

Statement Period:
Mar 12, 2019
through
Apr 9, 2019

Page 3 of 4

## IMAGES FOR YOUR EASY CHECKING ACCOUNT

*Member FDIC*

Account Number 1 825 777 5689

| Check | Date | Amount |
|-------|------|--------|
| 0000 | Mar 15 | 4,587.50 |
| 0394 | Mar 18 | 125.34 |
| 0395 | Mar 18 | 997.86 |
| 0396 | Mar 19 | 1,823.79 |
| 0397 | Mar 26 | 2,342.63 |



ESTATE OF MICHAEL A GRAL
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1621329GMH
1437 N PROSPECT AVE STE 100
MILWAUKEE WI 53202-3051

**Wealth Management**
**Uni-Statement**

Account Number:
5689



## IMAGES FOR YOUR EASY CHECKING ACCOUNT

**(CONTINUED)**

Account Number 5689





| 0398 | Mar 25 | 165.60 |





| 0399 | Mar 28 | 427.57 |





| 0400 | Mar 25 | 381.00 |



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2069        TRN                S          X          ST01

**Wealth Management
Uni-Statement**

Account Number:
XXXX XXXX 4031
Statement Period:
Mar 21, 2019
through
Apr 8, 2019

Page 1 of 2



᠃ᜃᜁᜑᜃᜁᜃᜃᜁᜃᜃᜃᜃᜃᜃᜃᜃᜃᜃᜃᜃ᠃
000101101 01 SP 0.500 106481974334318 P N
MICHAEL A GRAL TSTEE/GRNT
MICHAEL A GRAL & JULIA G GRAL LIVING TR
6823 N BARNETT LN
MILWAUKEE WI 53217-3602

Contact a Wealth Management Banking Services
Associate at 800.236.7700, 24 hours a day, 7 days a
week for questions about your account(s). Visit
usbank.com to view your statement online.

## NEWS FOR YOU

Possible is in the cards] From Travel to Cash Back to Low Interest Credit Cards, visit usbank.com/newcard or your local U.S.
Bank branch to find the best card for you.

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up-to-date on your account(s) and would like to make you
aware of several updates to the "Consumer Pricing Information" brochure, effective May 13, 2019. You may pick up a copy at your
local branch, view a copy at usbank.com, or call 800.USBANKS (800.872.2657) for a copy beginning May 13.
The main updates include:

- New Platinum Checking Package benefit regarding Overdraft or Extended Overdraft fees
- Updated benefit for Platinum Checking Package owners with a self-directed brokerage account available through our
  affiliate U.S. Bancorp Investments*
- New benefit for Gold Checking Package owners with a self-directed brokerage account available through our affiliate
  U.S. Bancorp Investments*
- Corrected investment tiers of the Elite Money Market account
- New disclosure in the effective date of check order discount benefit when switching existing checking product options

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking
at 800.USBANKS (872.2657). We accept relay calls.

**Investment and Insurance products and services including annuities are:
NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY**

* **For U.S. Bancorp Investments:** Investment products and services are available through U.S. Bancorp Investments, the marketing name for
U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of
U.S. Bank.
**For U.S. Bank:** U.S. Bank is not responsible for and does not guarantee the products, services, or performance of U.S. Bancorp Investments.
Deposit products offered by U.S. Bank National Association. Member FDIC.

If you haven't already done so, we encourage you to enroll in eStatements. There are several benefits of eStatements including:

- No fees to receive your statement electronically, and it will eliminate the $2.00 Paper Statement Fee.[1]
- Reduce the risk of fraud and identity theft
- View, print and save statements
- Search up to five years of your transactions
- See detailed images of sent and deposited checks
- Get alerts when online documents are available

*Note: We waive the $2.00 Paper Statement Fee[1] for account holders age 65 or older.

eStatements are identical to your paper statements and the only difference is they are delivered electronically via usbank.com. It's
easy to enroll in eStatements and you can make the switch in Online Banking. Go to **My Accounts**, select **My Documents** and
then select **Paperless Preferences**.

If you wish to continue receiving paper statements, there is nothing you need to do.

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking
at 800.USBANKS (872.2657). We accept relay calls. For additional information regarding eStatements, please visit
usbank.com/paperless.

Case 16-21329-gmh      Doc 1659      Filed 04/23/19      Page 11 of 29

 **bank.**

MICHAEL A GRAL TSTEE/GRNT
MICHAEL A GRAL & JULIA G GRAL LIVING TR
6823 N BARNETT LN
MILWAUKEE WI 53217-3602

**Wealth Management**
**Uni-Statement**
Account Number:



823 780 4031

Statement Period:
Mar 21, 2019
through
Apr 8, 2019

## INFORMATION YOU SHOULD KNOW  (CONTINUED)

[1] Additional fees may apply for Statements with Check Images and Statements with Check Return. Check Images are available with Paper or eStatements. Check Return is only available with Paper Statements. Accounts with a Senior customer indicator receive $1.00 discount per statement cycle for Statement with Check Return fee and the Statement with Check Images is waived.

## EASY CHECKING                                                    *Member FDIC*

U.S. Bank National Association                                     Account Number 823 780 4031

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Mar 21 | $ | 0.00 |
| Deposits / Credits | | 4,653.66 |
| Other Withdrawals | | 2,044.94- |
| Checks Paid | | 2,235.72- |
| **Ending Balance on Apr 8, 2019** | $ | **373.00** |

| | | |
|---|---|---|
| Number of Days in Statement Period | | 19 |
| Average Account Balance | $ | 2,634.83 |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Mar 21 | Deposit | 8954049741 | $ | 25.00 |
| Mar 22 | Deposit | 9254869343 | | 4,587.50 |
| Apr 2 | Deposit | 8357156254 | | 41.16 |
| | **Total Deposits / Credits** | | $ | **4,653.66** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Mar 28 | Customer Withdrawal | 8954064912 | $ | 2,000.00- |
| Apr 3 | Electronic Withdrawal | | | 44.94- |
| | REF=190920163714840N00   To CHUBB   2131963496CHUBB02   600314493495001 | | | |
| | **Total Other Withdrawals** | | $ | **2,044.94-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1001 | Apr 5 | 9254780972 | 979.20 | 1004* | Apr 3 | 8652321905 | 31.85 |
| 1002 | Apr 5 | 9254780954 | 1,224.67 | | | | |

* Gap in check sequence                              **Conventional Checks Paid (3)**   $   **2,235.72-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar 21 | 25.00 | Mar 28 | 2,612.50 | Apr 3 | 2,576.87 |
| Mar 22 | 4,612.50 | Apr 2 | 2,653.66 | Apr 5 | 373.00 |

Balances only appear for days reflecting change.

# Bank Reconciliation Report

Michael/Juila Living Trust

4/5/2019

3418

Posted by: ebs       on 4/19/2019

| | |
|---|---:|
| **Balance Per Bank Statement as of 4/5/2019** | 76.56 |
| **Reconciled Bank Balance** | 76.56 |
| | |
| **Balance per GL as of 4/5/2019** | 76.56 |
| **Reconciled Balance Per G/L** | 76.56 |
| | |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

Case 16-21329-gmh    Doc 1659    Filed 04/23/19    Page 13 of 29

 **usbank.**

**Wealth Management**
**Uni-Statement**

Account Number:
 3418
Statement Period:
Mar 8, 2019
through
Apr 5, 2019

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

92142     IMG         S       X     ST01



000166781 01 SP    106481971416168 E
MICHAEL A GRAL TSTEE/GRNT
MICHAEL A GRAL & JULIA G GRAL LIVING TR
1437 N PROSPECT AVE STE 100
MILWAUKEE WI 53202-3051

Contact a Wealth Management Banking Services
Associate at 800.236.7700, 24 hours a day, 7 days a
week for questions about your account(s). Visit
usbank.com to view your statement online.

## NEWS FOR YOU

Possible is in the cards] From Travel to Cash Back to Low Interest Credit Cards, visit usbank.com/newcard or your local U.S.
Bank branch to find the best card for you.

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up-to-date on your account(s) and would like to make you
aware of several updates to the "Consumer Pricing Information" brochure, effective May 13, 2019. You may pick up a copy at your
local branch, view a copy at usbank.com, or call 800.USBANKS (800.872.2657) for a copy beginning May 13.
The main updates include:

- New Platinum Checking Package benefit regarding Overdraft or Extended Overdraft fees
- Updated benefit for Platinum Checking Package owners with a self-directed brokerage account available through our
  affiliate U.S. Bancorp Investments*
- New benefit for Gold Checking Package owners with a self-directed brokerage account available through our affiliate
  U.S. Bancorp Investments*
- Corrected investment tiers of the Elite Money Market account
- New disclosure in the effective date of check order discount benefit when switching existing checking product options

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking
at 800.USBANKS (872.2657). We accept relay calls.

**Investment and Insurance products and services including annuities are:**
**NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED •**
**NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY**

* **For U.S. Bancorp Investments:** Investment products and services are available through U.S. Bancorp Investments, the marketing name for
U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of
U.S. Bank.
**For U.S. Bank:** U.S. Bank is not responsible for and does not guarantee the products, services, or performance of U.S. Bancorp Investments.
Deposit products offered by U.S. Bank National Association. Member FDIC.

## EASY CHECKING

U.S. Bank National Association                                                                                    *Member FDIC*

**Account Summary**                                                          Account Number          -3418

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Mar 8 | $ | 76.56 | Number of Days in Statement Period | 29 |
| | | | Average Account Balance | |
| **Ending Balance on Apr 5, 2019** | $ | 76.56 | $ | 76.56 |

# Bank Reconciliation Report

Michael/Julia Living Trust

3/31/2019

1044

Posted by: ebs    on 4/19/2019

| | | |
|---|---|---|
| **Balance Per Bank Statement as of 3/31/2019** | | 335.86 |
| **Reconciled Bank Balance** | | 335.86 |
| | | |
| **Balance per GL as of 3/31/2019** | | 335.86 |
| **Reconciled Balance Per G/L** | | 335.86 |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | 0.00 |

**Cleared Items:**

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 3/29/2019 | JE 15524 | Westbury Bank | 0.01 | 3/31/2019 |
| **Total Cleared Other Items** | | | **0.01** | |



**westbury bank**
welcome to *what if.*

MICHAEL & JULIA G GRAL
LIVING TRUST
1437 N PROSPECT AVE STE 100
MILWAUKEE WI  53202-3051

```
SUMMARY OF YOUR ACTIVITY
ACTIVITY THROUGH          MAR 29 19
STATEMENT NUMBER             1044
BEGINNING BALANCE          335.85
DEPOSIT AMOUNT    +            .00
WITHDRAWAL AMOUNT -            .00
SERVICE CHARGE    -            .00
INTEREST PAID     +            .01
ENDING BALANCE    =         335.86
```

```
            EFFECTIVE 11/30/18, THE DAILY DEBIT
            CARD PIN TRANSACTION LIMIT WILL BE
            RAISED TO $1500. PLEASE CONTACT
            YOUR LOCAL BRANCH WITH QUESTIONS.
```

```
IDEAL Rewards Checking                            BALANCE SUMMARY
ACTIVITY BEGINNING        MAR 01 19   WITHDRAWALS    DEPOSITS      $   335.85
MAR 29  INTEREST PAID  3/01 THROUGH  3/29        .01  MAR 29  $   335.86
     .04% ANNUAL PERCENTAGE YIELD EARNED IS BASED ON $      .01 INTEREST EARNED FOR   29 DAYS
```

```
            Unfortunately, you have not
            met the requirements for this
            IDEAL checking cycle.
```

```
               SUMMARY OF YOUR DEPOSIT ACCOUNTS

      ACCOUNT              ACCOUNT        ACCOUNT       MATURITY
      DESCRIPTION          NUMBER         BALANCE       DATE

IDEAL Rewards Checking      1044   $        335.86
```



              COMBINED STATEMENT OF ACCOUNTS

Case 16-21329-gmh    Doc 1659    Filed 04/23/19    Page 16 of 29

**Account Statement**

# IV. BALANCE SHEET
## Please see attached Balance Sheet and Official Form 106 Schedules.

### ASSETS

*Current*

| | | |
|---|---|---|
| *Cash* | $_____ | |
| Inventory | _____ | |
| Accounts Receivable | _____ | |
| Other (specify) | _____ | |
|     Total Current Assets | | $_____ |

*Fixed*

| | | |
|---|---|---|
| Property and Equipment | _____ | |
| Accumulated Depreciation | < _____ > | |
| Other (specify) | _____ | |
|     Total Fixed Assets | | _____ |
|     Total Assets | | $_____ |

### LIABILITIES

*Current*

| | | |
|---|---|---|
| Post Chapter 11 Payables | $_____ | |
| Post Petition Taxes Payable | _____ | |
| Accrued Professional Fees | _____ | |
| Other (specify) | _____ | |
|     Total Current Liabilities | | $_____ |

*Long Term Debt*

| | | |
|---|---|---|
| Pre-Chapter 11 Payables | $_____ | |
| Notes and Loan Payable | _____ | |
| Other (specify) | _____ | |
|     Total LongTerm Debt | | _____ |
|     Total Liabilities | | _____ |

### STOCKHOLDERS EQUITY <DEFICIT.>

| | | |
|---|---|---|
| Capital Stock | $_____ | |
| Retained Earnings (Deficit) | _____ | |
| Current Surplus (Deficit) | _____ | |
|     Total Stockholders Equity | | $_____ |

| | |
|---|---|
| Total Liabilities | |
| & Stockholder Equity | $_____ |

6

# V. SUPPORTING SCHEDULES

1. OTHER MONIES ON HAND.  (Specify type, location, and amount, i.e. petty cash, cash on hand, etc.

   None _____

   _____

   _____

2. AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE(exclude pre-petition accounts payable):
   Please see attached Accounts Payable Schedule.

   |  |  | Accts Payable | Accts Receivable |
   |---|---|---|---|
   | Current | Under 30 Days | $_____ | $_____ |
   | Overdue | 31-60 Days | _____ | _____ |
   | Overdue | 61-90 Days | _____ | _____ |
   | Overdue | 91-120 Days | _____ | _____ |
   | Overdue | Over 121 Days | _____ | _____ |
   |  | Total | $_____ | $_____ |

   Itemize all post-petition payables over 30 days old on a separate schedule.

3. ACCRUED PROFESSIONAL FEES (POST PETITION)

   | Name/Profession | Amount Due |
   |---|---|
   | Please see attached Accounts Payable Schedule. | |
   | _____ | _____ |
   | _____ | _____ |
   | _____ | _____ |
   | _____ | _____ |

4. STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS

   | Name of Creditor Lessor | Frequency Of Regular Payments | Amount of Regular Payment | Date of Last Payment | Amount of Payments Delinquent* |
   |---|---|---|---|---|
   | BSI Financial | Monthly | $3,084.01 | 3/15/19 | $0.00 |
   | Johnson Bank | Monthly | $1,823.79 | 3/15/19 | $0.00 |

   *Include Only Post Petition Payments
   Explanation for Non Payment

7

# VI. TAX LIABILITY QUESTIONNAIRE

Debtors in Possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as-due basis. Applicable tax liabilities should also be accrued between tax due dates for each pay period. Please indicate the amounts of <u>post petition</u> taxes and withholdings that have been paid <u>and accrued</u> through this reporting period. Any taxes that do not apply to the Debtor should be marked: Not applicable (NA) or $-0-.

| | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | 3/15/19 | 310.00 | | |
| Employer's FICA | NA | | | |
| Federal Employee Withholding | 3/15/19 | 15.00 | | |
| Federal Unemployment Taxes | NA | | | |
| Federal Income Taxes        IRS 2014 | | | 6,704.99 | 6,704.99 |
| State Income Taxes | NA | | | |
| State Unemployment Taxes | NA | | | |
| State Employee Withholding | 3/15/19 | 72.50 | | |
| State Sales & Use Taxes | NA | | | |
| Real Estate Taxes | | | 4,233.00 | |
| Personal Property Taxes | NA | | | |
| Other Taxes (Specify) | NA | | | |
| _____ | | | | |

If any of these applicable tax liabilities have not been paid currently, please explain:

8

# VII. DECLARATION

I, <u>Michael A. Gral</u>, declare under penalty of perjury that the information

contained in this Financial Report is true and complete to the best of my knowledge.


Michael A. Gral, DIP

_____

Print Name & Capacity of Person
signing this Declaration

Date: <u>April 19, 2019</u>

_____

Signature


Name, Title & Telephone No. of Preparer:

<u>Michael A. Gral</u>

<u>Debtor in Possession</u>

<u>(414) 271-7777</u>

9



## American Express Classic Gold Card

JULIA G GRAL
Closing Date 04/15/19

**AMERICAN EXPRESS® PERSONAL LOANS**
**Did you know American Express® offers Personal Loans?**
Pre-approved Card Members can apply for a loan of up to $40,000 with fixed
monthly payments and APRs ranging from 6.98% - 19.98%. Terms apply.
Learn more by visiting americanexpress.com/loanoffer20

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$1,446.59 | -$757.28 | -$2,203.87 |
| Credits | | | |
|   JULIA G GRAL 0-11007 | -$637.28 | $0.00 | -$637.28 |
| Total Payments and Credits | -$2,083.87 | -$757.28 | -$2,841.15 |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 04/05/19* | JULIA G GRAL | PAYMENT RECEIVED - THANK YOU | -$1,224.67 |
| 04/05/19* | JULIA G GRAL | PAYMENT RECEIVED - THANK YOU | -$979.20 |

### Detail

JULIA G GRAL
Card Ending 0-11007

| | | | | Amount |
|---|---|---|---|---|
| 03/15/19 | SENDIK'S SILVER SP 542929811300011<br>4149629525 | WHITEFISH BAY | WI | $57.60 |
| 03/18/19 | PICK N SAVE #876 000000876<br>8666111979 | GLENDALE | WI | $176.54 |

Case Name ___Michael A. Gral DIP___ Case No. __16-21329-GMH_____

## SUMMARY OF PERSONAL RECEIPTS & DISBURSEMENTS
(Attach copies of bank statements & reconciliation)
Please see attached Cash Flow Statement.

Month Reported: ___March 1-19, 2019___

Depository Name & Location: ___US Bank_____
___Milwaukee, Wisconsin_____

Beginning Cash Balance per Checkbook: $_____6,284.67____

**Receipts**:
Salaries and Wages         $
Employer and Reimbursements
Interest and Dividend Income
Rental Income
Proceeds from sale of assets
Unemployment Compensation
Alimony
Gifts
Other (Specify) _____

Total Receipts:     __$5,000.01___

**Disbursements**:
Rent                        $
Mortgage Payments
Lease Payments
Taxes
Interest
Automobile
Insurance
Utilities
Medical
Repairs & Maintenance
Food
Clothes
Education
Alimony Payments
Professional Fees Paid
Gifts
Business Expenses
Other (Specify)_____

Total Disbursements:  __$9,007.00___

Net Receipts (Disbursements):     $_____(4,006.99)____

Ending Cash Balance per Checkbook:   $_____2,277.68____

-3-

# CASH RECEIPTS LISTING

| Date Received | Payor | Description | Amount |
|---|---|---|---|
| 3/15/19 | Integral Management Co. | Gross Payroll | 5,000.00 |
| 3/29/19 | Westbury Bank | Interest Paid | .01 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total: | 5,000.01 |

-4-

# CASH DISBURSEMENTS LISTING

| Date Paid | Payee | Description | Check # | Amount |
|---|---|---|---|---|
| 3/1/19 | American Express | 1/18-1/29/19 | 391 | 1,360.64 |
| 3/1/19 | American Express | 2/2-2/10/19 | 392 | 760.19 |
| 3/1/19 | Chubb | 3/2019 | 393 | 44.94 |
| 3/14/19 | Northwestern Mutual | 3/17-6/16/19 Adj CL | 394 | 125.34 |
| 3/14/19 | Northwestern Mutual | 3/17-6/16/19 VCL | 395 | 997.86 |
| 3/15/19 | Johnson Bank | 3/2019 Mortgage | 396 | 1,823.79 |
| 3/15/19 | BSI Financial | 3/2019 Mortgage | 397 | 2,342.63 |
| 3/15/19 | AT&T | 3/1-3/31/19 | 398 | 165.60 |
| 3/15/19 | Fox Point Water Utility | 11/2/18-2/1/19 | 399 | 427.57 |
| 3/15/19 | WE Energies | 2/5-3/6/19 | 400 | 381.00 |
| 3/15/19 | | FICA Withholdings | | 15.00 |
| 3/15/19 | | State Withholdings | | 15.00 |
| 3/15/19 | | Federal Employee Withholdings | | 72.50 |
| 3/15/19 | | Social Security Withholdings | | 310.00 |
| 3/16/19 | Sendik's | Groceries | | 164.94 |

Total: 9,007.00

-5-



U.S. Department of Justice
Office of the United States Trustee

*Eastern District of Wisconsin*

517 E. Wisconsin Avenue, Suite 430     (414) 297-4499
Milwaukee, Wisconsin 53202     FAX (414) 297-4478

CASE NAME:    Michael Gral/Gral Holdings/Capital Ventures

CASE NUMBER:    Case No. 16-21329-gmh/16-21330-gmh/16-21331-gmh

We, the undersigned, acknowledge receipt of the "Chapter 11 Operating Requirements and Reporting Requirements & Monthly Financial Report," that we have been informed of these requirements at the Debtor's Conference held on February 29, 2016, and that there are no authorized exceptions to these requirements, except for the following:

*Debtor may utilize its own Balance Sheet, P&L Statement & Cash Flow Statement if it conforms substantially with UST form*

We, the undersigned, also acknowledge and agree that we give permission to the personnel of the U.S. Trustee's office to contact the Debtor directly (whether in person, by telephone or in writing) concerning matters that relate to the Debtor's compliance with the Chapter 11 Operating Requirements and Monthly Financial Reports.

SIGNATURES:    _____
                 (Debtor's Representative)

                 _____
                 (Debtor's Attorney)

                 2/29/16
                 _____
                 (Date)

# Cash Flow Statement

Period = Mar 2019

Book = Accrual

## Michael A. Gral DIP (magdip) Case No. 16-21329-GMH

| | | Period to Date | % | Year to Date | % |
|---|---|---|---|---|---|
| **4000** | **INCOME** | | | | |
| | | | | | |
| 5600 | OTHER INCOME | | | | |
| 5701 | Interest Income | 0.01 | 0.00 | 0.06 | 0.00 |
| 5815 | IMC Salary | 5,000.00 | 100.00 | 25,000.00 | 100.00 |
| 5890 | TOTAL OTHER INCOME | 5,000.01 | 100.00 | 25,000.06 | 100.00 |
| | | | | | |
| **5990** | **TOTAL INCOME** | **5,000.01** | **100.00** | **25,000.06** | **100.00** |
| | | | | | |
| **6000** | **EXPENSES** | | | | |
| | | | | | |
| 6100 | DIRECT EXPENSES | | | | |
| 6320 | Insurance | 44.94 | 0.90 | 134.82 | 0.54 |
| 6350 | R.E. Taxes | 1,411.00 | 28.22 | 4,233.00 | 16.93 |
| 6410 | Electricity | 0.00 | 0.00 | 639.43 | 2.56 |
| 6420 | Gas | 0.00 | 0.00 | 122.57 | 0.49 |
| 6430 | Water & Sewer | 0.00 | 0.00 | 427.57 | 1.71 |
| 6440 | Cable TV & Internet | 123.78 | 2.48 | 499.56 | 2.00 |
| 6990 | TOTAL DIRECT EXPENSES | 1,579.72 | 31.59 | 6,056.95 | 24.23 |
| | | | | | |
| 7000 | GENERAL & ADMINISTRATIVE | | | | |
| 7410 | Office Expense | 0.00 | 0.00 | 16.30 | 0.07 |
| 7610 | Legal and Accounting | 0.00 | 0.00 | 1,813.39 | 7.25 |
| 7623 | Telephone | 41.82 | 0.84 | 89.98 | 0.36 |
| 7851 | Social Security Expense | 0.00 | 0.00 | 620.00 | 2.48 |
| 7852 | Medicare FICA Expense | 72.50 | 1.45 | 362.50 | 1.45 |
| 7853 | Fed Unemployment Tax | 310.00 | 6.20 | 930.00 | 3.72 |
| 7855 | Federal Withholding | 15.00 | 0.30 | 75.00 | 0.30 |
| 7856 | State Withholding | 15.00 | 0.30 | 75.00 | 0.30 |
| 7870 | Health Insurance | 0.00 | 0.00 | 121.50 | 0.49 |
| 7875 | Life Insurance | 1,123.20 | 22.46 | 1,123.20 | 4.49 |
| 7881 | Income Taxes | 0.00 | 0.00 | -383.51 | -1.53 |
| 7890 | Groceries and Supplies | 399.08 | 7.98 | 4,993.65 | 19.97 |
| 7990 | TOTAL G & A EXPENSE | 1,976.60 | 39.53 | 9,837.01 | 39.35 |
| | | | | | |
| **8990** | **TOTAL EXPENSES** | **3,556.32** | **71.13** | **15,893.96** | **63.58** |
| | | | | | |
| **9090** | **NET INCOME** | **1,443.69** | **28.87** | **9,106.10** | **36.42** |
| | | | | | |
| 9500 | DEBT EXPENSE | | | | |
| 9510 | 1st Mortgage Interest | 1,530.16 | 30.60 | 6,056.16 | 24.22 |
| 9520 | 2nd Mortgage Interest | 1,298.79 | 25.98 | 3,896.37 | 15.59 |
| 9590 | TOTAL DEBT SERVICE | 2,828.95 | 56.58 | 9,952.53 | 39.81 |
| | | | | | |
| 9595 | NI AFTER DEBT EX | -1,385.26 | -27.71 | -846.43 | -3.39 |
| | | | | | |
| | ADJUSTMENTS | | | | |
| 2140 | 1st Mortgage | -812.47 | -16.25 | -2,454.49 | -9.82 |
| 2145 | 2nd Mortgage | -525.00 | -10.50 | -1,575.00 | -6.30 |
| | | | | | |
| | TOTAL ADJUSTMENTS | -1,337.47 | -26.75 | -4,029.49 | -16.12 |
| | | | | | |
| | CASH FLOW | -2,722.73 | -54.46 | -4,875.92 | -19.51 |

# Cash Flow Statement

Period = Mar 2019

Book = Cash

## Michael A. Gral DIP (magdip) Case No. 16-21329-GMH

| | | Period to Date | % | Year to Date | % |
|---|---|---:|---:|---:|---:|
| 4000 | **INCOME** | | | | |
| | | | | | |
| 5600 | OTHER INCOME | | | | |
| 5701 | Interest Income | 0.01 | 0.00 | 0.06 | 0.00 |
| 5815 | IMC Salary | 5,000.00 | 100.00 | 25,000.00 | 100.00 |
| 5890 | TOTAL OTHER INCOME | 5,000.01 | 100.00 | 25,000.06 | 100.00 |
| | | | | | |
| 5990 | **TOTAL INCOME** | **5,000.01** | **100.00** | **25,000.06** | **100.00** |
| | | | | | |
| 6000 | **EXPENSES** | | | | |
| | | | | | |
| 6100 | DIRECT EXPENSES | | | | |
| 6320 | Insurance | 44.94 | 0.90 | 134.82 | 0.54 |
| 6410 | Electricity | 309.88 | 6.20 | 926.98 | 3.71 |
| 6420 | Gas | 71.12 | 1.42 | 216.02 | 0.86 |
| 6430 | Water & Sewer | 427.57 | 8.55 | 427.57 | 1.71 |
| 6440 | Cable TV & Internet | 123.78 | 2.48 | 499.56 | 2.00 |
| 6990 | TOTAL DIRECT EXPENSES | 977.29 | 19.55 | 2,204.95 | 8.82 |
| | | | | | |
| 7000 | GENERAL & ADMINISTRATIVE | | | | |
| 7410 | Office Expense | 0.00 | 0.00 | 16.30 | 0.07 |
| 7623 | Telephone | 41.82 | 0.84 | 89.98 | 0.36 |
| 7851 | Social Security Expense | 0.00 | 0.00 | 620.00 | 2.48 |
| 7852 | Medicare FICA Expense | 72.50 | 1.45 | 362.50 | 1.45 |
| 7853 | Fed Unemployment Tax | 310.00 | 6.20 | 930.00 | 3.72 |
| 7855 | Federal Withholding | 15.00 | 0.30 | 75.00 | 0.30 |
| 7856 | State Withholding | 15.00 | 0.30 | 75.00 | 0.30 |
| 7870 | Health Insurance | 0.00 | 0.00 | 121.50 | 0.49 |
| 7875 | Life Insurance | 1,123.20 | 22.46 | 1,123.20 | 4.49 |
| 7881 | Income Taxes | 0.00 | 0.00 | -383.51 | -1.53 |
| 7890 | Groceries and Supplies | 2,285.77 | 45.72 | 7,795.54 | 31.18 |
| 7900 | US Trustee Fee | 0.00 | 0.00 | 975.00 | 3.90 |
| 7990 | TOTAL G & A EXPENSE | 3,863.29 | 77.27 | 11,800.51 | 47.20 |
| | | | | | |
| 8990 | **TOTAL EXPENSES** | **4,840.58** | **96.81** | **14,005.46** | **56.02** |
| | | | | | |
| 9090 | **NET INCOME** | **159.43** | **3.19** | **10,994.60** | **43.98** |
| | | | | | |
| 9500 | DEBT EXPENSE | | | | |
| 9510 | 1st Mortgage Interest | 1,530.16 | 30.60 | 4,590.48 | 18.36 |
| 9520 | 2nd Mortgage Interest | 1,298.79 | 25.98 | 3,896.37 | 15.59 |
| 9590 | TOTAL DEBT SERVICE | 2,828.95 | 56.58 | 8,486.85 | 33.95 |
| | | | | | |
| 9595 | NI AFTER DEBT EX | -2,669.52 | -53.39 | 2,507.75 | 10.03 |
| | | | | | |
| | ADJUSTMENTS | | | | |
| 2140 | 1st Mortgage | -812.47 | -16.25 | -2,437.41 | -9.75 |
| 2145 | 2nd Mortgage | -525.00 | -10.50 | -1,575.00 | -6.30 |
| | | | | | |
| | TOTAL ADJUSTMENTS | -1,337.47 | -26.75 | -4,012.41 | -16.05 |
| | | | | | |
| | CASH FLOW | -4,006.99 | -80.14 | -1,504.66 | -6.02 |

# Balance Sheet

Period = Mar 2019

Book = Accrual

Michael A. Gral DIP (magdip) Case No. 16-21329-GMH

|  |  | Current Balance |
|---|---|---:|
| **1000** | **ASSETS** | |
| | | |
| 1100 | CASH | |
| 1110 | Checking | 1,865.26 |
| 1113 | Checking Account | 76.56 |
| 1114 | Checking - 2nd Acct | 335.86 |
| 1120 | Tax Escrow | 4,627.46 |
| 1190 | TOTAL CASH | 6,905.14 |
| | | |
| **1990** | **TOTAL ASSETS** | **6,905.14** |
| | | |
| | | |
| **2000** | **LIABILITIES & CAPITAL** | |
| | | |
| 2100 | LIABILITIES | |
| 2114 | Note - Michael A. Gral | 49,500.00 |
| 2140 | 1st Mortgage | -24,276.68 (1) |
| 2145 | 2nd Mortgage | -15,084.00 (2) |
| 2200 | Accounts Payable | 128,167.51 |
| 2205 | Accrued Real Estate Taxes | 4,233.00 |
| 2990 | TOTAL LIABILITIES | 142,539.83 |
| | | |
| 3000 | CAPITAL | |
| 3104 | Owner Equity - Michael A. Gral | 235,977.33 |
| 3800 | Net Income | -371,612.02 |
| 3890 | TOTAL CAPITAL | -135,634.69 |
| | | |
| **3990** | **TOTAL LIABILITIES & CAPITAL** | **6,905.14** |

Note (1): 1st Mortgage Loan Principal Reduction Payments in 2016, 2017, 2018 and 2019.
Note (2): 2nd Mortgage Loan Principal Reduction Payments in 2016, 2017, 2018 and 2019.

# Aged Payables Detail

For The Period Ending : March 2019

## Michael A. Gral DIP Case No. 16-21329-GMH

| Ctrl No. | Invoice Number | Due Date | Vendor Code | Account | Account Name | Amount Payable | Not yet due | 0-30 Days | 30-60 Days | 60-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P-27501 | | 2/6/2017 | alt | 7610 | Legal and Accounting | 2,570.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,570.00 |
| P-27555 | | 2/21/2017 | alt | 7610 | Legal and Accounting | 7,420.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,420.00 |
| P-27913 | | 3/30/2017 | alt | 7610 | Legal and Accounting | 6,720.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,720.00 |
| P-28173 | | 5/31/2017 | alt | 7610 | Legal and Accounting | 7,073.44 | 0.00 | 0.00 | 0.00 | 0.00 | 7,073.44 |
| P-28848 | | 7/31/2017 | alt | 7610 | Legal and Accounting | 6,949.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,949.00 |
| P-28900 | | 7/31/2017 | alt | 7610 | Legal and Accounting | 1,960.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,960.00 |
| P-29176 | | 3/31/2017 | alt | 7610 | Legal and Accounting | -2,249.80 | 0.00 | 0.00 | 0.00 | 0.00 | -2,249.80 |
| P-29268 | | 7/25/2017 | alt | 7610 | Legal and Accounting | 17,048.44 | 0.00 | 0.00 | 0.00 | 0.00 | 17,048.44 |
| P-29662 | | 8/24/2017 | alt | 7610 | Legal and Accounting | 13,650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,650.00 |
| P-31705 | | 2/5/2018 | alt | 7610 | Legal and Accounting | -2,142.08 | 0.00 | 0.00 | 0.00 | 0.00 | -2,142.08 |
| P-31706 | | 2/5/2018 | alt | 7610 | Legal and Accounting | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| P-37198 | 0-11007 | 5/10/2019 | amex | 7890 | Groceries and Supplies | 234.14 | 234.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| P-27011 | | 12/31/2016 | goodman | 7610 | Legal and Accounting | 6,065.78 | 0.00 | 0.00 | 0.00 | 0.00 | 6,065.78 |
| P-27419 | | 1/31/2017 | goodman | 7610 | Legal and Accounting | 6,242.60 | 0.00 | 0.00 | 0.00 | 0.00 | 6,242.60 |
| P-27773 | | 2/28/2017 | goodman | 7610 | Legal and Accounting | 6,865.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,865.00 |
| P-28140 | | 4/18/2017 | goodman | 7610 | Legal and Accounting | 7,364.39 | 0.00 | 0.00 | 0.00 | 0.00 | 7,364.39 |
| P-28898 | | 7/31/2017 | goodman | 7610 | Legal and Accounting | 8,054.08 | 0.00 | 0.00 | 0.00 | 0.00 | 8,054.08 |
| P-28928 | | 5/31/2017 | goodman | 7610 | Legal and Accounting | 7,331.64 | 0.00 | 0.00 | 0.00 | 0.00 | 7,331.64 |
| P-29175 | | 12/31/2016 | goodman | 7610 | Legal and Accounting | -723.09 | 0.00 | 0.00 | 0.00 | 0.00 | -723.09 |
| P-29197 | | 7/31/2017 | goodman | 7610 | Legal and Accounting | 7,755.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,755.00 |
| P-29375 | | 7/31/2017 | goodman | 7610 | Legal and Accounting | 1,680.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,680.00 |
| P-29969 | | 9/30/2017 | goodman | 7610 | Legal and Accounting | 2,805.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,805.00 |
| P-30244 | | 10/1/2017 | goodman | 7610 | Legal and Accounting | 1,890.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,890.00 |
| P-33499 | | 6/28/2018 | goodman | 7610 | Legal and Accounting | 2,455.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,455.00 |
| P-33500 | | 6/28/2018 | goodman | 7610 | Legal and Accounting | 1,599.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,599.00 |
| P-33501 | | 6/28/2018 | goodman | 7610 | Legal and Accounting | 128.59 | 0.00 | 0.00 | 0.00 | 0.00 | 128.59 |
| P-33767 | | 7/30/2018 | goodman | 7610 | Legal and Accounting | 902.00 | 0.00 | 0.00 | 0.00 | 0.00 | 902.00 |
| P-36287 | | 2/5/2019 | goodman | 7610 | Legal and Accounting | 1,813.39 | 0.00 | 0.00 | 1,813.39 | 0.00 | 0.00 |
| P-24384 | 0309960257 | 6/11/2016 | irs | 7881 | Income Taxes | 6,704.99 | 0.00 | 0.00 | 0.00 | 0.00 | 6,704.99 |
| | | | | | | 128,167.51 | 234.14 | 0.00 | 1,813.39 | 0.00 | 126,119.98 |