# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

Case No.  16-21329-gmh

Michael A. Gral,

Chapter 7

Debtor.

---

## FINAL APPLICATION OF THE LAW OFFICES OF JONATHAN V. GOODMAN FOR ALLOWANCE OF COMPENSATION AND EXPENSES AS COUNSEL FOR THE DEBTOR FROM FEBRUARY 20, 2016 TO MARCH 20, 2019.

TO:    G. Michael Halfenger
Chief United States Bankruptcy Judge
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 133
Milwaukee, WI  53202

Laura Steele
Office of the United States Trustee
517 E. Wisconsin Avenue, Room 430
Milwaukee, WI  53202

This is the final application of the Law Offices of Jonathan V. Goodman "Goodman," counsel for the Estate of the Debtor for the allowance and payment of compensation and reimbursement of expenses as counsel for the Debtor for the period from February 20, 2016 to March 20, 2019, and in support of the application, alleges and shows to the Court as follows:

1.      On February 20, 2016, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code.

2.      On May 31, 2016, the Court entered an order approving the application to retain Goodman.

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone:  (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

2. On May 31, 2016, the Court entered an order approving the application to retain Goodman.

3. On June 13, 2016, the Court granted in part Goodman's first interim application for allowance of fees and reimbursement of expenses (Doc 219), in the total amount of $17,278.62.

4. On August 8, 2016, the Court approved in part, the third interim application for allowance of fees and reimbursement of expenses (Doc 312), in the total amount of $6,600.80. The Debtor paid Goodman $6,680.80 on or about October 13, 2016.

5. On September 21, 2016, the Court granted in part the fourth interim application for allowance of fees and reimbursement of expenses (Doc 405), in the total amount of $5,958.69. The Debtor paid Goodman $5,958.69 on or about October 17, 2016.

6. On November 23, 2016, the Court approved the counsel's fifth (September 2016) monthly interim application for compensation (Doc 540) in part in the amount of $4,846.91. $3,460.00 of this award was paid by Debtor on November 6, 2016, and the balance of $1,386.91 was paid November 23, 2016.

7. On May 15, 2017, the Court granted Goodman's 120-day application for compensation for the months of September 2016 through December 2016 (Doc 760) in the total amount of $18,325.11. Of that amount, $2,500.00 was paid to Debtor's counsel on September 28, 2017.

8. On January 4, 2018, the Court approved the counsel's seventeenth (November 2017) monthly interim application and in part awarding a total of $1,320.00 (Doc 1044).

9. On May 11, 2018, the Court approved counsel's third 120-day interim application for compensation for the months December 2017 through March 2018, in the total amount of

$22,862.59 (Doc 1366). Of that amount, $1,320.00 was paid on July 10, 2018, $5,370.00 was paid on July 10, 2018, $8,730.00 was paid on July 10, 2018, and $5,000.00 was paid on July 10, 2018.

10.     On October 29, 2018, the Court approved in part counsel's fourth 120-day interim application for compensation and reimbursement of expenses from April 1, 2018 through August 31, 2018, in the total amount of $31,031.43 (Doc 1583).

11.     In addition to the foregoing orders, counsel filed the following monthly interim applications for compensation without first having to obtain court permission:

(a)     Eleventh (May 2017) monthly interim application for compensation in the total amount of $7,331.64 (Doc 815);

(b)     Twelfth (June 2017) monthly interim application for compensation in the total amount of $7,755.00 (Doc 855);

(c)     Thirteenth (July 2017) monthly interim application for compensation in the total amount of $1,680.00 (Doc 878);

(d)     Fourteenth (August 2017) monthly interim application for compensation in the total amount of $2,805.00 (Doc 905);

(e)     Fifteenth (September 2017) monthly interim application for compensation in the total amount of $1,890.00 (Doc 932);

(f)     Sixteenth (October 2017) monthly interim application for compensation in the total amount of $1,170.00 (Doc 962); and

(g)     Seventeenth (November 2017) monthly interim application for compensation in the total amount of $2,310.00 (Doc 997).

12.     Goodman has received the following additional payments from the Debtor:

3

(a)     On September 28, 2017, the sum of $2,500.00 with relation to the October 2016 monthly application;

(b)     On May 18, 2018, the sum of $2,595.00 with relation to the December 2016 monthly application;

(c)     On May 18, 2018, the sum of $427.42 with relation to the October 2016 monthly application;

(d)     On June 15, 2018, the sum of $4,000.00 with relation to the December 2016 monthly application;

(e)     On July 10, 2018, the sum of $1,320.00 with relation to the July 2018 monthly application;

(f)     On July 10, 2018, the sum of $5,370.00 with relation to the December 2017 monthly application;

(g)     On July 10, 2018, the sum of $8,730.00 with relation to the January 2018 monthly application; and

(h)     On July 10, 2018, the sum of $5,000.00 with relation to the February 2018 monthly application.

13.     Attached hereto are: (i) copies of prior applications with unapproved time deleted; (ii) copies of prior court orders approving fees; (iii) copies of prior applications filed without having to obtain court approval, and (iv) time sheets showing additional time spent, which has not been approved from September 1, 2018 through March 20, 2019.

14.     Goodman has received a total of $47,428.82.  The total charges since September 1, 2018 are $8,541.22.  Accordingly, counsel is requesting the approval of a total of $208,353.00 in fees and $1,821.38 in costs, for a total of $210,174.88 in this final application.

4

15.     Pursuant to Rule 2016 and 11 U.S.C. § 329, Goodman represents that he has not entered into any agreements with any individual, corporation, or partnership for the payment of his fees, nor has he received or been promised any interest in any entity for those services. Goodman further represents that Goodman has no agreement with any person for the sharing of compensation, and that Goodman represents no undisclosed interest adverse to this estate. Goodman has represented various LLCs in the State of Wisconsin court litigation in which the Debtor has an interest. Goodman has received fees from Integral Management Company, LLC in connection with Goodman's representation of those various entities in the State of Wisconsin Circuit Court. Goodman has not performed legal work for Integral Management Company, LLC. Goodman has received those fees, and Integral Management Company, LLC, has paid those fees in connection with the state court litigation. Integral Management Company, LLC, has paid fees to Goodman because the entities that he has represented in the State of Wisconsin Circuit Court have not had the funds to pay Goodman.

Contemporaneously, Goodman is counsel of record in two Chapter 11 proceedings before this court, to wit: Integral Investments Prospect, LLC – Case No. 18-27174 and Integral 2545 Stowell, LLC – Case No. 19-20553. The U.S. Trustee has objected to Goodman's appointment in those cases, alleging lack of disinterestedness. This Court has overruled those objections.

WHEREFORE, Goodman requests that this Court enter an order pursuant to 11 U.S.C. § 330: approving fees and expenses of:

(a)     Time of Goodman – @ $300.00 per hour = **$150,630.00**;

(b)     Time of Goodman – @ $410.00 per hour = **$49,198.50**;

(c)     Time of Associate (Derek Goodman) - @ $250.00 per hour = **$6,225.00**;

(d)     Time of Law Clerk - @ $125.00 per hour = **$2,300.00**; and

5

(c)     Expenses = **$1,821.38**.

**TOTAL: $210,174.88.**

Dated this 21 day of May, 2019.

                                     LAW OFFICES OF JONATHAN V. GOODMAN
                                     Attorneys for Debtor

By:   _____
                      Jonathan V. Goodman

Post Office Address
Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI  53202
Phone:  (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

　　　　　　　　Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### ADMINISTRATION

**2016**

| | | |
|---|---|---|
| 02-22 | Phone with Michael Gral re: preliminary matters | .40 |
| 02-23 | Preparation of insurance statement | .40 |
| 02-23 | Phone with Michael Gral re: real estate rents | .30 |
| 02-23 | Long conversation with Michael Gral re: Julia's assets | .30 |
| 02-23 | Attention to email from Michael Gral re: salary and claim of Bielinski | .40 |
| 02-24 | Long conversation with Michael Gral re: various matters | .40 |
| 02-24 | Telephone conversation with Michael Gral re: publicity | .30 |
| 02-24 | Meeting with Michael Gral to open bank accounts | 1.00 |
| ~~02-25~~ | ~~Phone with Michael Gral to open bank accounts at US Bank, various other matters,~~ meeting with Michael Gral | ~~1.90~~ |
| ~~02-26~~ | ~~Phone with Michael Gral re: various matters~~ | ~~.30~~ |
| 02-29 | Preparation of new order on motion to extend time | .30 |
| 02-29 | Attendance at hearing on extension | .50 |
| 03-07 | Meeting with Michael Gral re: schedules and cash collateral | 1.00 |
| 03-08 | Long conversation with Michael Gral re: schedules | 1.00 |
| 03-09 | Preparation of Order Approving Employment of Jonathan V. Goodman | .20 |
| 03-09 | Preparation of email to Laura Steele wondering what the essence of her objection is | .30 |
| 03-15 | Meeting to discuss Schedules | 1.80 |
| 03-16 | Preparation of Schedules A and B | 1.50 |
| 03-17 | Preparation of Schedule D | .30 |
| 03-17 | Preparation of Schedule C | .50 |
| 03-17 | Preparations of Schedules E, F, G and SOFA | 2.00 |
| 03-17 | Telephone conversation with Michael A. Gral re: schedules | .20 |
| 03-18 | Revisions to Schedules | 1.00 |
| 03-25 | Long conversation with Michael A. Gral in preparation for 341 hearing | 3.00 |
| 03-28 | Attendance at 341 hearing | 3.00 |
| 04-01 | Preparation for Order for Joint Administration | .50 |
| | **Total:** | **22.80** |
| | **22.80 hours @ $300.00 per hour:**　　　　**$6,840.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

          Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

### TIME OF ATTORNEY JONATHAN V. GOODMAN

### AUTOMATIC STAY

**2016**

| | | |
|---|---|---|
| 02-22 | Long conversation with Ben Stern re: update | .30 |
| 02-22 | Return telephone call to Michael Polsky re: stay of state proceedings | .30 |
| 02-23 | Preparation of revisions to letter of Judge Gordo | .50 |
| 02-23 | Attention to email re: automatic stay from Michael Gral | .40 |
| 03-07 | Phone conversation with Michael Gral re: hearing on motion to dismiss | .50 |
| | **Total:** | **2.00** |
| | **2.00 hours @ $300.00 per hour:**        **$600.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Case No. 16-21329
Michael A. Gral[1],                                    Chapter 11

        Debtor-in-Possession.          Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### BANKS

**2016**

| Date | Description | Hours |
|------|-------------|-------|
| 02-22 | Attention to email to Lou Burg from Johnson Bank | .30 |
| 03-07 | Long conversation with Joseph Fenzel re: Park Bank | .40 |
| 03-14 | Conversation with Rusty Long re: TCF Bank loan | .30 |
| | **Total:** | **1.00** |
| | **1.00 hours @ $300.00 per hour:**     $300.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

          Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### MISCELLANEOUS CREDITORS

**2016**

| | | |
|---|---|---|
| 02-22 | Attention to email to Louis Burg at Johnson Bank | .30 |
| 03-07 | Telephone conversation with Joseph Fenzel re: case | .30 |
| | **Total:** | **.60** |
| | **.60 hours @ $300.00 per hour:**        $180.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331.  **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

<u>**MOTIONS TO DISMISS AND APPOINTMENT OF CHAPTER 11 TRUSTEE**</u>

<u>**2016**</u>

| | | |
|---|---|---:|
| 02-22 | Telephone conversation with Ben Stern re:  update | .30 |
| 02-22 | Telephone conversations with Michael Polsky and Michael A. Gral re: automatic bankruptcy stay | .40 |
| 02-23 | Attention to email re: appearance in state court on automatic stay | .40 |
| 02-23 | Telephone conversation with Michael A. Gral re: real estate entities | .20 |
| 02-23 | Long conversation with Michael A. Gral re:  Julia as debtor | .50 |
| 02-23 | Attention to email to Michael A. Gral re: salary and Bielinski Bros. | .40 |
| 02-25 | Meeting with Michael A. Gral to open bank accounts and telephone conversation re:  various matters | 1.90 |
| 02-26 | Phone with Michael A. Gral re:  other bank accounts at US Bank | .30 |
| 03-01 | Phone with Michael A. Gral re: insurance and bank accounts | .40 |
| 03-02 | Review of Bielinski brief | 1.00 |
| 03-02 | Meeting with Michael Gral and Mark Metz | 1.50 |
| 03-03 | Long telephone conversation with Michael A. Gral re:  additional creditors on committee | .50 |
| 03-04 | Long conversation with Michael A. Gral re:  various matters | .50 |
| 03-07 | Telephone conversation with Michael A. Gral re:  future hearings | .30 |
| ~~03-07~~ | ~~Telephone conversation with Tracy Coenen re:  testimony~~ | ~~.30~~ |
| 03-07 | Preparation of Motion to Bifurcate hearings | .50 |
| 03-08 | Preparation of Response Brief to Motion to Dismiss | 3.50 |
| ~~03-08~~ | ~~Attempt to contact Peter Bray and Tracy Coenen as witnesses~~ | ~~.75~~ |
| 03-08 | Long conversation with Michael A. Gral re: various matters | .40 |
| 03-09 | Long conversation with Michael A. Gral re: various matters | .40 |
| 03-14 | Response to Michael A. Gral's email of March 14th | .50 |
| 03-17 | Long conversation with Michael A. Gral re: preparation for hearings | 1.00 |
| 03-24 | Meeting with Michael A. Gral and Derek H. Goodman to prepare exhibits | 1.00 |
| 03-27 | Long conversation with Michael A. Gral re:  testimony | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

*Continuation*

| | | |
|---|---|---|
| ~~03-28~~ | ~~Download exhibits from Bielinski~~ | ~~3.00~~ |
| 03-25 | Preparation of Pro Forma Plan of Reorganization | 1.00 |
| 03-28 | Preparation of Exhibit List and Witness List | .75 |
| 03-28 | Preparation of Pretrial Report | .50 |
| ~~03-28~~ | ~~Letter to and telephone conversation with Judge Halfenger's clerk re:~~ ~~scheduling~~ | ~~.30~~ |
| 03-29 | Preparation of Objection to Motion of SB1 | .20 |
| 03-29 | Preparation of Michael A. Gral | 3.50 |
| 03-29 | Letter to Judge Halfenger and supplement to pretrial report | .50 |
| ~~03-29~~ | ~~Meeting with Tracy Coenen~~ | ~~2.00~~ |
| 03-30 | Preparation of cross-exam questions | 1.00 |
| 03-30 | Attendance at court hearing | 4.30 |
| ~~03-31~~ | ~~Telephone conversation with Tracy Coenen reporting results~~ | ~~.20~~ |
| 04-01 | Meeting re: projections | 1.00 |
| 04-05 | Telephone conversation re: projections | .30 |
| | **Total:** | **35.50** |

**35.50 hours @ $300.00 per hour:**          **$10,650.00**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

                    Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

### PROFESSIONALS

| 2016 | | |
|---|---|---|
| ~~04-01~~ | ~~Preparation of Amended Affidavit of Disinterestedness and email~~ | ~~1.00~~ |
| ~~04-08~~ | ~~Preparation of Amended Application to Employ and Amended Affidavit of~~ Disinterestedness | ~~1.00~~ |
| | **Total:** | **2.00** |
| | **2.00 hours @ $300.00 per hour:**          $600.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

**ASSOCIATE – DEREK H. GOODMAN**
**Administration**

| **2016** | | |
|---|---|---|
| 02-20 | Met with client to sign Schedules and reviewed Schedules | 1.10 |
| 03-22 | Reviewed Periodic Reports | .80 |
| | **Total:** | **1.90** |
| | **1.90 hours @ $250.00 per hour:** | **$475.00** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

### ASSOCIATE – DEREK H. GOODMAN
#### Motion to Dismiss

| **2016** | | |
|---|---|---|
| 03-22 | Reviewed case law re: motion to dismiss and motion for appointing trustee; | 2.60 |
| 03-22 | edited brief in support of objection; conference with Jonathan V. Goodman re: edits – NO CHARGE | 0.00 |
| 03-29 | Prepared Exhibits for hearing and file same | 1.10 |
| | **Total:** | **3.70** |
| | **3.70 hours @ $250.00 per hour:**       **$925.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

### ASSOCIATE – DEREK H. GOODMAN
#### Professionals

<u>**2016**</u>
03-29    Research case law pertaining to conflict representing corporate affiliates in    2.90
       a Chapter 11; prepared memorandum
       **Total:**    **2.90**
       **2.90 hours @ $250.00 per hour:**        $725.00

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

In re:

Michael A. Gral[1],

           Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## COSTS – February 22, 2016 through April 8, 2016

| | |
|---|---|
| Filing Fee | $30.00 |
| Postage | $101.74 |
| 352 copies @ 10¢ per copy | $35.20 |
| Federal Express to Attorney Ader | $31.68 |
| **Total costs:** | **$198.62** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

### TIME OF ATTORNEY JONATHAN V. GOODMAN

## ADMINISTRATION

| **2016** | | |
|---|---|---|
| 03-15 | Meeting with Michael re:  schedules | 1.50 |
| 04-02 | Attention to email to US Trustee re: meeting with debtor | .30 |
| 04-11 | Follow-up on 341 hearing documents; obtained insurance certificates | .50 |
| 04-26 | Telephone conversation with Michael re:  payment of prepetition taxes | .30 |
| | **Total:** | **2.60** |
| | **2.60 hours @ $300.00 per hour:**        **$780.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331.  **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### BIELINSKI

| 2016 | | |
|---|---|---|
| ~~03-28~~ | ~~Preparation for hearings re: March 30th; telephone conversation with Tracy~~ | ~~3.60~~ |
| | Coenen; telephone conversation with Peter Bray | |
| 04-19 | Attention to email to Brad Hoeschen re:  hearing on April 22nd in state court | .30 |
| 04-20 | Long conversation with Michael Gral re:  various matters including | .30 |
| | Bielinski, SB-1, and other matters | |
| 04-22 | Appearance in state court before Judge Yamahiro | 1.00 |
| 04-24 | Long conversation with Michael re:  2004 exam | .30 |
| ~~04-26~~ | ~~Telephone conversation with Tracy Coenen re:  valuations~~ | ~~.30~~ |
| 05-20 | Preparation of Motion to Strike; Preparation of Opposition to Motion to | 1.00 |
| | Modify Automatic Stay | |
| 05-23 | Meeting with Michael to go over 2004 testimony | 2.00 |
| 05-26 | Meeting with Michael to go over 2004 testimony | 2.00 |
| 05-27 | Attendance at 2004 exam | 4.00 |
| | **Total:** | **14.80** |
| | **14.80 hours @ $300.00 per hour:**        **$4,440.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331.  **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

## CLAIMS

| **2016** | | |
|---|---|---|
| ~~03-14~~ | ~~Telephone conversation with Rusty Long re: his client, TCF Bank~~ | ~~.30~~ |
| 04-20 | Preparation of Notice setting Deadline to File Proofs of Claim | .50 |
| | **Total:** | **0.80** |
| | **.80 hours @ $300.00 per hour:**      **$240.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

---

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

---

### PLAN

**2016**

| | | |
|---|---|---|
| 04-17 | Meeting with Michael re: formation of Plan | 2.50 |
| | **Total:** | **2.50** |
| | **2.50 hours @ $300.00 per hour:** $750.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### PROFESSIONALS

| 2016 | | |
|---|---|---|
| ~~04-18~~ | ~~Attention to email to Laura Steele re:  Amended Application for Employment~~ | ~~.60~~ |
| ~~04-20~~ | ~~Attention to email to Laura Steele re:  new applications for employment~~ | ~~.40~~ |
| | **Total:** | **1.00** |
| | **1.00 hours @ $300.00 per hour:** | **$300.00** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

             Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### Primestar

| 2016 | | |
|------|------|------|
| 05-02 | Telephone conversation with Alex Martin re: adequate protection | .30 |
| 06-10 | Preparation of objection to motion by Wilmington Savings Funds; attention to email to MAG forwarding same | .50 |
| 06-16 | Telephone conversation with Mr. Martin re: motion for relief form automatic stay | .20 |
| 06-17 | Telephone conversation with Mr. Martin re: adequate protection agreement | .40 |
| | **Total:** | **1.40** |
| | **1.40 hours @ $300.00 per hour:**        **$420.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

### ADMINISTRATION

<u>**2016**</u>

| | | |
|---|---|---|
| 05-11 | Attention to email to Michael Gral re: putting taxes on MORs | .30 |
| ~~06-14~~ | ~~Preparation of pre-petition time to respond to request for additional~~ information | ~~.75~~ |
| ~~06-26~~ | ~~Attention to email to Laura Steele forwarding Order~~ | ~~.30~~ |
| | **Total:** | 1.35 |
| | **1.35 hours @ $300.00 per hour:**        **$405.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

          Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### Park Bank

**2016**

06-02    Long conversation with Joe Fenzel re: situation with Park Bank and the      .50
         loan guarantees
         **Total:**      **.50**
         **.50 hours @ $300.00 per hour:**      **$150.00**

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to** *In re Michael A. Gral*, **Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

       Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### PROFESSIONALS

**2016**

| Date | Description | Hours |
|------|-------------|-------|
| ~~05-02~~ | ~~Attendance at meeting with US Trustee's office (attempt to settle disputes unsuccessful)~~ | ~~1.50~~ |
| ~~05-03~~ | ~~Preparation of new Affidavits of disinterestedness; attention to email to MAG~~ | ~~2.00~~ |
| 05-04 | Attention to email to Laura Steele enclosing retainer agreements and resolutions | .30 |
| ~~05-19~~ | ~~Memorandum in support of applications for appointment~~ | ~~.60~~ |
| ~~05-23~~ | ~~Preparation of pre-trial report re: hearing~~ | ~~1.00~~ |
| ~~05-24~~ | ~~Meeting and preparation for hearing~~ | ~~3.00~~ |
| ~~05-25~~ | ~~Attendance at hearing and preparation re: appointment~~ | ~~3.70~~ |
| 05-26 | Preparation of order to obtain compensation without applying to court | .20 |
| 06-03 | Preparation of orders granting first interim applications | .20 |
| 06-06 | Notice of application of interim compensation | .10 |
| 06-06 | Application to approve employment of Albert Solocheck as special counsel; Affidavit of Disinterestedness; Motion for reduction of time | .50 |
| 06-10 | Telephone conversation with Albert Solocheck re: special counsel | .30 |
| | **Total:** | **13.40** |
| | **13.40 hours @ $300.00 per hour:**       **$4,020.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

---

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### PLAN

**2016**

| | | |
|---|---|---|
| 05-10 | Preparation of Schedule IV to Disclosure Statement | 1.00 |
| 06-13 | Preparation of Disclosure Statement | 1.50 |
| 06-15 | Preparation of Notice of Motion and Motion to Extend Exclusivity Period | .50 |
| 06-15 | Preparation of Schedule V of Disclosure Statement | .75 |
| | **Total:** | **3.75** |
| | **3.75 hours @ $300.00 per hour:**       **$1,125.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

Case No. 16-21329
Chapter 11

Debtor-in-Possession.

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### BIELINSKI

**2016**

| Date | Description | Hours |
|---|---|---|
| 05-03 | Attention to email to Neal Levin re: participation in 2004 examination of Bielinski Bros. | .50 |
| 05-03 | Meeting with Michael Gral re: 20004 examination; Bielinski matters; hiring special counsel; drafting of Plan and Disclosure Statement | 2.00 |
| 05-09 | Telephone conversation with Michael Gral re: 2004 examination schedule | .50 |
| 05-10 | Attention to email to Michael Gral re: objections to 2004 examination | .40 |
| 05-10 | Attention to email to Bosack and Stadler re: 2004 examination | .50 |
| 05-11 | Another long meeting with Michael Gral re: 2004 examination and documentation | 1.00 |
| 05-11 | Attention to preparation of motion for relief from order on 2004 examination | 2.00 |
| 05-16 | Attention to email to Neal Levin re: 2004 examination | .30 |
| 05-18 | Meeting with Tracey Coenen and Mark Metz re: valuations | 1.50 |
| 05-26 | Preparation of objection to participation of Estate of Peter Margolis and SB-1 2004 examination | 1.00 |
| 05-27 | Objection to motion for order re: scope of automatic stay | 1.00 |
| 06-01 | Attention to email to Michael Gral re: 2004 examination and SB-1 participation | .40 |
| 06-02 | Preparation of answer to plaintiff's complaint in Bielinski adversary | 1.00 |
| 06-09 | Telephone conversation with Michael Gral re: various matters including Robert Ader, Gibraltar Bank, Albert Solocheck, and Ader responses | .50 |
| 06-13 | Meeting and appearance at motion for relief from automatic stay | 2.50 |
| 06-15 | Attention to email to Stadler and Bosack re: offer of settlement | .75 |
| ~~06-16~~ | ~~Attention to email to Robert Ader re: Ms. Margolis' attempts to contact~~ office personnel | ~~.30~~ |

**Total:**
**14.65 hours @ $300.00 per hour:**     **$4,395.00**

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Case No. 16-21329
Chapter 11

Michael A. Gral[1],

Debtor-in-Possession.

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### Homestead Loans

| 2016 | | |
|---|---|---|
| 05-31 | Meeting with Mr. Gral re: Johnson Bank, Park Bank, loan terms, loan maturation, and Key Biscayne interest rate | 1.00 |
| | **Total:** | **1.00** |
| | **1.00 hours @ $300.00 per hour:**      $300.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

      Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

### Administration

**2016**

| | | |
|---|---|---|
| 07-06 | Attention to email to Laura Steele regarding Julia Gral's credit card | .30 |
| ~~07-21~~ | ~~Attention to email to Michael A. Gral regarding tax accruals*~~ | ~~.10~~ |
| 07-26 | Attention to letter to Laura Steele enclosing checks and fee statements regarding quarterly fees* | .10 |
| | **Total:** | **0.50** |
| | **.50 hours @ $300.00 per hour:**      **$150.00** | |

\* NOTE:  Also divided with Capital Ventures, LLC – Case No. 16-21331

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331.  **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Case No. 16-21329

Michael A. Gral[1],                                    Chapter 11

              Debtor-in-Possession.              Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### Bielinski

**2016**

| | | |
|---|---|---:|
| 07-06 | Long conversation with Michael A. Gral regarding various matters including homestead, committee, attorney for committee, fees and discover regarding Bielinski | 1.00 |
| 07-06 | Preparation of Notice of Examination and letter to Sean Bosack regarding Frank Bielinski | 1.00 |
| 07-08 | Preparation of Declaration regarding Objection to Claim No. 10; email to Michael A. Gral attaching same | .75 |
| | **Total:** | **2.75** |
| | **2.75 hours @ $300.00 per hour:**          $825.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

            Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

---

### TIME OF ATTORNEY JONATHAN V. GOODMAN

---

#### Creditors Committee

**2016**

| | | |
|---|---|---|
| 07-01 | Long telephone conversation with Michael A. Gral regarding committee selection | .50 |
| ~~07-07~~ | ~~Work on email to Laura Steele regarding committee~~ | ~~1.00~~ |
| ~~07-08~~ | ~~Revisions to email to Laura Steele added comments regarding AMEX~~ statements | ~~.75~~ |
| 07-18 | Preparation of Objection to Appointment of Committee of Unsecured Creditors | 1.00 |
| 07-20 | Long conversation with Michael A. Gral regarding various matters but mostly dealing with the committee and opportunities to object to the composition | 1.20 |
| | **Total:** | **4.45** |
| | **4.45 hours @ $300.00 per hour:**           $1,335.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

---

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

---

**Johnson Bank and PrimeStar**

**2016**

| | | |
|---|---|---|
| 07-11 | Telephone conversation with Michael A. Gral regarding his conversation with Johnson Bank | .30 |
| 07-18 | Preparation of reply to Mr. Martin regarding PrimeStar and settlement | .50 |
| | **Total:** | **0.80** |
| | **0.80 hours @ $300.00 per hour:**        **$240.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Case No.  16-21329
Chapter 11

Michael A. Gral[1],

Debtor-in-Possession.

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

### Miscellaneous

**2016**
07-20     Attention to email to Michael A. Gral regarding research on state court     .50
charging orders and bankruptcy
**Total:**     **.50**
**0.50 hours @ $300.00 per hour:**     **$150.00**

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Case No. 16-21329

Michael A. Gral[1],

Chapter 11

Debtor-in-Possession.

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

**Motion to Compromise**

| **2016** | | |
|---|---|---|
| 07-08 | Telephone conversion with Mr. Metz regarding plan for Motion | .30 |
| 07-15 | Telephone conversation with Mr. Metz regarding work on Motion and Brief | .30 |
| 07-26 | Conference call with Michael A. Gral and Mr. Metz regarding Motion | .50 |
| 07-31 | Work on revisions to Brief in support of Motion | 2.00 |
| | **Total:** | **3.10** |
| | **3.10 hours @ $300.00 per hour:**         **$930.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

---

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

---

### Plan

**2016**

| | | |
|---|---|---|
| 07-25 | Work on new projections | 1.50 |
| 07-25 | Alter Plan to meet new projections | 1.00 |
| 07-26 | Further work on Plan changes | 2.00 |
| | **Total:** | **4.50** |
| | **4.50 hours @ $300.00 per hour:** | $1,350.00 |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscaine, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

### TIME OF ATTORNEY JONATHAN V. GOODMAN

#### Professionals

**2016**

| | | |
|---|---|---|
| 07-11 | Telephone conversation with Jason Pilmaier regarding appointment of Solochek | .30 |
| 07-21 | Preparation of Application for interim compensation | 2.00 |
| ~~07-27~~ | ~~Response to objection to UST regarding Third Interim Applicators~~ | ~~1.00~~ |
| | **Total:** | **3.30** |
| | **3.30 hours @ $300.00 per hour:**        $990.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### SB1

**2016**

| Date | Description | Hours |
|------|-------------|-------|
| 07-07 | Response to Janczak regarding her email regarding 2004 exam | .50 |
| 07-21 | Attention to email to Neal Levin re: status of Rule 2004 exam on July 26th | .30 |
| 07-25 | Attention to email to Michael A. Gral regarding offer to settle | .30 |
| | **Total:** | **1.10** |
| | **1.10 hours @ $300.00 per hour:**    $330.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Case No. 16-21329

Michael A. Gral[1],

Chapter 11

      Debtor-in-Possession.

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### LAW CLERK

**2016**

| | | |
|---|---|---|
| ~~07-07~~ | ~~Case law research into creditors committee appointment~~ | ~~3.00~~ |
| ~~07-11~~ | ~~Case law research into creditors committee appointment~~ | ~~3.00~~ |
| ~~07-12~~ | ~~Case law research into creditors committee appointment~~ | ~~1.00~~ |
| ~~07-13~~ | ~~Case law research into creditors committee appointment~~ | ~~2.00~~ |
| ~~07-14~~ | ~~Case law research into creditors committee appointment~~ | ~~3.00~~ |
| 07-26 | Case law research into Dischargeability | 3.20 |
| | **Total:** | **15.20** |
| | **15.20 hours @ $125.00 per hour:**      **$1,900.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral,* Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2016**

| Date | Description | Time |
|---|---|---|
| 09-01 | Telephone conversation with Mark Metz re: appointment of an examiner, dealing with selection of examiner and delegation of duties | .40 |
| 09-01 | Attention to email to Mark Metz confirming telephone conversation and discussion regarding counsel for the committee and the fact that it appeared that there was going to be two counsels | .60 |
| 09-02 | Preparation of Adequate Protection Order and attention to email to Lori Fabian, counsel for Johnson Bank | .75 |
| 09-07 | Preparation of Objection to Appointment Applications | 2.00 |
| 09-07 | Attention to email to Laura Steele re: the Applications and whether she is going to object | .20 |
| 09-08 | Attention to agreed to Adequate Protection Order re: Johnson Bank; preparation of ECF letter to Judge Halfenger re: Order and hearing on September 9th | .30 |
| 09-09 | Preparation of Time re: interim application * | .50 |
| ~~09-14~~ | ~~Redo Time, interim application (for prior months)~~ | ~~2.00~~ |
| 09-15 | Ex parte Motion to Extend Time to File Complete Interim Applications for Fees together with Order Approving** | .20 |
| 09-16 | Attention to Mr. Gral re: failure to file pretrial report | .30 |
| 09-19 | Preparation of Motion to Extend Time to File Pretrial Report and preparation of pretrial report re: Estate of P. Margolis | .50 |
| 09-19 | Preparation of Second Interim Application for Fees ** | 1.00 |
| 09-20 | Long telephone conversation with Mr. Gral re: various matters including Motion to Compromise, Motion for Examiner, involvement of various parties | .40 |
| ~~09-20~~ | ~~Preparation of new time sheets for August and review of old submissions *~~ | ~~.50~~ |
| 09-20 | Further work on fee applications* | .20 |
| 09-21 | Attention to email to Alexander Martin re: problems with his agreed to order particularly regarding the tax language | .50 |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

| 09-21 | Preparation of deposition of Mr. Voeller, of Bielinski Brothers., re: objection to claim | 1.00 |
| 09-21 | Further preparation and deposition | 3.00 |
| 09-21 | Long telephone conversation with Michael A. Gral re: results of deposition | .50 |
| 09-26 | Preparation of Notice of Motion and Motion to Use Credit Cards | .50 |
| | **Total:** | **15.35** |
| | **15.35 hours @ $300.00 per hour:**  **$4,605.00** | |

*Divided with Gral Holdings Key Biscayne, LLC – Case No. 16-21330

**Divided with Gral Holdings Key Biscayne, LLC – Case No. 16-21330 and Capital Ventures, LLC – Case No. 16-21331

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### ASSOCIATE – DEREK H. GOODMAN

**2016**

09-05      Research in marital property law re: individual property interest as former     3.10
           marital property interest (Julia Gral dispute with Estate of Margolis)

**Total:**                                                  **3.10**
**3.10 hours @ $250.00 per hour:**          **$775.00**

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

    Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

**2016**

| | | |
|---|---|---|
| 11-01 | Attention to email to J. Althsul re:  lender having paid the 2014-15 taxes on Mr. Gral's homestead | .20 |
| 11-08 | Attention to email to S. Bosack with cc to client re: fee agreements and informing if documents are not received in five days, there will be a motion to compel | NO CHARGE |
| 11-08 | Attention to email to M. Gral attaching U.S. Trustee's objection to fees | .10 |
| 11-09 | Preparation of order approving use of credit card; attention to email to S. Bosack and L. Steele attaching order | .60 |
| 11-09 | Attendance at hearings on claim objections and on motion to use credit card | 1.80 |
| 11-09 | Attention to telephone conversation with M. Dubis re: examiner status | .20 |
| 11-10 | Attention to email to L. Steele re: what Debtor wants M. Dubis' assignment to be | .75 |
| ~~11-11~~ | ~~Attention to email to J. Althsul re: form of order for use of credit card~~ | ~~.40~~ |
| 11-14 and 11-15 | Attention to emails to J. Altshul re: interference with agreement with bank | .80 |
| 11-15 | Attention to email to J. Althsul re: Wisconsin Department of Revenue claim | .30 |
| 11-16 | Preparation of Notice of Application to Employ Accountant; preparation of Notice of Motion and Motion to Limit Notice | .30 |
| 11-17 | Attention to email to L. Fabian re:  committee objection | .20 |
| 11-18 | Telephone conversation with M. Gral re: MORs and nomenclature on the front | .20 |
| 11-19 | Preparation of objection to 2nd Interim Application of professionals (creditors' committee) | 1.00 |
| 11-23 | Attention to email to M. Gral re: L. Fabian and Johnson Bank | .30 |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

| | | |
|---|---|---|
| 11-28 | Attention to email to L. Steele re: questions about draws | .50 |
| 11-28 | Meeting with M. Gral re: discussing getting ready and documentation for future hearings | 1.00 |
| | **Total:** | **8.65** |
| | **8.65 hours @ $300.00 per hour:** $2,595.00 | |

In re:

Michael A. Gral[1],

         Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

## <u>SUMMARY OF TIME</u>

| <u>Time</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|
| Jonathan V. Goodman | 33.35 | $10,005.00 |
| Costs | | $60.78 |
| **TOTAL:** | **33.35** | **$10,065.78** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

In re:                                          Case No.  16-21329

Michael A. Gral[1],                             Chapter 11

          Debtor-in-Possession.                 Jointly Administered

## <u>COSTS</u>

Postage                                                        60.78
**Total costs:**                                    $    **60.78**

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331.  **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

**2016**

| | | |
|---|---|---|
| 12-01 | Attention to communication to Mark Metz re: selection of examiner | .30 |
| 12-02 | Preparation of Objection to 3rd Application of Altshul and Dash | 1.00 |
| 12-02 | Preparation of 7th Interim Application to pay JVG | .30 |
| 12-02 | Conference call with Michael Gral and Johnson Bank re: settlement and objection of committee | .80 |
| 12-02 | Long telephone conversation with Michael Gral re: preparation for hearing on 12-05 | .40 |
| 12-02 | Attention to email to Michael Dubis forwarding documents he requested | .50 |
| 12-05 | Preparation of Exhibit List and cheat sheet for hearing; meeting with Michael Gral and Derek Goodman to prepare for hearing | 6.00 |
| 12-05 | Attendance at hearing | 1.80 |
| 12-05 | Attention to email to Lori Fabian and telephone conversation with Lori Fabian re: position against committee | .50 |
| 12-05 | Conversation with Derek Goodman re: telephone call from Laura Steele who evidently wanted to try to settle.  I informed Derek Goodman to tell Laura Steele that there would be no settlement | .40 |
| 12-07 | Telephone conversation with Michael Gral re: funding and preparation for the hearing on 12-08 | .50 |
| 12-08 | Attention to telephone call from Michael Dubis re: hearing on even date; telephone conversation with Michael Gral re: conversations with Michael Dubis re: the hearing and what his duties will be | .90 |
| 12-08 | Preparation of letter to Judge Halfenger re: Order granting 2nd application for interim compensation and reimbursement of expenses | .30 |
| 12-08 | Preparation for hearing | .50 |
| 12-08 | Attendance at hearing on examiner | 3.00 |
| 12-09 | Preparation of order regarding applications to pay Jonathan V. Goodman; attention to email to Laura Steele forwarding same | .75 |

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

| | | |
|---|---|---:|
| 12-12 | Attention to email to Lori Fabian re: problem with committee and objection to email and problem with settlement | .40 |
| 12-13 | Attention to email to Laura Steele re: requested changes in the Order Appointing Examiner | .50 |
| 12-13 | Preparation of Objection to Order Granting Second Application for Althsul and Dash | .50 |
| 12-14 | Attention to email to Ader re: documents for examiner | .30 |
| 12-15 | Attention to email to Laura Steele in re: objections to proposed examiner order (send initially to Michael Gral for review) | .40 |
| 12-16 | Attention to phone conversation with Michael Dubis re: meeting with client | .40 |
| 12-20 | Attention to telephone conversation with Michael Gral re: meeting with examiner and preparation therefore | .40 |
| 12-20 | Letter to Judge Halfenger re: Orders on compensation; telephone conversation with Shay Agsten re: the letter and whether it was appropriate | .60 |
| 12-22 | Long meeting with Michael Dubis and Michael Gral | 4.50 |
| 12-23 | Attention to email to Michael Gral, Mark Metz, and Michael Dubis re: when the next meeting will be. | .50 |
| 12-28 | Commence preparation objection to second interim application of attorneys' fees of creditors' committee | 4.50 |
| 12-29 | Preparation of certificate of no objection to order to employ accountant | .20 |
| 12-29 | Preparation of order to employ accountant | .20 |
| 12-30 | Further work re: the application to pay creditors' committee attorneys | 1.00 |
| 12-31 | Further work re: the creditors' committee and finalization of creditors' committee attorney fees | 1.00 |
| | **Total:** | **33.35** |
| | **33.35 hours @ $300.00 per hour:** $10,005.00 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2017**

| | | |
|---|---|---|
| 01-09 | Attention to letter to Michael Dubis re: dates of availability | .30 |
| 01-09 | Attention to email to Michael A. Gral re: dates for meeting with examiner | .30 |
| 01-09 | Attention to email regarding SOFA #9 to Michael A. Gral | .50 |
| 01-10 | Attention to email to Alexander Martin re: 1st mortgage tax payment | .30 |
| 01-10 | Attention to objection to UCC motion for 2004 exam | 1.00 |
| 01-17 | Phone with Michael A. Gral re: future scheduled hearings and paying accountant | .20 |
| 01-19 | Attention to email to Bosack re: January 20th hearing cc: Michael A. Gral | .30 |
| 01-19 | Telephone conversation with Michael A. Gral re: next day hearing and preparation | .40 |
| 01-19 | Work on preparing for January 20th hearing | 1.00 |
| 01-20 | Meeting with Michael A. Gral re: preparation for hearing | .40 |
| 01-20 | Attendance at hearing re: claim objections | 1.00 |
| 01-21 | Attention to emails to Michael A. Gral re: payments to attorneys for creditors committee | .40 |
| 01-21 and 01-22 | Preparation of objection to fees of counsel of creditors committee 4th Application | 3.50 |
| 01-23 | Email to UCC attorney re: request for budgets | .30 |
| 01-23 | Telephone conversation with Michael A. Gral re: BSI and tax escrows | .40 |
| 01-24 | Attention to email to Michael A. Gral forwarding amended SOFA | .30 |
| 01-25 | Attention to email to Jeffrey E. Altshul re: requested budgets | .40 |
| 01-25 | Attention to email to Lori Fabian re: Johnson Bank payments | .20 |
| 01-25 | Attention to email to Alexander Martin re: January payment | .20 |
| 01-26 | Telephone conversation with Michael A. Gral re: meeting with examiner | .30 |
| 01-26 | Attention to email from Jeffrey E. Altshul re: dispute on Debtor's budgets | .50 |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

| 01-26 | Review of property schedules prepared by Michael A. Gral; attention to email from Michael A. Gral re: new property information | 1.00 |
| 01-27 | Meeting with examiner | 5.00 |
| 01-30 | Attention to email to Alexander Martin re: tax payment and tax escrow for home and failure to turn over funds | .50 |
| 01-30 | Long email to Michael Dubis about his mediation of UCC requests | .30 |
| 01-30 | Attention to email to Michael A. Gral re: conversation with Michael Dubis | .30 |
| | **Total:** | **19.30** |

**19.30 hours @ $300.00 per hour:**          **$5,790.00**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Case No. 16-21329

Michael A. Gral[1],

Chapter 11

Debtor-in-Possession.

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### Associate
### Derek H. Goodman

**2017**

| | | |
|---|---|---|
| 01-11 | Review and edit objection re: Motion for 2004 exam | .60 |
| 01-23 | Phone call with Michael Dubis re: supplemental documents. Email regarding same | .40 |
| | **Total:** | **1.00** |
| | **1.00 hours @ $250.00 per hour:** $250.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

In re:                                                    Case No.  16-21329

Michael A. Gral[1],                                       Chapter 11

        Debtor-in-Possession.                             Jointly Administered


## COSTS


| | |
|---|---|
| Court Reporter invoice for Bielinski Deposition | 157.60 |
| Postage | 37.00 |
| 80 photocopies at 10¢ per copy | 8.00 |
| **Total costs:** | **$202.60** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## SUMMARY OF TIME
### February 2017

| Time | Hours | Amount |
|------|-------|--------|
| Jonathan V. Goodman | 16.00 | $4,800.00 |
| Derek H. Goodman | 8.20 | $2,050.00 |
| **TOTAL:** | **24.20** | **$6,850.00** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

### TIME OF ATTORNEY JONATHAN V. GOODMAN

**2017**

| | | |
|---|---|---:|
| 02-02 | Attention to email to Bosack re: materials submitted to examiner | .50 |
| 02-03 | Attention to email to Michael A. Gral re: Estate of Peter Margolis 2nd mortgage | .20 |
| 02-08 | Attention to email to Michael A. Gral re: Ader's summary that was submitted to examiner | .40 |
| 02-10 | Long conversation with Michael Dubis re: alter ego and fraud claims of Bielinski | .60 |
| 02-13 | Long conversation with Michael Dubis re: information he received from opposite side and how it was incorrect | .50 |
| 02-14 | Long conversation with Michael Dubis re: Ader and Margolis and the meeting that was scheduled for 2/16 | .40 |
| 02-14 | Attention to email to Michael A. Gral re: disclosure of items to Bosack | .30 |
| 02-15 | Long conversation with Michael A. Gral re: preparation for meeting with Dubis | .40 |
| 02-23 | Begin preparation of Michael A. Gral for March 1, 2017 hearing | .50 |
| 02-24 | Meeting with Michael Dubis | 2.00 |
| 02-24 | Preparation of Debtor's objection to 5th monthly interim application of counsel for UCC | 1.50 |
| 02-26 | Meeting with Michael A. Gral to prepare responses to certain information to examiner send by opponents | 3.00 |
| 02-27 | Dictation of 3 memos to associate to prepare for hearing; JVG was appearing in Waukesha, Wisconsin for a trial on same date | 1.50 |
| 02-27 | Attention to email to Michael Dubis re: information sent by Nina Beck | 3.00 |
| 02-28 | Long telephone conversation with Michael A. Gral re: preparation for hearing on 3/1 | .50 |
| 02-28 | Preparation of tax memo to Michael Dubis | .70 |
| | **Total:** | **16.00** |
| | **16.00 hours @ $300.00 per hour:**      **$4,800.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

### Associate
### Derek H. Goodman

**2017**

| Date | Description | Hours |
|------|-------------|-------|
| 02-24 | Met with client and Jonathan V. Goodman to prepare for upcoming hearing, and reviewed materials for same | 2.40 |
| 02-28 | Met with client; prepared for hearing on following day; reviewed filings and pleadings | 5.80 |
| | **Total:** | **8.20** |
| | **8.20 hours @ $250.00 per hour:** $2,050.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

In re:                                    Case No. 16-21329

Michael A. Gral[1],                       Chapter 11

          Debtor-in-Possession.    Jointly Administered

## **SUMMARY OF TIME**
### **March 2017**

| Time | Hours | Amount |
|------|------:|-------:|
| Jonathan V. Goodman | 20.05 | $6,015.00 |
| Derek H. Goodman | 5.20 | $1,300.00 |
| Costs | | $49.39 |
| **TOTAL:** | **25.25** | **$7,364.39** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2017**

| Date | Description | Hours |
|---|---|---|
| 03-01 | Attentin to email to Shannon Cummings re: incorrect interest on Michael A. Gral's 1st mortgage | .20 |
| 03-03 | Attention to Michael Dubis requesting retrieval of operating and partnership agreements and appraisals | .20 |
| 03-03 | Preparation of Objection to Michael Dubis' 3rd monthly fee application | 1.00 |
| 03-03 | Attention to telephone call from Michael Dubis re: documents | .10 |
| 03-07 | Attention to email to Jeffrey Altshul re: valuation issues in Michael A. Gral 2004 exam | .30 |
| 03-07 | Long telephone conversation with Michael A. Gral re: fees, Dubis fee and situation, Metz's conversation with Dubis and continuation of Motion to Compromise | .60 |
| 03-08 | Attention to email to Michael A. Gral re: request by committee counsel to settle its interim fee application | .20 |
| 03-11 03-12 | Attention to work on list of objections to committee counsel fee application | 2.50 |
| 03-15 | Attention to long email to Jeffrey Altshul re: global settlement of all issues | .70 |
| 03-16 | Attention to email to Attorney Cummings and Attorney Martin providing correct information as to interest paid on 1st mortgage in 2016 | .30 |
| 03-16 | Attention to long email to Jeffrey Altshul re: settlement of payment of fees and offer to defer | .70 |
| 03-16 | Attention to email to Sean Bosack requesting name of reporter for 2004 exam in May of 2016 | .10 |
| 03-17 | Further work on preparation of Exhibit List re: Jeffrey Altshul fee application hearing | 1.00 |
| 03-20 | Continuation of preparation of Exhibit List and Pretrial Report re: Altshul Fee application | 1.50 |
| 03-24 | Attention to email to Shannon Cummings re: failure to provide correct Form 1098 for interest paid in 2016 on 1st mortgage on Michael A. Gral's residence | .30 |
| 03-24 | Preparation of objection to 120-day application of counsel for UCC | 1.50 |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

| Date | Description | Hours |
|---|---|---|
| 03-27 | Preparation of Exhibit list and Pretrial Report for Goodman fee application – NO CHARGE (Spend 1.00 hours) | 0.00 |
| 03-27 | Attention to email to Michael A. Gral re: notes of March 1st hearing and confidential matters that cannot be disclosed | .75 |
| 03-29 | Meeting with Michael A. Gral in preparation of March 31st hearing and documents to be sent to Altshul | 2.50 |
| 03-29 | Telephone conversation with Shay Agsten re: hearing | .10 |
| 03-29 | Further work on Pretrial Report re: Altshul fee application | 2.00 |
| 03-30 | Attention to email to Sean Bosack re: name of court reporter from 2004 exam | .10 |
| 03-30 | Attention to email to Altshul re: appraisals and meeting to discuss | .20 |
| 03-31 | Preparation for and attendance at hearing on court's decision on motion for summary judgment and adversary proceedings | 3.00 |
| 03-31 | Attention to email to Michael A. Gral re: Park Bank claim | .20 |
| | **Total:** | **20.05** |

**20.05 hours @ $300.00 per hour:**                     **$6,015.00**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

      Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

---

### TIME OF ATTORNEY JONATHAN V. GOODMAN

---

#### <u>Associate</u>
#### <u>Derek H. Goodman</u>

<u>**2017**</u>

| | | |
|---|---|---|
| 03-01 | Met with Michael A. Gral as prelude to hearing on March 1st | .40 |
| 03-01 | Attendance at hearing | 4.80 |
| | **Total:** | **5.20** |
| | **5.20 hours @ $250.00 per hour:**      **$1,300.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

## COSTS

| | |
|---|---|
| Bonded Messenger | $49.39 |
| **Total costs:** | **$49.39** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331.  **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

In re:                                          Case No. 16-21329
                                                Chapter 11
Michael A. Gral[1],

          Debtor-in-Possession.                 Jointly Administered

## SUMMARY OF TIME
### April 2017

| Time | Hours | Amount |
|------|-------|--------|
| Jonathan V. Goodman | 29.35 | $8,805.00 |
| Costs | | $59.08 |
| **TOTAL:** | **29.35** | **$8,864.08** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2017**

| Date | Description | Hours |
|---|---|---|
| 04-03 | Attention to email to Michael Polsky requesting his assistance in settling the disputes with Bielinski Bros. | .60 |
| 04-03 | Attention to email to Sean Bosack re: attempt to settle the disputes with Bielinski Bros. | .50 |
| 04-03 | Work on Objections of the Estate to the interim fee application of creditors committee counsel in anticipation of hearing on May 5, 2017 | 1.75 |
| 04-03 | Meeting with Michael A. Gral to discuss settlement; meeting with Michael Polsky re: fees, the UCC, problem with Michael Dubis, the examiner, the examiner's time and obtaining records from the examiner | .50 |
| 04-11 | Preparation of Michael A. Gral time for March 2017 | .75 |
| 04-13 | Meeting with Michael A. Gral to discuss extension of exclusivity period, file an Amended Plan, meeting with Michael Polsky, documentation to be obtained from Michael Dubis and fee situation regarding payment to UCC and Jonathan V. Goodman | 1.50 |
| 04-13 | Attention to email to Michael Polsky re: matters for discussion at potential April 17, 2017 meeting with Michael A. Gral and Jonathan V. Goodman | .50 |
| 04-14 | Attention to email to Michael Polsky canceling meeting due to illness of Jonathan V. Goodman | .10 |
| ~~04-15~~ | ~~Telephone conversation with Michael A. Gral re: hiring someone to do research re: the appeal (given that firm's associate had left firm)~~ | ~~.20~~ |
| 04-15 | Review of Notice of Appeal documents and request for leave to appeal interlocutory order on summary judgment | 1.00 |
| 04-17 | Preparation of Estate's objection to UCC fees scheduled for May 5, 2017 | 2.00 |
| 04-17 | Attention to email to Michael A. Gral re: appeal and the judicial assignment and opinion that Judge Pepper will recuse herself | .40 |
| ~~04-17~~ | ~~Telephone conversation with Suzie Morenci, an employee of a legal research group out of New York City re: handling appeal research~~ | ~~.30~~ |
| 04-20 | Meeting with Michael Polsky and Michael A. Gral and associate of Michael Polsky | 2.00 |
| 04-20 | Preparation of 10th Application to pay Jonathan V. Goodman (MARCH 2017) | .50 |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

| | | |
|---|---|---|
| ~~04-20~~ | ~~Preparation of Combined Pretrial Report re: Jonathan V. Goodman's fees~~ | ~~1.00~~ |
| | (normally this would be not compensable because it is not work on collecting fees. However, applicant is requesting that applicant be reimbursed for this time because it involves the objection of the UCC to certain fee requests, which were not objected to by the US Trustee, and which was done in retaliation for not providing budgets to UCC and because the UCC's objection was totally without merit). | |
| 04-21 | Attention to email to Michael Polsky thanking him for meeting of April 20, 2017 (NO CHARGE) | 0.00 |
| ~~04-24~~ | ~~Preparation of response to Michael Dubis, which complained about objections to his fee apps~~ | ~~.40~~ |
| 04-24 | Preparation of Objection to the 6th Application for Compensation filed by the UCC by Jeffrey Altshul | 1.50 |
| ~~04-24~~ | ~~Preparation of Exhibit List and Exhibits 1-18 for Combined Pretrial Report (see rationale for entry of April 20, 2017)~~ | ~~.30~~ |
| ~~04-25~~ | ~~Attention to email to Michael Dubis re: offering to not object further to his fees in exchange for providing documentation~~ | ~~.50~~ |
| 04-25 | Review of applicable law re: right to appeal interlocutory order; limited research on the issue | 1.50 |
| 04-25 | Long conversation with Michael A. Gral re: Bielinski Bros' appeal to District Court; how to pay how to resist same; and timing for response | .40 |
| 04-26 | Preparation of Abstract of Transcript of 2004 of Michael A. Gral dated May 27, 2016 | 1.50 |
| 04-26 | Attend scheduling conference re: adversary while appeal is pending | .70 |
| 04-27 | Preparation of Memorandum in Opposition to the Motion of Bielinski Bros. for leave to appeal | 3.50 |
| 04-28 | Conversation with Mr. Wasserman re: agreement to settle dispute re: firm's fee application | .20 |
| 04-28 | Long telephone conversation with Mr. Wasserman re: settling Carlson Dash's fees | .50 |
| 04-28 | Attention to email to Michael Dubis re: documentation and further fee applications | .75 |
| 04-29 | Further preparation for objection to UCC attorney fee requests re: May 5, 2017 hearing | 4.00 |
| | **Total:** | 29.35 |
| | **29.35 hours @ $300.00 per hour:** $8,805.00 | |

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

## COSTS

| | |
|---|---|
| Fedex | $59.08 |
| **Total costs:** | **$59.08** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331.  **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

               Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2018**

| | | |
|---|---|---|
| *04-06 | Read Brief of Margolis Group. Made notes in contemplation of Brief | 1.00 |
| 04-06 | Attention to email to Michael A. Gral re: date for meeting with Attorney Hiltz | .10 |
| 04-07 | Telephone conversation with Attorney Fenzel re: Park Bank – NO CHARGE | 0.00 |
| *04-07 | Further work on reviewing Margolis Brief | .40 |
| *04-08 | Read transcript of 2/14/18 hearing and making notes re: Margolis | 1.30 |
| 04-09 | Preparation of 3rd 120-Day Application for fees | 2.00 |
| **04-10 | Telephone with Michael A. Gral call on various matters including Bielinski estimation of claim, Brief of Margolis, and preparation for hearing on April 11th | .50 |
| 04-11 | Phone with Attorney Hiltz re: various matters including meeting later in the month and objections to Plan | .20 |
| *04-12 | Further review of transcript re: Margolis claim | .30 |
| *04-14 | Further work on transcript re: Margolis | .30 |
| 04-17 | Preparation of Application to Appoint Accountant (Peter Bray) | .50 |
| 04-17 | Attention to email to Attorney Fenzel re: review of Park Bank email – NO CHARGE | 0.00 |
| *04-17 | Commence work on Brief in connection with Margolis claims | .80 |
| 04-19 | Preparation of Affidavit of Disinterestedness of Peter Bray (.50); long email to Peter Bray explaining Application and sending along the Application (.30) | .80 |
| 04-19 | Travel back and forth to Chicago -- NO CHARGE | 0.00 |
| 04-19 | Meeting with Attorney Hiltz in Chicago | 4.00 |
| *04-21 | Work on drafting Brief re: Margolis fees | 1.00 |
| *04-21 | Further work on Brief re: Margolis fees | 1.00 |
| *04-24 | Further work on Brief re: objection to claim of Margolis Group | 1.30 |
| 04-24 | Preparation of Stipulation re: delaying hearing on Disclosure Statement | .80 |
| 04-24 | Review of Attorney Hiltz's changes to Stipulation | .30 |
| 04-25 | Preparation of Notice of Application to Approve Appointment of Peter Bray | .30 |
| *04-25 | Further work on Brief re: Margolis Group | 1.00 |
| *04-26 | Preparation of Schedule A to Margolis Brief | 1.00 |
| *04-26 | Further work on Schedules B, C and D of Brief | 1.30 |
| *04-26 | Long conversation with Mr. Chopko, real estate appraiser for Debtor | .30 |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

**2018**

| | | |
|---|---|---|
| *04-27 | Further work on Brief re: Margolis claim | 1.00 |
| *04-27 | Further work on Schedules B, C and D of Brief | .60 |
| *04-28 | Edit Brief re: Margolis | 1.00 |
| *04-29 | Re-read transcript to supplement Brief | 1.00 |
| 04-30 | Preparation of April 2018 time | .30 |
| | **Total:** | **24.40** |
| | **24.40 hours @ $410.00 per hour:** | **$10,004.00** |

**Advanced Costs**

| | |
|---|---|
| Postage | $ 76.14 |
| 324 copies @ 10¢ per copy | $ 32.40 |
| **TOTAL:** | **$108.54** |

\* Divided between the three jointly-administered bankruptcies

\*\*Divided between *Michael A. Gral* bankruptcy and *Capital Ventures, LLC* bankruptcy

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2018**

| | | |
|---|---|---|
| **05-01 | Attention to email to John Hiltz re: Stipulation between UCC and Michael A. Gral re: treatment of UCC encompassing Bielinski Brother's claim in CV, as treated in competing Plan of Town Bank | .20 |
| *05-01 | Work pertaining to the proposed brief in opposition to the claim of Margolis in all three cases, specifically preparing Schedule F to brief, which contained certain aspects of Mr. Ader's claim for attorney fees and Mr. Kerkman's claim for attorney's fees | .50 |
| *05-01 | Edit changes to the brief re: Margolis | .70 |
| *05-01 | Further work in preparing brief in opposition to the Margolis claims paying particular attention to additional schedules and editing the brief | .40 |
| *05-02 | Preparation of Schedules D and E to the brief, which also is related to specific items objected to in the timesheets of Mr. Ader and Mr. Kerkman | .30 |
| *05-02 | Further work on editing brief re: Margolis | .40 |
| 05-03 | Attention to email to Michael A. Gral and Mr. Hiltz re: meeting in Chicago | .10 |
| *05-03 | Further work on editing brief and schedules | .25 |
| *05-03 | Preparation of stipulation between debtors and Nancy Margolis along with order regarding same and emailing same to Mr. Kerkman, regarding delaying response to Margolis claim in exchange for trying to work out differences | .40 |
| 05-04 | Preparation of motion to obtain secured credit through Michael A. Gral's life insurance | .50 |
| 05-07 | Attention to email to Michael A. Gral re: information on Michael A. Gral's insurance policies | .20 |
| *05-07 | Preparation of revision to proposed settlement agreement with Margolis | .70 |
| 05-09 | Meeting with various parties regarding various issues at Jonathan V. Goodman's office including Debtor and Mr. Metz. Subject of conversation was the adversary proceedings commenced by Mr. Metz, problems with Park Bank and the creditors committee lawyer | 2.00 |
| 05-10 | Attention to email to Mr. Fenzel with a copy of Michael A. Gral re: Park Bank actions against entities owned by Debtor | .50 |
| 05-10 | Phone with conversation with Mr. O'Neill re: Louis Gral – NO CHARGE | 0.00 |
| 05-10 | Preparation of certificate of no objection to 3rd 120-day fee application | .10 |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

**2018**

| Date | Description | Hours |
|---|---|---|
| 05-18 | Attention to email to Michael A. Gral re: admitting service on pleadings – NO CHARGE | 0.00 |
| 05-18 | Attention to email to Michael A. Gral re: conflicts – NO CHARGE | 0.00 |
| 05-18 | Attention to email to Mr. Hiltz re: his fee application and problems with it regarding research activities, inter office meetings and lumping | .50 |
| 05-18 | Preparation of notice of motion to obtain secured credit from Northwestern Mutual Life Insurance Co. | .20 |
| 05-18 | Attention to email to Mr. Hiltz cancelling meeting of 5/22 | .10 |
| 05-18 | Preparation of list of objections to Mr. Hiltz's fee application (.90) email objections to Mr. Hiltz (.10) | 1.00 |
| 05-22 | Preparation of proposed order on motion to obtain secured credit | .30 |
| 05-22 | Attention to email to Mr. Fenzel re: Park Bank and the Gral family – NO CHARGE | 0.00 |
| 05-22 | Long meeting with various parties re: Park Bank problem and law suits vs. various entities – NO CHARGE | 0.00 |
| 05-23 | Preparation of adversary complaint vs. Park Bank | 2.00 |
| 05-24 | Preparation of motion for injunctive relief | 1.00 |
| 05-24 | Work on preparing adversary proceedings vs. Park Bank to restrain them from proceeding against various entities | 1.00 |
| 05-24 | Review of new invoice from Mr. Hiltz for corrections on the original fee application | .50 |
| 05-25 | Preparation of notice of motion for preliminary injunction – NO CHARGE | 0.00 |
| 05-25 | Instructions regarding mailing summons – NO CHARGE | 0.00 |
| 05-29 | Attention to email to Michael A. Gral re: amended fee application of Mr. Hiltz | .10 |
| 05-30 | Preparation of letter to John Herreman re: Park Bank adversary proceeding (Herreman is the Attorney for the tenant of Integral Investments Silver Spring, LLC) – NO CHARGE | 0.00 |
| 05-30 | Motion to Shorten Negative Notice re: objection to Motion for a Preliminary Injunction | .80 |
| *05-31 | Preparation of time for May 2018 | .50 |
| | **Total:** | **15.25** |

**15.25 hours @ $410.00 per hour:**        **$6,252.50**

**Advanced Costs**

| | |
|---|---|
| Postage: | $31.96 |
| Certified Mailing to D. Werner & M.P. Mahoney | $13.76 |
| 136 photocopies at 10¢ per copy | $13.60 |
| **TOTAL:** | **$59.32** |

\* Divided between the three jointly-administered bankruptcies
\*\*Divided between *Michael A. Gral* bankruptcy and *Capital Ventures, LLC* bankruptcy

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],                                    Case No. 16-21329
                                                        Chapter 11

        Debtor-in-Possession.                           Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2018**

| | | |
|---|---|---|
| 07-05 | Phone with Michael A. Gral re: hiring Peter Bray | .20 |
| 07-06 | Preparation of Objection to Motion to Dismiss Adversary Complaint | 1.50 |
| ~~07-06~~ | ~~Meeting to discuss Park Bank problem, UCC proposals, and payment of~~ fees to Attorney Hiltz | ~~1.00~~ |
| ~~07-10~~ | ~~Preparation of letter to Judge Halfenger re: payment to Attorney Hiltz~~ and Jonathan V. Goodman | ~~.40~~ |
| 07-11 | Meeting with Michael A. Gral to discuss Attorney Hiltz issue and declaratory judgment matter being handled by Mark Metz | .20 |
| 07-11 | Preparation of Certificate of No Objection re: Application to Appoint Peter Bray; preparation of Order Appointing Peter Bray | .30 |
| 07-12 | Travel to Chicago to meet with Attorney Hiltz – NO CHARGE | 0.00 |
| 07-12 | Meeting with Attorney Hiltz | 3.50 |
| ~~07-16~~ | ~~Phone conference with Michael A. Gral re: machinations of US Trustee~~ uniting with Park Bank | ~~.20~~ |
| 07-16 | Preparation of term sheet for UCC | 2.50 |
| 07-19 | Phone with Pam Bastian obtaining BPO on Michael A. Gral's home – NO CHARGE | 0.00 |
| 07-24 | Final review of term sheet before forwarding to Attorney Hiltz | .40 |
| ~~07-24~~ | ~~Phone with Attorney Hiltz re: Park Bank problem and his attempts to~~ mediate the issue | ~~.20~~ |
| 08-01 | Phone with Jim Cavanaugh re: testifying at August 15th hearing | .10 |
| 08-02 | Preparation of List of Witnesses for August 15th hearing | .50 |
| 08-06 | Preparation of Exhibit List for August 15th hearing | .50 |
| 08-06 | Attendance at pretrial hearing for August 15th hearing | .20 |
| 08-08 | Meeting with Michael A. Gral re: his 2004 exam | 1.00 |
| 08-09 | Attention to email to Attorney Mason re: documents for Michael A. Gral 2004 exams | .70 |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

| | | |
|---|---|---|
| ~~08-10~~ | ~~Preparation of email to Attorney Hiltz re: transferring money from his trust to his personal account~~ | ~~.20~~ |
| 08-13 | Phone with Jim Cavanaugh re: his inability to testify | .20 |
| 08-13 | Preparation for August 15th hearing | 4.50 |
| 08-14 | Preparation for August 15th hearing | .50 |
| 08-14 | Phone with Attorney Hiltz re: August 15th hearing | .20 |
| ~~08-14~~ | ~~Preparation of report pursuant to document no. 1478; status of payments to Jonathan V. Goodman and Attorney Hiltz~~ | ~~.60~~ |
| 08-14 | Preparation for August 15th hearing | 3.00 |
| 08-15 | Attendance at trial of the adversary proceedings | 7.50 |
| 08-15 | Preparation of Application to Approve Payment to Accountant (.20); preparation of Notice of Application to Approve Payment to Accountant (20); attention to email to Michael A. Gral to review Application and invoice attached thereto (.10) | .50 |
| 08-17 | Meeting with Michael A. Gral to discuss 2004 exam | .50 |
| 08-20 | Preparation of letter to Judge Halfenger enclosing Notice of Motion and Motion to Appoint Receiver in state court case | .60 |
| 08-22 | Long conversation with Mr. Svette representing Cadles of Grassy Meadows re: his interpretation of the UCC term sheet | .40 |
| 08-22 | Preparation of email to L. Steele indicating that Jonathan V. Goodman will object to answering any questions at August 24th 2004 exam of Michael A. Gral | .10 |
| 08-24 | Attendance at 2004 exam | 5.00 |
| 08-28 | Attention to email to Attorney Ader requesting that he withdraw his claim in Michael A. Gral bankruptcy | .10 |
| 08-28 | Attention to email to L. Steele re: questions in writing that she wanted to ask at 2004 exam | .10 |
| 08-29 | Attendance at hearing where Judge Halfenger issued his opinion – NO CHARGE | 0.00 |
| 08-29 | Strategy and meeting with Michael A. Gral after hearings on August 29th | .50 |
| | **Total:** | **37.90** |

37.90 hours @ $410.00 per hour:        **$15,539.00**

**Advanced Costs**

| | |
|---|---|
| Postage: | $28.67 |
| Train Ticket (4/19/18) | $46.50 |
| Train Ticket (7/12/18) | $46.50 |
| 124 photocopies at 10¢ per copy | $12.40 |
| **TOTAL:** | **$134.07** |

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 13, 2016



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

Michael Gral[1],                              Case No. 16-21329-GMH

Debtor-in-possession                          Chapter 11

**ORDER GRANTING IN PART FIRST INTERIM APPLICATION FOR
ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES FILED BY
COUNSEL FOR DEBTOR MICHAEL A. GRAL**

Counsel for the debtors filed its first interim application for payment of fees and
reimbursement of expenses for debtor Michael A. Gral, requesting $21,295 in attorneys'
fees and $198.62 in expenses, for a total of $21,493.62.

Counsel's time descriptions lack sufficient detail, and counsel is instructed to
provide more detailed time descriptions in future fee applications.

The court has reviewed the application and the United States Trustee's response
to the application. The court approves interim fees and costs in the total amount of

---

1 The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key
Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*,
Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. This pleading relates to *In re Michael
Gral*, Case No. 16-21329.

$17,278.62. The court reserves its ruling on $4,215 of the requested fees and may decide to disallow those fees in whole or in part in connection with counsel's final application for compensation.

The $4,215 in fees that are not currently approved relate to the following: two time entries on February 25, 2016, in the amount of 1.9 hours that appear to have been counted twice (compare CM-ECF Doc. No. 114 pages 4 and 8); two time entries on February 26, 2016, in the amount of 0.3 hours that appear to have been counted twice (compare CM-ECF Doc. No. 114 pages 4 and 8); a time entry on March 7, 2016, in the amount of 0.3 hours that states that the debtor's counsel spoke with Tracy Coenen regarding unexplained testimony (p. 8); a time entry on March 8, 2016, in the amount of 0.75 hours that states that debtor's counsel attempted to contact "Peter Bray and Tracey Coenen as witnesses" for unexplained testimony (p. 8); a time entry on March 28, 2016, for 3 hours to "[d]ownload exhibits from Bielinski" (p. 9); a time entry on March 28, 2016, for 0.3 hours for unexplained scheduling (p. 9); a time entry on March 29 for 2 hours for an unexplained meeting with Tracy Coenen (p. 9); a time entry on March 31 for 0.2 hours for an unexplained telephone conversation with "Tracy Coenen reporting results" (p. 9) ; 2 hours of time entries for work performed on the amended affidavits of disinterestedness and applications to employ (p. 10); and a time entry on February 20 in the amount of 1.10 hours for the signature of schedules that are dated March 21, 2016 (CM-ECF Doc. No. 114 at 11 and Doc. No. 52 at 50).

This interim award is subject to further review and possible disgorgement upon final application.

The compensation may only be paid by the Estate of Michael Gral and not from the bankruptcy estates of the other two jointly administered debtors.

#####

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 6, 2016



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

Michael Gral[1],

Case No. 16-21329-GMH

Debtor-in-possession

Chapter 11

**ORDER GRANTING IN PART SECOND INTERIM APPLICATION FOR
ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES FILED BY
COUNSEL FOR DEBTOR MICHAEL A. GRAL**

Counsel for the debtors filed its second interim application for payment of fees and reimbursement of expenses for debtor Michael A. Gral, requesting $6,510 in attorney's fees and $6.90 in expenses, for a total of $6,516.90.

Counsel's time descriptions lack sufficient detail, and counsel is instructed to provide more detailed time descriptions in future fee applications.

The court has reviewed the application and the United States Trustee's response to the application. The court approves interim fees and costs in the total amount of

---

1 The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. This pleading relates to *In re Michael Gral*, Case No. 16-21329.

$4,266.90. The court reserves its ruling on $2,250 of the requested fees and may decide to disallow those fees in whole or in part in connection with counsel's 120-day interim application for compensation. Counsel should file the 120-day interim application for compensation on or before September 15, 2016, covering the time period of April 9, 2016, through August 31, 2016. When counsel files that interim application for compensation, the court will hold a hearing and will determine whether the fees withheld to date should be disallowed in whole or in part.

The $2,250 in fees that are not currently approved are itemized in the supplement filed by the United States Trustee on June 29, 2016. CM-ECF Doc. No. 258.

This interim award is subject to further review and possible disgorgement upon final application.

The compensation may only be paid by the Estate of Michael Gral and not from the bankruptcy estates of the other two jointly administered debtors.

#####

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 8, 2016



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In the matter:

Michael Gral[1],

Case No. 16-21329-GMH

Debtor-in-possession

Chapter 11

---

**ORDER MODIFYING JUNE 9, 2016, ORDER ON INTERIM FEE APPLICATION PROCEDURE AND ORDER GRANTING IN PART THIRD INTERIM APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES FILED BY COUNSEL FOR DEBTOR MICHAEL A. GRAL**

---

Counsel for the debtors filed its third interim application for payment of fees and reimbursement of expenses for debtor Michael A. Gral, requesting $10,815 in attorney's fees and $30.80 in expenses, for a total of $10,845.80.

Counsel's third interim application in part seeks approval of fees for services rendered in months covered by earlier interim fee applications. The United States Trustee objects to these requests. Counsel states that he did not intend the first and second interim

---

1 The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. This pleading relates to *In re Michael Gral*, Case No. 16-21329.

applications to be the only requests for compensation for work performed within the time periods covered by those interim applications. He adds that in his "office system, many times when counsel is ready to dictate time, not all of the time is received contemporaneously with the dictation. In this submission, there is time going all the way back to April which had not been previously billed. All of this time will be resubmitted for final approval in September." CM-ECF Doc. No. 298. This is difficult to understand.

In all events, the intent of the June 9, 2016, order (CM-ECF Doc. No. 208) allowing monthly interim fee applications was that counsel would submit for approval all fees requested for the previous month akin to how a lawyer would bill a client that insists on monthly bills. The order's goal was both to allow counsel a means of receiving interim payments more expeditiously, and to allow the United States Trustee and the court a means to monitor efficiently the estate's ongoing administrative costs. Counsel's submission of requests for approval of time spent in previous months defeats the later goal: it requires the UST and the court to devote resources to evaluating whether there is duplicative billing and it makes any single month's application an unreliable indicator of the fees incurred by the estate.

There should be no future disputes on this score: If counsel desires monthly approval of interim fee applications, all compensable time spent and fees incurred during the month must be reported on a single application filed at or before the time the debtor's monthly operating report for that month is due. Counsel must submit one interim application that covers one discreet time period. Fees sought for time or reimbursement of expenses not so submitted (beginning with fees incurred after the date of this Order) may only be sought as part of a final fee application. With respect to fees sought for time or reimbursement of expenses that have not been submitted before the date of this Order, counsel must submit all such fees or expenses in the 120-day interim application that is due by September 15, 2016.

Additionally, many of counsel's time descriptions lack sufficient detail. Counsel is cautioned that the failure to provide detailed time descriptions is sufficient grounds to deny future requests to approve fees.

Finally, counsel should in the future submit to the court a chronological itemization of time charges for each case or adversary proceeding *not divided by task categories*. This requirement is in addition to whatever format the UST may require.

* * *

The court has reviewed the application and the United States Trustee's objection to the application. The court approves interim fees and costs in the total amount of $6,600.80.

The court reserves decision on approving the additional $4,245 of the requested fees and may decide to disallow those fees in whole or in part in connection with counsel's subsequent 120-day interim application for compensation. Counsel should file the 120-day interim application for compensation on or before September 15, 2016, covering the time period of April 9, 2016, through August 31, 2016. As with future monthly interim fee requests, the 120-day interim applications (indeed all future applications) must be accompanied by a chronological itemization of time not divided by task category. The court may hold a hearing on the 120-day interim application to determine whether the fees withheld to date should be disallowed in whole or in part.

The $4,245 in fees that are not currently approved are as follows: 0.75 hours on June 14; 0.30 hours on June 26; 1.50 hours on May 2; 2.00 hours on May 2; 0.60 hours on May 19; 1.00 hours on May 23; 3.00 hours on May 24; 3.70 hours on May 25; 0.30 hours on June 16; and 1.00 hours on May 31.

This interim award is subject to further review and possible disgorgement upon final application.

The compensation may only be paid by the Estate of Michael Gral and not from the bankruptcy estates of the other two jointly administered debtors.

#####

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: September 21, 2016

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

Michael Gral[1],                          Case No. 16-21329-GMH

    Debtor-in-possession                 Chapter 11

### ORDER GRANTING IN PART FOURTH INTERIM APPLICATION FOR COMPENSATION FILED BY COUNSEL FOR DEBTOR MICHAEL A. GRAL

Counsel for the debtors filed its fourth interim application for payment of fees and reimbursement of expenses for debtor Michael A. Gral, requesting $8,200 in attorney's fees and $113.69 in expenses, for a total of $8,313.69.

Counsel's fourth interim application seeks approval of fees for services rendered

---

1 The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. This pleading relates to *In re Michael Gral*, Case No. 16-21329.

between July 1, 2016, and July 31, 2016.

The court has reviewed the application and the United States Trustee's objection to the application. The court approves interim fees in the amount of $5,845 and costs in the amount of $113.69, for a total of $5,958.69.

The court reserves decision on approving the additional $2,355 of the requested fees and may decide to disallow those fees in whole or in part in connection with counsel's subsequent 120-day interim application for compensation. The court may hold a hearing on the 120-day interim application to determine whether the fees withheld to date should be disallowed in whole or in part.

The $2,355 in fees that are not currently approved are as follows: 1.00 hours on July 7; 3.00 hours on July 7 (law clerk); 0.75 hours on July 8; 3.00 hours on July 11 (law clerk); 1.00 hours on July 12 (law clerk); 2.00 hours on July 13 (law clerk); 3.00 hours on July 14 (law clerk); 0.10 hours on July 21; and 1.00 hours on July 27.

This interim award is subject to further review and possible disgorgement upon final application.

The compensation may only be paid by the Estate of Michael Gral and not from the bankruptcy estates of the other two jointly administered debtors.

#####

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 21, 2016



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

|  |  |
|---|---|
| Michael Gral[1], | Case No. 16-21329-GMH |
| Debtor-in-possession. | Chapter 11 |

**ORDER ON DEBTOR MICHAEL A. GRAL'S SECOND INTERIM APPLICATION
FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES FOR
APRIL THROUGH AUGUST 2016**

Counsel for Michael A. Gral filed a "Second Interim Application for Payment of

Fees and Reimbursement of Expenses of Counsel for the Debtor Michael A. Gral", which

is a final interim application for compensation for work performed and expenses incurred

---

1 The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. This pleading relates to *In re Michael Gral*, Case No. 16-21329.

from April through August 2016. CM-ECF Doc. No. 413. The application requested approval of $31,000 of attorney's fees and $326.31 of expenses.

On July 7, 2016, the court approved $4,260 in attorney's fees and $6.90 in costs, for a total of $4,266.90. CM-ECF Doc. No. 268. The court reserved ruling on $2,250 of requested attorney's fees. *Id.*

On August 9, 2016, the court approved attorney's fees in the amount of $6,570 and costs in the amount of $30.80, for a total of $6,600.80. CM-ECF Doc. No. 312. The court reserved ruling on $4,245 of requested attorney's fees. *Id.*

On September 21, 2016, the court approved attorney's fees in the amount of $5,845 and costs in the amount of $113.69, for a total of $5,958.69. CM-ECF Doc. No. 405. The court reserved ruling on $2,355 in attorney's fees.

On December 5, 2016, the court held an evidentiary hearing on the debtor's final interim application for compensation for the months of April through August 2016. In connection with that application, the debtor asked the court to approve all of the fees that it had previously allowed (as detailed above) plus the fees on which the court had reserved ruling. In addition, the debtor requested that the court approve the attorney's fees and costs incurred by counsel in August 2016, on which the court had not previously ruled. Based on the evidence presented at that hearing, the court allows additional attorney's fees of $9,796.

Accordingly, the court approves a total of $26,471 in attorney's fees and $326.31 in costs, for a total of $26,797.31. This amount includes the amounts approved in Doc. Nos. 268, 312, and 405.

This interim award is subject to further review and possible disgorgement upon final application.

The compensation may only be paid by the Estate of Michael Gral and not from the bankruptcy estates of the other two jointly administered debtors.

#####

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 23, 2016



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In the matter:

Michael Gral[1],                           Case No. 16-21329-GMH

    Debtor-in-possession.              Chapter 11

---

### ORDER ON COUNSEL FOR DEBTOR MICHAEL A. GRAL'S FIFTH (SEPTEMBER 2016) MONTHLY INTERIM APPLICATION FOR COMPENSATION

---

    Counsel for Michael A. Gral filed a document titled "First Application for Fees for the Quarter Commencing September 1, 2016 Through November 30, 2016", requesting $5,380 in attorney's fees and $216.91 in expenses, for a total of $5,596.91, for services rendered and expenses incurred between September 1, 2016, and September 30, 2016. CM-ECF Doc. No. 499.

---

[1] The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. This pleading relates to *In re Michael Gral*, Case No. 16-21329.

For ease of review of the record, an explanation is required. The document that counsel labeled "First Application for Fees for the Quarter Commencing September 1, 2016, Through November 30, 2016" is actually a monthly interim fee application that covers the time period from September 1, 2016, through September 30, 2016. Previously the court has approved four other interim requests for compensation (Doc. Nos. 219, 268, 312 and 405), which collectively cover the period from February 20, 2016, through July 31, 2016. In addition, the debtor has filed a Final Interim Application for Compensation for the time period of April 2016 through August 2016 and in that fee application (CM-ECF Doc. No. 413) he requests that the court approve all of the interim applications the debtor made for April through July 2016 (including some fees from March 2016), as well as requesting approval of the fees and costs incurred in August 2016. Counsel did not file a separate monthly interim fee application for August 2016.

To make the record more clear, I will refer to the debtor's current document, titled, "First Application for Fees for the Quarter Commencing September 1, 2016, Through November 30, 2016," as the fifth monthly interim application for compensation. For ease of review going forward, the debtor should label all monthly interim fee applications by number and month (for, example, the monthly fee application covering the fee requests for October 2016 should be labeled, "Sixth (October 2016) Monthly Interim Application for Compensation", and so on). The debtor should label all 120-day interim fee applications by referring to the time period that the fee application covers (for example, the next 120-day interim fee application will cover September 2016 through December 2016 and should be labeled, "120-Day Interim Application for Compensation for the months of September 2016 through December 2016" and so on).

All 120-day fee applications are due by the 21st day of the month following the close of each 120-day period. For example, the 120-day fee application covering September 2016 through December 2016 is due on January 21, 2017; the 120-day fee application covering January 2017 through April 2017 is due on May 21, 2017 and so on.

In addition, counsel is not required to submit its monthly application for the last month of the 120-day period as a separate document and, instead, may apply for approval of fees and expenses for that month as a part of the 120-day application. For example, in connection with the next 120-day application covering September 2016 through December 2016, the debtor may submit its request for the monthly interim fees for December 2016 as a part of the 120-day interim application for the months of September 2016 through December 2016; the debtor need not file a separate document to request the fees and costs incurred in December 2016.

Counsel's fifth interim application seeks approval of fees for services rendered between September 1, 2016, and September 30, 2016.

The United States Trustee objected to the application in part. CM-ECF Doc. No. 515. The court has reviewed the application and the United States Trustee's objection to the application. The court approves interim fees of $4,630 and costs of $216.91, for a total of $4,846.91. The court reserves decision on approving the additional $750 of the requested fees based on the United States Trustee's objections and may decide to disallow those fees in whole or in part in connection with counsel's subsequent 120-day interim application for compensation. The court may hold a hearing on the 120-day interim application to determine whether it should disallow in whole or in part the fees withheld to date.

The $750 in fees that are not currently approved are as follows: 2.00 hours on September 14 and 0.50 hours on September 20 ("preparation of new time sheets for August and review of old submissions").

This interim award is subject to further review and possible disgorgement upon final application.

The compensation may only be paid by the Estate of Michael Gral and not from the bankruptcy estates of the other two jointly administered debtors.

#####

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 15, 2017



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | |
| | Case No. 16-21329 |
| Michael A. Gral[1], | Chapter 11 |
| Debtor-in-Possession. | Jointly Administered |

**ORDER ON 120-DAY APPLICATION FOR COMPENSATION FOR THE MONTHS OF
SEPTEMBER, 2016 THROUGH DECEMBER, 2016 OF DEBTOR'S COUNSEL (DOC 647)**

The foregoing matter having come on for hearing, and the Court having heard the testimony of

counsel for the Debtor and the objections of the counsel for the Committee, and the Court being otherwise

fully advised in the premises, ORDERS:

1)    That the Objections of the Committee are overruled except that the entry of November 11,

2016 is not allowed in the amount of $120.00.

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

2)       It is further ORDERED that items totaling $540.00 that counsel for the Debtor failed to include in his Combined Pretrial Report are denied and are not part of this Order approving Debtor's counsel's fees.

3)       It is further ORDERED that the total fee award for the Second 120-Day Application for Compensation (Sept-Dec '16) is the sum of $17,865.00. Costs of $460.11 are awarded.  The total award (attorney's fees and costs) is $18,325.11.


4)       It is further ORDERED that the Debtor may only pay such award if the fees and expenses that have been awarded to the counsel for the Committee and approved by the Court to date are paid.

5)       The compensation may only be paid by the Estate of Michael Gral and not from the bankruptcy estates of the other two jointly administered debtors.

6)       It is further ORDERED that this award is subject to further review and recoupment upon final application.

#####

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone:  (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 19, 2017



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

Michael Gral,[1]                        Case No. 16-21329-GMH

    Debtor-in-possession.           Chapter 11

**ORDER GRANTING IN PART SECOND 120-DAY INTERIM APPLICATION FOR
COMPENSATION FOR JANUARY 2017 THROUGH APRIL 2017 FILED BY
COUNSEL FOR DEBTOR MICHAEL A. GRAL**

Counsel for debtor Michael Gral filed its second 120-day interim application for

compensation for January 2017 through April 2017. CM-ECF Doc. No. 754.

On June 16, 2017, the court ordered that counsel for the debtor no longer had to

---

1 The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. This pleading relates to *In re Michael Gral*, Case No. 16-21329.

file 120-day interim applications. CM-ECF Doc. No. 809 at 5. Accordingly, the court will take no action on the second 120-day interim application for compensation (Doc. No. 754) to the extent it covers January 2017 through March 2017. The court will address compensation disputes for that period when debtor's counsel files a final fee application, if at all.

This order addresses counsel's second 120-day interim application for compensation to the extent that it seeks approval of fees for the month of April 2017 because, when counsel filed its second 120-day interim application, counsel included the monthly application for April 2017 as part of the 120-day application. Following a previously ordered procedure, counsel for the debtor did not file a separate April 2017 monthly application.

Counsel's April 2017 application seeks approval of fees for services rendered between April 1, 2017, and April 30, 2017, of $8,805 and expenses of $59.08.

The Unsecured Creditors Committee timely objected to the application. CM-ECF Doc. No. 774. Based on the court's review of the application and the objection, the court approves interim fees of $7,995 and expenses of $59.08, for a total of $8,054.08 for April 2017.

The fees that are not currently approved are as follows: 0.20 hours on 4/15/17 for "Telephone conversation with Michael A. Gral re: hiring someone to do research re: the appeal (given that firm's associate had left firm)"; 0.30 hours on 4/17/17 for "Telephone conversation with Suzie Morenci, an employee of legal research group out of New York City re: handling appeal research"; 1.0 hours on 4/20/17 for "Preparation of Combined Pretrial Report re: Jonathan V. Goodman's fees . . . ."; 0.40 hours on 4/24/17 for "Preparation of response to Michael Dubis, which complained about objections to his fee apps"; 0.30 hours on 4/24/17 for "Preparation of Exhibit List and Exhibits 1-18 for Combined Pretrial Report . . . ."; and 0.50 hours on 4/25/17 for "Attention to email to Michael Dubis re: offering not to object further to his fees in exchange for providing

documentation".

The court may allow or disallow fees not allowed here in connection with counsel's final application for compensation. The court may hold a hearing on the final application to determine whether the fees withheld to date should be disallowed in whole or in part.

This interim award is subject to further review and possible disgorgement upon final application.

The compensation may only be paid by the Estate of Michael Gral and not from the bankruptcy estates of the other two jointly administered debtors.

#####

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: May 11, 2018

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

            Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

**ORDER APPROVING THIRD 120-DAY INTERIM APPLICATION FOR COMPENSATION
FOR THE MONTHS DECEMBER 2017 THROUGH MARCH 2018**

Debtor's counsel having certified that he has received no objection to his Third 120-Day Interim Application for Compensation for the Months December 1, 2017 through March 31, 2018, in the total amount of $22,734.00 in fees and $128.59 in costs, and the Court being otherwise fully advised in the premises, HEREBY ORDERS:

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

That the Third 120-Day Interim Application for Compensation for the Months December 1, 2017 through March 31, 2018 of Debtor's counsel is HEREBY APPROVED. To the extent that funds are available, Debtor may pay counsel the total sum of $22,862.59.

It is further ordered that the award herein is subject to further review upon final application and possible disgorgement.

#####

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 29, 2018



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Michael Gral,[1]           Case No. 16-21329-GMH

    Debtor-in-possession.     Chapter 11

**ORDER ON DEBTOR MICHAEL A. GRAL'S FOURTH 120-DAY INTERIM
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR APRIL 1, 2018 THROUGH AUGUST 31, 2018**

Counsel for Michael A. Gral filed its fourth 120-day interim application for compensation, requesting an award of expenses incurred and fees for services covering the time period April 1, 2018 through August 31, 2018. CM-ECF Doc. No. 1548. Counsel

---

1 The court is jointly administering *In re Michael Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael Gral,* Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. This pleading relates to *In re Michael Gral,* Case No. 16-21329.

requests $31,795.50 in attorney's fees and $301.93 in expenses.

The United States trustee objected to the application. CM-ECF Doc. No. 1569. The court has reviewed the application, the United States trustee's objection to the application and the debtor's reply to the United States trustee's objection. The court approves interim fees of $30,729.50 and expenses of $301.93. The court disapproves $1,066 of the requested fees based on the United States trustee's objection. The $1,066 in fees that are not approved are the 2.6 hours of time specifically itemized in the United States trustee's objection. CM-ECF Doc. No. 1569. These fees are disallowed because there appears to have been no basis for the debtor to contest Park Bank's assertion of its security interest in the cash collateral that the debtor was proposing to use to pay administrative fees. Therefore, the services incurred in that contest were not necessary for, or beneficial to, the chapter 11 case.

These charges are disapproved without prejudice to counsel filing and serving a request for a hearing. Any such request must be filed and served on or before November 12, 2018. If counsel timely files such a request, then the court will set an evidentiary hearing to adjudicate the allowance of all fees requested in the application under 11 U.S.C. §330.

Except to the extent stated above, the United States trustee's objection is overruled.

This interim award is subject to further review and possible disgorgement upon final application.

The compensation may only be paid by the Estate of Michael Gral and not from the bankruptcy estates of the other two jointly administered debtors.

#####

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

          Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## ELEVENTH (MAY 2017) MONTHLY INTERIM APPLICATION FOR COMPENSATION

      Debtor's counsel submits this Eleventh (May 2017) Monthly Interim Application for Compensation in the amount of $7,050.00 in fees and $281.64 in expenses, totaling $7,331.64, filed by counsel for the Debtor without first having to obtain Court permission.

      Attached hereto is the Summary of Time spent in this case for the month of May 2017 and a detailed time record of the requested interim award.

      Dated this _____ day of June, 2017.

                        LAW OFFICES OF JONATHAN V. GOODMAN
                        Attorneys for Debtor

By: _____
      Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

In re:

Michael A. Gral[1],

          Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## SUMMARY OF TIME
### May 2017

| Time | Hours | Amount |
|------|-------|--------|
| Jonathan V. Goodman | 23.50 | $7,050.00 |
| Costs | | $281.64 |
| **TOTAL:** | **23.50** | **$7,331.64** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

In re:                                          Case No.  16-21329
                                                Chapter 11
Michael A. Gral[1],

            Debtor-in-Possession.              Jointly Administered

## COSTS

|                                        |          |
|----------------------------------------|----------|
| 220 photocopies @ 10¢ per copy         | $220.00  |
| Postage                                | $61.64   |
| **Total costs:**                       | **$281.64** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

**2017**

| Date | Description | Hours |
|---|---|---|
| 05-02 | Long telephone conversation with Michael A. Gral re: meeting with the creditors' committee and the fees of the committee | .50 |
| 05-02 | Telephone conversation with Marty Wasserman re: settlement of the application for fees of the committee and specifically Carlson Dash's fees | .50 |
| 05-03 | Preparation notes and preparation for hearing on May 5th re: UCC fees | 1.00 |
| 05-03 | Preparation for hearing on UCC fees | 1.50 |
| 05-04 | Telephone conversation with Mr. Wasserman re: settling the Carlson Dash fee application | .30 |
| 05-04 | Preparation of list of exhibits for May 5th hearing | .40 |
| 05-05 | Preparation of Motion to Extend Exclusivity Period | 1.50 |
| 05-05 | Attendance at hearing on compensation re: creditors' committee | 4.00 |
| 05-08 | Work on preparation of application for fees re: 2nd 120-Day Application for Fees (JVG) | 2.00 |
| 05-09 | Further work on 2nd 120-Day Application for Fees (JVG) | .20 |
| 05-10 | Preparation of Order on 120-Day Application of Counsel for UCC | .60 |
| 05-10 | Preparation of Order on 120-Day Application of JVG – NO CHARGE | 0.00 |
| 05-12 | Phone with Michael A. Gral re: Gral's Plan and extending the exclusivity period for filing a Plan | .30 |
| 05-16 | Preparation of Notice of 2nd 120-Day Application for Fees (JVG) | .30 |
| 05-17 | Letter to Judge Halfenger re: order from May 5th hearing and UCC attorney being impatient | .30 |
| 05-17 | Conference call with Michael A. Gral re: his plan | .10 |
| 05-17 | Review of orders of court re: UCC fees regarding dispute with UCC attorney | .50 |
| 05-17 | Conference call with Michael A. Gral re: various reports of the examiner requested by Michael A. Gral | .40 |
| 05-17 | Attention to email from Attorney for Gibraltar re: hearing on May 19th | .20 |
| 05-17 | Attention to email to Altshul, Bosack, Ader, Steele and Michael A. Gral re: dates for telephone hearing on debtor's motion to extend exclusivity period | .50 |

---

[1] The court is jointly administering *In re Michael A. Gral,* Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral,* Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

| | | |
|---|---|---|
| 05-17 and 05-19 | Preparation of pretrial report re: debtor's objection to 2nd 120-Day Interim Application of UCC from 11-2016 to 02-2017 | 3.50 |
| 05-19 | Attention to email to Altshul re: difference between Goodman's total and Altshul's total re: UCC 2nd 120-Day Application | .30 |
| 05-19 | Attendance at court hearing re: exclusivity | .80 |
| 05-21 | Review of long email from Mr. Dubis: documents he has allegedly spent so much time compiling | .50 |
| 05-22 | Long phone conversation with Lisa Yun from the US Attorney's Office re: her desire to be more involved in hearings and the IRS' claim against client | .40 |
| 05-23 | Attention to email to Altshul re: meeting with the committee | .20 |
| 05-23 | Attention to email to Michael A. Gral re: Ader's subpoena and Park Bank | .40 |
| 05-23 | Phone with Michael A. Gral re: Ader's subpoena | .10 |
| 05-24 | Telephone conversation with Ms. Thomadsen re: her firm's pre-petition claims | .10 |
| 05-25 | Phone with Joseph Fenzel re: Ader's subpoena of Park Bank records | .40 |
| 05-25 | Attention to email to Altshul re: UCC meeting and his fee application | .20 |
| 05-26 | Telephone conversation with Michael A. Gral re: further documentation from the examiner | .20 |
| 05-26 | Phone with client re: prospective meetings with UCC and subpoena from Ader | .30 |
| 05-30 | Preparation of motion to quash subpoena re: estate of Margolis | .50 |
| 05-30 | Attention to email to Michael A. Gral re: the order dispute with attorney for committee re: order on 2nd 120-Day fee application | .30 |
| 05-31 | Phone conversation with client re: Mr. Dubis' documents and 2015 tax return | .20 |
| | **Total:** | **23.50** |
| | **23.50 hours @ $300.00 per hour:**            **$7,050.00** | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

               Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TWELFTH (JUNE 2017) MONTHLY INTERIM APPLICATION FOR COMPENSATION

Debtor's counsel submits this Twelfth (June 2017) Monthly Interim Application for Compensation in the amount of $7,755.00 in fees and $0.00 in expenses, totaling $7,755.00, filed by counsel for the Debtor without first having to obtain Court permission.

Attached hereto is the Summary of Time spent in this case for the month of June 2017 and a detailed time record of the requested interim award.

Dated this 14 day of July, 2017.

LAW OFFICES OF JONATHAN V. GOODMAN
Attorneys for Debtor

By: _____
Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

In re:

Case No.  16-21329
Michael A. Gral[1],
Chapter 11

      Debtor-in-Possession.

Jointly Administered

## SUMMARY OF TIME
### June 2017

| Time | Hours | Amount |
|------|-------|--------|
| Jonathan V. Goodman | 25.85 | $7,755.00 |
| **TOTAL:** | **25.85** | **$7,755.00** |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral,* Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Case No. 16-21329

Michael A. Gral[1],                                              Chapter 11

        Debtor-in-Possession.                         Jointly Administered

---

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

---

**2017**

| Date | Description | Hours |
|------|-------------|-------|
| 06-03 | Long discussion with Michael A. Gral re: Amended Plan of Reorganization | 1.60 |
| 06-05 | Attention to email to J. Altshul re: fees; proposed order indicating dispute of total | 1.50 |
| 06-05 | Telephone conversation with Michael A. Gral re: issues at hearing on June 7th and preparation of projections for Amended Plan and content of those projections | .50 |
| 06-06 | Work on preparation of Amended Disclosure Statement | 1.00 |
| 06-06 | Further work on Amended Disclosure Statement | 6.00 |
| 06-07 | Attendance at June 7th hearing re: multifarious issues | 6.00 |
| 06-08 | Telephone conversation with Michael A. Gral re: the UCC and whether or not BBB should still be on the committee after moving to dismiss | .30 |
| 06-12 | Preparation of Order on 120-Applicaton to pay Jonathan V. Goodman | .40 |
| 06-14 | Review of draft of Amended Disclosure Statement | .60 |
| 06-14 | Preparation of revisions and changes to Amended Disclosure Statement | 1.50 |
| 06-15 | Preparation of First Amended Plan of Reorganization | .75 |
| 06-19 | Preparation of Objection to Motion for Order Directing Rule 2004 Exam | 1.00 |
| 06-21 | Preparation of Objection to Sixth Application to Pay Counsel for UCC | 1.00 |
| 06-21 | Further work on Response to Motion for 2004 Exam | .40 |
| 06-21 | Preparation of revisions of Motion for Order directing Rule 2004 Exam of bank records on Integral Medical, LLC | 1.00 |
| 06-26 | Attention to email to J. Althsul re: fees | .30 |
| 06-26 | Preparation of final version of Disclosure Statement with all attachments and email to Michael A. Gral | .50 |
| 06-28 | Preparation of Objection to Order re: compensation filed by M. Dubis; attention to email to Michael A. Gral sending same | .30 |
| 06-29 | Long phone call with Michael A. Gral re: Amended Plan of Reorganization, 2004 Exam by R. Ader and the mediation | 1.20 |
| | **Total:** | **25.85** |
| | **25.85 hours @ $300.00 per hour:**         **$7,755.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

             Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

---

**THIRTEENTH (JULY 2017) MONTHLY INTERIM APPLICATION FOR COMPENSATION**

---

       Debtor's counsel submits this Thirteenth (July 2017) Monthly Interim Application for Compensation in the amount of $1,680.00 in fees and $0.00 in expenses, totaling $1,680.00, filed by counsel for the Debtor without first having to obtain Court permission.

       Attached hereto is the Summary of Time spent in this case for the month of July 2017 and a detailed time record of the requested interim award.

       Dated this ___ day of August, 2017.

                    LAW OFFICES OF JONATHAN V. GOODMAN
                    Attorneys for Debtor

By: _____
       Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone:  (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

**TIME OF ATTORNEY JONATHAN V. GOODMAN**

**2017**

| Date | Description | Hours |
|------|-------------|------:|
| *07-05 | Telephone conversation with Emily, Judge Kelley's clerk re: mediation hearing | .10 |
| 07-05 | Attention to email to Gral, Bosack, Beck, Levin, Ader, Altshul and Carlson re: mediation hearing before Judge Kelley | .50 |
| *07-07 | Attention to email to Robert Ader re: global settlement | .10 |
| *07-12 | Hearing before Judge Kelley re: mediation | .30 |
| *07-20 | Review of UCC's Disclosure Statement; telephone conversation with Michael A. Gral | .75 |
| *07-21 | Further review of UCC's papers | .70 |
| *07-23 | Further comments and review on UCC's Disclosure Statement and Plan | .30 |
| *07-23 | Work on preparing Position Statement for Judge Kelley (08/16 mediation) | 1.00 |
| *07-24 | Edit Position Paper for Judge Kelley | .25 |
| *07-27 | Further work on preparing Position Statement for Judge Kelley (08/16 mediation) | 1.00 |
| *07-28 | Long conversation with Michael A. Gral re: Florida litigation; UCC plan and Disclosure Statement and mediation statement for Capital Ventures | .10 |
| 07-31 | Preparation of Answers to Ader's Interrogatories | .50 |
| | **Total:** | **5.60** |
| | **5.60 hours @ $300.00 per hour:**      $1,680.00 | |

*Time divided between 3 jointly administered cases as affected all 3 cases.

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

          Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

---

### FOURTEENTH (AUGUST 2017) MONTHLY INTERIM APPLICATION FOR COMPENSATION

---

Debtor's counsel submits this Fourteenth (August 2017) Monthly Interim Application for Compensation in the amount of $2,805.00 in fees and $0.00 in expenses, totaling $2,805.00, filed by counsel for the Debtor without first having to obtain Court permission.

Attached hereto is a detailed time record in this case for the month of August 2017.

Dated this _____ day of September, 2017.

LAW OFFICES OF JONATHAN V. GOODMAN
Attorneys for Debtor

By: _____
Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Case No.  16-21329

Michael A. Gral[1],

Chapter 11

Debtor-in-Possession.

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2017**

| | | |
|---|---|---|
| *08-02 | Further work on Preparation of Fee Applications for the 3 bankruptcies | .40 |
| *08-03 | Attendance and meeting with client, brother, brother's attorney, and father's attorney, re: mediation planning | .80 |
| *08-09 | Preparation of revisions to Position Papers of Debtor incorporating edits | .50 |
| *08-09 | Phone with Michael A. Gral re: Position Statement | .10 |
| *08-10 | Redo Position Statement in mediation for all bankruptcies | .40 |
| 08-14 | Telephone conversation with Michael A. Gral re: Attorney Wagner's attempt to obtain records denied by Judge Halfenger to R. Ader | .30 |
| *08-16 | Attendance at mediation (all day) | 3.00 |
| 08-16 | Preparation of letter to Attorney Wagner re: threat in the event if persists in obtaining bank records | .75 |
| 08-17 | Preparation of objection to UCC Motion to Substitute Counsel | .50 |
| 08-17 | Review of Application of UCC to Substitute Counsel | .30 |
| 08-22 | Telephone conversation with Joe Fenzel re: loss of tenant of Gral Investments | .30 |
| 08-22 | Preparation of Objection to 10th Interim Application for Compensation of counsel for UCC | 1.00 |
| 08-23 | Attention to email to Michael A. Gral re: conversation with Joe Fenzel | .20 |
| 08-25 | Telephone conversation with Michael A. Gral re: Joe Fenzel conversation | .20 |
| 08-30 | Telephone conversation with Michael A. Gral re: additional changes he wanted to Disclosure Statement and Plan | .30 |
| *08-31 | Preparation of August Monthly Fee Applications | .30 |
| | **Total:** | 9.35 |
| | **9.35 hours @ $300.00 per hour:**                          $2,805.00 | |

*Time divided between 3 jointly administered cases as affected all 3 cases.

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

    Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

### FIFTEENTH (SEPTEMBER 2017) MONTHLY INTERIM APPLICATION FOR COMPENSATION

   Debtor's counsel submits this Fifteenth (September 2017) Monthly Interim Application for Compensation in the amount of $1,890.00 in fees and $0.00 in expenses, totaling $1,890.00, filed by counsel for the Debtor without first having to obtain Court permission.

   Attached hereto is a detailed time record in this case for the month of September, 2017.

   Dated this _H_ day of October, 2017.

        LAW OFFICES OF JONATHAN V. GOODMAN
        Attorneys for Debtor

By:                    
        Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2017**

| Date | Description | Hours |
|---|---|---|
| 09-08 | Preparation of letter to Judge Halfenger objecting to BBB's desire to move hearings from 9-11 to 9-18 – NO CHARGE | 0.00 |
| 09-08 | Attention to email to Robert Ader re: payment of Stuart Liebling to prepare 2016 tax returns for Margolis Gral, LLC | .20 |
| 09-11 | Attendance at court hearing on re: application of new law firm and on 12th interim application of committee lawyer | 1.50 |
| 09-12 | Attention to email to Michael A. Gral re: hearing on 9-11 and accrual of administrative expenses | .50 |
| 09-12 | Attention to email to Michael A. Gral forwarding August time – NO CHARGE | 0.00 |
| 09-13 | Attention to email to Michael A. Gral re: funding the estate | .30 |
| 09-15 | Attention to email to Michael A. Gral re: September totals – NO CHARGE | 0.00 |
| 09-15 | Attention to email to Mark Metz re: no objection to proposed stipulation – NO CHARGE | 0.00 |
| 09-20 | Preparation of withdrawal of DOC 314 (Motion to approve compromise) – NO CHARGE. Not filed yet | 0.00 |
| 09-22 | Preparation of objection to 11th application for compensation filed by UCC | 1.50 |
| 09-25 | Review of UCC fee applications for payment purposes | 1.00 |
| 09-26 | Preparation of review and tabulation of UCC fees | .50 |
| 09-27 | Attention to email to Michael A. Gral re: J. Goodman calculations of monies owed to Altshul and Carlson Dash | .50 |
| 09-28 | Attention to letter to Altshul enclosing a check for payment of fees – NO CHARGE | 0.00 |
| 09-29 | Long conversation with Michael A. Gral re: various matters involving his estate including the future payment of administrative expenses, defending declaratory action by non-filing defendants, failure to settle with the committee and the committee members and the failure to settle with the Estate of Margolis (the latter was not charged as part of the time) | .30 |
| | **Total:** | **6.30** |
| | **6.30 hours @ $300.00 per hour:**           **$1,890.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## SIXTEENTH (OCTOBER 2017) MONTHLY INTERIM APPLICATION FOR COMPENSATION

Debtor's counsel submits this Sixteenth (October 2017) Monthly Interim Application for Compensation in the amount of $1,170.00 in fees and $0.00 in expenses, totaling $1,170.00, filed by counsel for the Debtor without first having to obtain Court permission.

Attached hereto is a detailed time record in this case for the month of October, 2017.

Dated this _2_ day of November, 2017.

LAW OFFICES OF JONATHAN V. GOODMAN
Attorneys for Debtor

By: _____
Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC,* Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC,* Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

Case No. 16-21329
Chapter 11

Debtor-in-Possession.

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2017**

| Date | Description | Hours |
|------|-------------|-------|
| 10-20 | Preparation of Second Amended Plan and Second Amended Disclosure Statement | 2.00 |
| 10-25 | Preparation of Objection by Jonathan V. Goodman to Twelfth Application for Compensation by counsel for the UCC | 1.00 |
| 10-25 | Telephone conversation with Michael A. Gral re: Estate of Peter Margolis attempt at state court discovery | .20 |
| 10-25 | Telephone conversation with Michael A. Gral with regard to Offer of Settlement of Mr. Levin | .20 |
| 10-25 | Preparation of additions to Objection by Jonathan V. Goodman to Twelfth Application for Compensation by counsel for the UCC | .50 |
| | **Total:** | **3.90** |
| | **3.90 hours @ $300.00 per hour:**           $1,170.00 | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

**SEVENTEENTH (NOVEMBER 2017) MONTHLY INTERIM APPLICATION FOR COMPENSATION**

Debtor's counsel submits this Seventeenth (November 2017) Monthly Interim Application for Compensation in the amount of $2,310.00 in fees and $0.00 in expenses, totaling $2,310.00, filed by counsel for the Debtor without first having to obtain Court permission.

Attached hereto is a detailed time record in this case for the month of November, 2017.

Dated this ___/___ day of December, 2017.

LAW OFFICES OF JONATHAN V. GOODMAN
Attorneys for Debtor

By: _____
Jonathan V. Goodman

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscayne, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
788 N. Jefferson Street, Suite 707
Milwaukee, WI 53202
Phone: (414) 276-6760; Fax: (414) 287-1199
Email: JGoodman@ameritech.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral[1],

           Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2017**

| | | |
|---|---|---|
| 11-01 | Phone with Michael A. Gral re: new projections for his Plan | .20 |
| 11-01 | Email to Neal Levin re: potential settlement | .40 |
| 11-07 | Attention to email to Neal Levin re: counter-proposal to his most recent email | .10 |
| 11-07 | Further revisions to email to Neal Levin re: settlement | 1.00 |
| 11-08 | Telephone with Michael A. Gral re: Neal Levin settlement | .20 |
| 11-28 | Preparation of Limited Objection to Motion to Employ Hiltz and Zanzig as attorneys for UCC | 1.50 |
| 11-28 | Telephone conversation with Bryan Becker re: representing UCC | .30 |
| 11-28 | Telephone conversation with Forrest Lammimam re: representation of UCC | .30 |
| 11-28 | Long meeting with Forrest Lammiman explaining the case and discussing his representing UCC | 2.00 |
| 11-28 | Preparation of Objection to proposed Order granting motion to employ Hiltz and Zanzig as counsel for UCC | .50 |
| 11-29 | Additional new paragraphs to objection to appointment of Hiltz and Zanzig | .50 |
| 11-29 | Follow up to telephone conversation with Bryan Becker | .20 |
| 11-29 | Attnetin to letter to Christopher Marlowe, CLERK of Lincoln Co., Wisconsin, re: in rem tax foreclosure of Harrison Lake Preserves Subdivision (Georgetown Investment properties) | .50 |
| 11-30 | Attention to email to Michael A. Gral re: mix-up in office regarding limited objection to UCC attorney (NO CHARGE) | 0.00 |
| | **Total:** | **7.70** |
| | **7.70 hours @ $300.00 per hour:**         **$2,310.00** | |

---

[1] The court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Gral Holdings Key Biscaine, LLC*, Case No. 16-21330; and, separately, the court is jointly administering *In re Michael A. Gral*, Case No. 16-21329 and *In re Capital Ventures, LLC*, Case No. 16-21331. **This pleading relates only to *In re Michael A. Gral*, Case No. 16-21329.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Michael A. Gral,

      Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

---

### TIME OF ATTORNEY JONATHAN V. GOODMAN

---

**2018**

| Date | Description | Hours |
|---|---|---|
| 09-04 | Preparation of motion for order declaring Stowell property not property of the estate | .60 |
| 09-05 | Preparation of notice of the motion for order declaring Stowell property not property of the estate | .60 |
| 09-05 | Preparation of notice of motion and motion to shorten time for motion declaring Stowell property not property of the estate | .60 |
| 09-06 | Preparation of draft of letter to L. Katie Mason re: monies of Gral Investment Co. | .40 |
| 09-06 | Attention to email to MAG re: Glendale Medical Center tax returns | .10 |
| 09-07 | Attention to email to MAG re: the Metz declaratory judgment action | .20 |
| 09-07 | Attention to email to Attorney Martin representing first mortgagee re: status of confirmation of Gral plan | .20 |
| 09-12 | Preparation of certificate of no objection to application to pay accountant | .10 |
| 09-12 | Preparation of order approving application to pay accountant for 2016 tax return | .20 |
| 09-13 | Attention to email to Michael A. Gral re: conference call on Sept. 14th – NO CHARGE | 0.00 |
| 09-13 | Attention to email to Atty Hiltz as to whether he is available for a call on Sept. 14th – NO CHARGE | 0.00 |
| 09-14 | Preparation of 4th 120-day interim application for payment of fees J.V. Goodman | .50 |
| 09-18 | Preparation of notice of 4th 120-day interim application for payment of fees of J.V. Goodman | .20 |
| 09-21 | Preparation of draft letter to Judge Halfenger from J.V. Goodman and Atty Hiltz re: hearing on Oct. 11th amended plan of reorganization of debtor | .60 |
| 09-25 | Attention to email to L. Steele with response to her Aug. 28, 2018 questions | .50 |
| 09-25 | Attention to pro forma email to Mr. Morelli re: his questions on operating reports | .40 |
| 09-25 | Attention to email to L. Steele re: 2004 documents and IMC bank statements | .30 |

| | | |
|---|---|---:|
| 09-26 | Changes to email to Mr. Morelli referred to on Sept. 25th | .20 |
| 09-26 | Put into letter from Atty Hiltz and J.V. Goodman changes recommended by Atty Hiltz | .10 |
| 09-28 | Attention to long email to L. Steele re: IMC records | .40 |
| | **Total:** | **6.20** |

    **6.20 hours @ $410.00 per hour:**      **$2,542.00**

**Advanced Costs**

| | |
|---|---|
| Postage: | $55.93 |
| 409 photocopies at 10¢ per copy | $40.90 |
| **TOTAL:** | **$96.83** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral,

      Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2018**

| Date | Description | Hours |
|---|---|---|
| 12-05 | Attention to email with Atty Hiltz setting up conference call | .10 |
| 12-06 | Work on 4th Amended Plan of Reorganization | 1.50 |
| 12-07 | Letter Atty Hiltz enclosing payment – NO CHARGE | 0.00 |
| 12-07 | Letter to Katie Mason enclosing payment | .10 |
| 12-10 | Preparation of Certificate of No Objection and Order Granting Application for Final Compensation of CliftonLarsonAllen, Accountant for Debtor | .20 |
| 12-10 | Conference call with Atty Hiltz and Michael A. Gral (discussing what UCC will accept as to Amended Plan of Reorganization) | .50 |
| 12-17 | Preparation of Disclosure of Compensation received from other entities | .20 |
| 12-24 | Work on changes to the Plan (changes recommend as a result of discussions with UCC attorney) | .30 |
| 12-24 | Further work on changes to the Plan | 1.30 |
| 12-26 | Further work on 4th Amended Plan | .50 |
| 12-27 | Phone with Atty Hiltz re: new plan | .20 |
| 12-27 | Work on Final draft of new Plan | 1.00 |
| | **Total:** | **5.90** |
| | **5.90 hours @ $410.00 per hour:**      **$2,419.00** | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral,

        Debtor-in-Possession.

Case No. 16-21329
Chapter 11

Jointly Administered

### TIME OF ATTORNEY JONATHAN V. GOODMAN

**2019**

| Date | Description | Hours |
|---|---|---|
| 01-03 | Appearance in state court re: BBB vs. Gral | 1.00 |
| 01-10 | Phone with MAG re: creditors committee and J. Hiltz's legal position | .10 |
| 01-11 | Phone with J. Hiltz re: prospects for Plan | .20 |
| 01-16 | Preparation of email to J. Hiltz re: committee concerns for source of funds | .50 |
| 01-16 | Meeting with MAG to go over source of funds to pay UCC | 2.00 |
| 01-25 | Court appearance re: various matters affecting debtor (Gral v. Gral and BBB claim objections) | 1.50 |
| 01-25 | Attempt to contact J. Hiltz – NO CHARGE | 0.00 |
| 01-31 | Phone with MAG re: J. Hiltz meeting | .10 |
| | **Total:** | **5.40** |
| | **5.40 hours @ $410.00 per hour:**     **$2,214.00** | |

**Advanced Costs**
Bonded Messenger (Check to L. Katie Mason)     $9.39

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Michael A. Gral,

        Debtor-in-Possession.

Case No.  16-21329
Chapter 11

Jointly Administered

## TIME OF ATTORNEY JONATHAN V. GOODMAN

**2019**

| Date | Description | Hours |
|------|-------------|------:|
| 02-01 | Phone with John Hiltz re: status of plan acceptance | .20 |
| 02-14 | Phone with John Hiltz re: status of plan acceptance | .20 |
| 03-07 | Phone with John Hiltz re: motion to convert | .20 |
| 03-15 | Phone with John Hiltz re: motion to convert | .20 |
| 03-18 | Meeting with MAG to prepare for hearing on march 20th | 1.00 |
| 03-20 | Attendance at hearing | 1.00 |
| | **Total:** | **2.80** |
| | **2.80 hours @ $410.00 per hour:**      **$1,260.00** | |