THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 24, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Michael Gral,                                Case No. 16-21329-GMH

          Debtor.                                  Chapter 7

**AMENDED ORDER SETTING JUNE 6, 2019, AS THE DEADLINE TO OBJECT TO THE CHAPTER 7 TRUSTEE'S APPLICATIONS TO EMPLOY NATHANIEL CADE, JR., AND CADE LAW GROUP, LLC AS ATTORNEY FOR THE TRUSTEE AND SETTING A JUNE 12 HEARING ON THE APPLICATIONS**

On May 13, 2019, the chapter 7 trustee filed an application to employ Nathaniel Cade, Jr., and Cade Law Group LLC as attorney for the trustee to represent the trustee in adversary proceeding number 17-2277. ECF No. 1665. On May 16 the trustee filed a second application to employ Nathaniel Cade, Jr., and Cade Law Group LLC as attorney for the trustee to "[r]ecover asset on behalf of the bankruptcy estate." ECF No. 1666, at 2.

Local Rule 2014(c) requires the trustee to serve the application on the United States

trustee and the debtor with notice of a 14-day objection period. The record does not demonstrate that the trustee provided the required notice of the objection deadline.

If a party in interest seeks to have the court consider an objection to the either application, it must file and serve that objection on or before **June 6, 2019.**

The court will hold a hearing on both applications on June 12, 2019 at 4:00 p.m. Parties may appear in person or by telephone. To appear by telephone, you must call the Court conference line at 1-888-684-8852, and enter access code 7183566 before the scheduled hearing time.

#####