THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 17, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 7 |
| DATE: | June 12, 2019 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 2016-21329 |
| DEBTOR: | Michael Gral |
| NATURE OF HEARING: | Chapter 7 Trustee's applications to employ Nathaniel Cade and Cade Law Group, LLC, as attorney for the trustee (ECF Nos. 1665 & 1666) |
| APPEARANCES: | Steven McDonald, chapter 7 trustee |
| | Laura Steele, appearing for the United States trustee |
| | Nathaniel Cade, appearing for Cade Law Group, LLC |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Shay A. Agsten |

The court held a hearing on the two applications that the chapter 7 trustee filed to employ Nathaniel Cade and Cade Law Group, LLC as attorney for the trustee.

For the reasons stated on the record, the court approved the chapter 7 trustee's second application to employ Nathaniel Cade and Cade Law Group, LLC, on a contingency-fee

basis to recover assets on behalf of the bankruptcy estate, ECF No. 1666. The court will issue a separate order approving that application.

For the reasons stated on the record, the court will hold in abeyance until July 18, 2019, the chapter 7 trustee's first application to employ Nathaniel Cade and Cade Law Group, LLC, on an hourly-fee basis to represent the trustee in adversary proceeding number 17-2277, ECF No. 1665.

The court will hold an adjourned hearing on July 18, 2019, at 2:00 p.m. on the chapter 7 trustee's first application to employ Nathaniel Cade and Cade Law Group, LLC, on an hourly-fee basis to represent the trustee in adversary proceeding number 17-2277, ECF No. 1665. Parties may appear in person in Courtroom 133, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin or they may appear by telephone. To appear by telephone, you must call the court conference line at 1-888-684-8852, and enter access code 7183566 before the scheduled hearing time.

# # # # #