THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 18, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 7 |
| DATE: | July 18, 2019 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 16-21329 |
| DEBTOR: | Michael A. Gral |
| NATURE OF HEARING: | 1. Chapter 7 trustee's application to employ Nathaniel Cade and Cade Law Group, LLC, as attorney for the trustee |
| | 2. Status hearing on Michael Gral's objection to claim number 10 of Bielinski Bros. Builders, Inc. |
| | 3. United States trustee's motion for an order extending the deadline for the United States trustee and the chapter 7 trustee to file an action under 11 U.S.C. §727 |
| ADV. CASE NO.: | 16-2182 |
| PLAINTIFF: | Bielinski Bros. Builders, Inc. |
| DEFENDANT: | Michael Gral |
| NATURE OF HEARING: | Status hearing |
| ADV. CASE NO.: | 17-2277 |
| PLAINTIFF: | Donald A. Gral, et. al |
| DEFENDANT: | Michael A. Gral, et. al |
| NATURE OF HEARING: | Status hearing |

| | |
|---|---|
| ADV. CASE NO.: | 18-2221 |
| PLAINTIFF: | Park Bank |
| DEFENDANT: | Michael A. Gral |
| NATURE OF HEARING: | Status hearing |
| APPEARANCES: | Jonathan Goodman, appearing for the debtor |
| | Michael Gral, debtor |
| | Laura Steele, appearing for the United States trustee |
| | Nina Beck, appearing for Bielinski Bros. Builders, Inc. |
| | Mark Metz, appearing on behalf of all plaintiffs except for D.J. Gral in Adv. Proc. No. 17-2277, Gral v. Gral |
| | Susan Allen, appearing for Donald J. Gral in Adv. Proc. No. 17-2277, Gral v. Gral |
| | Donald J. Gral |
| | Steven McDonald, chapter 7 trustee |
| | Nathaniel Cade, proposed counsel for chapter 7 trustee |
| | L. Katie Mason, appearing for Park Bank in Adv. Proc. No. 18-2221 |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Shay A. Agsten |

On July 18, 2019, the court held several hearings in cases related to *In re Michael A. Gral*, Case No. 16-21329. A recording of the hearings is posted to the docket.

1. **Status hearing in Adv. Proc. No. 16-2182, Bielinski Bros. Builders Inc. v. Gral**

Plaintiff agreed that this matter should continue to be stayed pending the conclusion of the section 341 meeting of creditors in Michael Gral's chapter 7 case. The court ordered that this matter will continue to be stayed and scheduled a status hearing for August 19, 2019 at 3:00 p.m. in Courtroom 133 of the United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. Parties may appear in person or by telephone. To appear by telephone, you must call the court conference line at 1-888-684-8852, and enter access code 7183566 before the scheduled hearing time.

2. **Status hearing on Michael Gral's objection to claim number 10 of Bielinski Bros. Builders, Inc.**

The court adjourned this status hearing to August 19, 2019 at 3:00 p.m. in Courtroom 133 of the United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. Parties may appear in person or by telephone.

3. **Continued hearing on the chapter 7 trustee's application to employ Nathaniel Cade and Cade Law Group, LLC**

The court held a continued hearing on the chapter 7 trustee's application to employ Nathaniel Cade and Cade Law Group, LLC. The trustee and Mr. Cade informed the court that they have agreed to change the requested compensation for Mr. Cade's services from an hourly rate to a contingency fee. Accordingly, the court noted that the application to employ would need to be amended. The court shortened the notice period of the anticipated amended application to seven days' notice.

4. **Status hearing in Gral v. Gral, Adv. Proc. No. 17-2277**

For the reasons stated on the record, the court set an adjourned hearing in this matter to August 19, 2019 at 3:00 p.m. in Courtroom 133 of the United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. Parties may appear in person or by telephone.

The trustee is authorized to engage in discovery during this time. At the adjourned hearing the estate must be prepared to provide the court with a meaningful explanation of the estate's contemplated theories of recovery; the means, scope, and timing of discovery; contemplated motion practice; willingness to engage in mediation; and time required to have the matter prepared for trial. In addition, the parties should be prepared to address all matters discussed at the July 18, 2019 hearing on this adversary proceeding, and additionally must be prepared to address all of the matters described in Federal Rule of Civil Procedure 16(c)(2).

The examiner, Mr. Dubis, must make available to the trustee and trustee's counsel all documents received or created in his capacity as examiner.

5. **Park Bank v. Gral, Adv. Proc. No. 18-2221**

The parties informed the court that they would be requesting dismissal of this proceeding soon.

6. **Ruling on the United States trustee's motion for an order extending the deadline for the United States trustee and the chapter 7 trustee to file an action under 11 U.S.C. §727**

Although not initially on the court's calendar for a hearing on July 18, the court discussed with the United States trustee the motion for an order extending the deadline for the United States trustee and the chapter 7 trustee to file an action under 11 U.S.C. §727.

For the reasons stated on the record, the court granted the United States trustee's motion in part and extended the deadline for the United States trustee and chapter 7 trustee to file an action under 11 U.S.C. §727 to August 30, 2019. The court stated that it would allow the United States trustee to seek a further extension of that deadline, but any further request for an extension must be filed on or before August 16, 2019. If the United States trustee files a request for another extension by August 16, the court will hold a hearing on that request on August 19, 2019, at 3:00 p.m. in Courtroom 133 of the United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. Parties may appear in person or by telephone.

# # # # #