THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 12, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 7 |
| DATE: | December 10, 2019 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 16-21329 |
| DEBTOR: | Michael A. Gral |
| NATURE OF HEARING: | Status hearing on Michael Gral's objection to claim number 10 of Bielinski Bros. Builders, Inc. |
| ADV. CASE NO.: | 17-2277 |
| PLAINTIFF: | Donald A. Gral, et al. |
| DEFENDANT: | Michael A. Gral, et al. |
| NATURE OF HEARING: | 1. Status hearing |
| | 2. Plaintiffs' motion to dismiss all counterclaims |
| ADV. CASE NO.: | 19-2146 |
| PLAINTIFF: | Patrick S. Layng |
| DEFENDANT: | Michael A. Gral |
| NATURE OF HEARING: | 1. Final Pretrial conference |
| | 2. Plaintiff's motion in limine |
| ADV. CASE NO.: | 16-2182 |
| PLAINTIFF: | Bielinski Bros. Builders, Inc. |
| DEFENDANT: | Michael A. Gral |
| NATURE OF HEARING: | Status hearing |

| | |
|---|---|
| APPEARANCES: | Jonathan Goodman, appearing for the debtor |
| | Michael Gral, debtor |
| | Laura Steele, appearing for the United States trustee |
| | Sean Bosack, appearing for Bielinski Bros. Builders, Inc. in Case No. 16-21329 and Adv. Proc. No. 16-2182 |
| | Mark Metz, appearing on behalf of all plaintiffs except for Donald J. Gral in Adv. Proc. No. 17-2277, Gral v. Gral |
| | Susan Allen, appearing for Donald J. Gral in Adv. Proc. No. 17-2277 |
| | Steven McDonald, chapter 7 trustee appearing in Case No. 16-21329 and Adv. Proc. No. 17-2277 |
| | Nathaniel Cade, attorney for chapter 7 trustee in Adv. Proc. No. 17-2277 |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Shay A. Agsten |

On December 10, 2019, the court held several hearings in cases related to *In re Michael A. Gral*, Case No. 16-21329. A recording of the hearings is posted to the docket.

1. *Gral v. Gral*, Adv. Proc. No. 17-2277 – Plaintiffs' motion to dismiss all counterclaims.

The court took plaintiffs' motion to dismiss all counterclaims under advisement after hearing argument from the parties.

2. *Layng v. Gral*, Adv. Proc. No. 19-2146 – (a) Final Pretrial Conference and (b) United States trustee's motion in limine.

The court held a final pretrial conference in this matter. The parties discussed the United States trustee's motion in limine.

Mr. Goodman informed the court that he did not intend to call the real estate broker, Jay Schmidt, as a witness at the trial.

With respect to the United States trustee's other arguments, the court denied the motion without prejudice to allowing the United States trustee to contest admission of the challenged evidence at trial.

The court ordered Mr. Goodman to provide copies to the United States trustee of all exhibits that have been restricted from public viewing by the clerk. Both parties must bring paper copies of all of their exhibits to trial.

3. *Bielinski Bros. Builders, Inc. v. Gral*, Adv. Proc. No. 16-2182 – Status hearing

The parties agreed that the court should stay this matter pending the court's decision in Adversary Proceeding Number 19-2146. Accordingly, the court will set a hearing in this matter after it issues a decision in Adversary Proceeding Number 19-2146.

4. *In re Michael Gral*, Case No. 16-21329 – Status hearing on Michael Gral's objection to claim number 10 of Bielinski Bros. Builders, Inc.

The parties agreed that the court should stay this matter pending the court's decision in Adversary Proceeding Number 19-2146. Accordingly, the court will set a hearing in this matter after it issues a decision in Adversary Proceeding Number 19-2146.

# # # # #