THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 15, 2020



G. Michael Halfenger
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 16-21329-gmh |
| MICHAEL A. GRAL, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. G. Michael Halfenger |
| | ) | |
| | ) | |

**ORDER ON SECOND AND FINAL APPLICATION FOR COMPENSATION
OF HILTZ ZANZIG & HEILIGMAN LLC AS UCC COUNSEL
FOR THE MONTHS OF APRIL 2018 THROUGH OCTOBER 2019**

Counsel for the Official Committee of Unsecured Creditors of Michael A. Gral, Hiltz Zanzig & Heiligman LLC ("HZH"), has filed its Second and Final Application for Compensation for the Months of April 2018 through October 2019, requesting the amount of $32,516.50 and reimbursement of expenses in the amount of $160.85 and final approval of its First Interim Fee Application in the amount of $44,650.95. CM-ECF Doc. No. 1733.

The court has reviewed HZH's Second and Final Application for Compensation for the Months of April 2018 through October 2019 and related filings. Based on the record before it, the court approves a total of $32,516.50 in attorneys' fees and reimbursement of expenses in the amount of $160.85 for April 2018 through October 2019.

Additionally, the court finally approves all fees and expenses in this matter totaling $77,328.30.

#####