UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

MICHAEL A. GRAL,

  Debtor

Case No. 16-21329-gmh
Chapter 7

MOTION TO SUBSTITUTE COUNSEL FOR CREDITOR DONALD J. GRAL

  The undersigned moves the Court to approve the substitution of Gregory M. Jacobs in place of Susan K. Allen as attorney of record for creditor, Donald J. Gral. The movant certifies that the creditor has been notified of this substitution with adequate time to object or to retain other counsel, and the movant has received no objection to the substitution or notice of retention to other counsel.

  Dated: January 21, 2020.

STAFFORD ROSENBAUM LLP

By <u>Electronically signed by Gregory M. Jacobs</u>
Gregory M. Jacobs
State Bar Number 1101064

1200 North Mayfair Road, Suite 430
Milwaukee, WI 53226-3282
Email: gjacobs@staffordlaw.com
414.982.2854