THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 23, 2020



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

MICHAEL A. GRAL,

    Debtor

Case No. 16-21329-gmh
Chapter 7

ORDER APPROVING SUBSTITUTION OF COUNSEL
FOR CREDITOR DONALD J. GRAL

Having reviewed the motion to substitute counsel for creditor, Donald J. Gral,

**IT IS HEREBY ORDERED:**

1. The motion is granted.

2. Gregory M. Jacobs is substituted in place of Susan K. Allen as counsel for record for creditor, Donald J. Gral.

#####