**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN**

MICHAEL A. GRAL                      CASE NO. 16-21329-GMH

                                                        Chapter 7

                Debtor(s).

## STATEMENT OF ABANDONMENT

Pursuant to the Notice of Trustee's Proposed Abandonment, which was duly mailed to creditors and parties in interest, and no timely objections having been filed and sustained, the Trustee hereby abandons the Estate's interest in the following property:

| Item: | Debtor's Scheduled Value: | Trustee's Estimated Value: | Amount Claimed Exempt: | Lien or Security Interest in Property: | Amount left for Trustee to Administer: |
|---|---|---|---|---|---|
| REAL PROPERTY: 6823 N. BARNETT LANEFOX POINT, WI 53217 | $1,025,000.00 | $1,025,000.00 | $75,000.00 | $1,098,579.00 | $0.00 |
| VEHICLE: MERCEDES BENZ CLK 3201999 / 85,390VEHICLE WAS IN AN ACCIDENT IN JUNE 2015 AND IS BEING REPAIRED | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| HOUSEHOLD GOODS | $2,915.00 | $2,915.00 | $2,915.00 | $0.00 | $0.00 |
| ELECTRONICS: 2-28" TVS, 30"TV, 18" TV, AUDIO EQUIPMENT, B-BOX, FAX AND COPY MACHINE, 2-LAPTOP COMPUTERSVALUE INCLUDED IN NO 6 - HOUSEHOLD GOODS AND FURNISHINGS | $500.00 | $500.00 | $500.00 | $0.00 | $0.00 |
| COLLECTIBLES OF VALUE - SEE NO. 6 HOUSEHOLD GOODS AND FURNISHINGS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| EQUIPMENT FOR SPORTS AND HOBBIES: 3-PAIR OF SKIS, 3-SETS OF GOLF CLUBS, WEIGHT BENCH AND WEIGHTS, PING PONG TABLE, 3-BICYCLESVALUE INCLUDED IN NO.06 HOUSEHOLD GOODS AND FURNISHINGS | $200.00 | $200.00 | $200.00 | $0.00 | $0.00 |

1

| Item: | Debtor's Scheduled Value: | Trustee's Estimated Value: | Amount Claimed Exempt: | Lien or Security Interest in Property: | Amount left for Trustee to Administer: |
|---|---|---|---|---|---|
| PETS: 1-DOG, 1-CAT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SECURED CREDIT CARD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CHECKING ACCOUNT – U.S. BANK (IN NAME OF REVOCABLE TRUST) | $3,531.00 | $3,531.00 | $3,531.00 | $0.00 | $0.00 |
| CHECKING ACCOUNT - WESTBURY BANK (IN NAME OF REVOCABLE TRUST) | $335.00 | $335.00 | $335.00 | $0.00 | $0.00 |
| IRA - ROBERT W. BAIRD | $23,235.00 | $23,235.00 | $23,235.00 | $0.00 | $0.00 |
| INSURANCE POLICY: NORTWESTERN MUTUAL (3 POLICIES) (SUBJECT TO LOAN OF $260,931.00) BENEFICIARY: JULIA G. GRAL | $286,853.00 | $286,853.00 | $25,922.00 | $260,931.00 | $0.00 |
| CHECKING ACCOUNT: U.S. BANK (in name of revocable trust) | $76.58 | $76.58 | $76.58 | $0.00 | $0.00 |

Dated this 27th day of January, 2020.

/s/ Steven R. McDonald
Steven R. McDonald, Chapter 7 Trustee
7300 S. 13th Street, Suite 201
Oak Creek, WI 53154
(414) 226-2200 Telephone
(414) 289-8384 Facsimile
smcdonald@mcdonaldlawllc.com