UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

    Michael A. Gral                                      Case No. 16-21329-GMH
                                                          (Chapter 7)

            Debtor.

## STIPULATION WITHDRAWING DEBTOR'S OBJECTION
## TO CLAIM NO. 10 OF BIELINSKI BROS. BUILDERS, INC.

Michael A. Gral ("Gral") and Bielinski Bros. Builders, Inc. ("Bielinski") (Bielinski, together with Gral, the "Parties"), by their undersigned attorneys, hereby stipulate and agree as follows:

    1.    On May 10, 2016, Bielinski filed an adversary proceeding against Gral seeking a determination that Gral's debt to Bielinski be found non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2), (4), and (6). Adversary proceeding No. 16-2182 (the "Adversary Proceeding")

    2.    On July 11, 2016, Gral filed an objection to the proof of claim number 10 of Bielinski in his bankruptcy case (the "Objection"). See Case No. 16-21329, ECF No. 278.

    3.    In an effort to resolve any and all issues between the Parties, Bielinski has agreed to dismiss the Adversary Proceeding, with prejudice, and Gral has agreed to withdraw the Objection, with prejudice.

**WHEREFORE**, the Debtor hereby withdraws his Objection to Claim No 10 of Bielinski Bros. Builders, Inc., (Docket No. 278), with prejudice, and Bielinski acknowledges and agrees that Gral's withdrawal of his objection to Claim No 10 of

Bielinski Bros. Builders, Inc. shall have no preclusive effect or res judicata consequences on the rights of any third parties with regards to Bielinski's underlying claim.

Dated this 28th day of February, 2020.

| | |
|---|---|
| One East Main Street<br>Suite 500<br>Madison, WI 53703<br>608-284-2654 (phone)<br>608-257-0609 (fax)<br>kstadler@gklaw.com | GODFREY & KAHN, S.C.<br><br>/s/ Katherine Stadler<br>Katherine Stadler<br>Attorneys for Bielinski Bros. Builders, Inc. |
| P.O. Box 631<br>Madison, WI 53701<br>608-310-5510 (direct)<br>608-310-5525 (fax)<br>oreiher@demarb-brophy.com | DeMARB BROPHY LLC<br><br>/s/ Olivier H. Reiher<br>Olivier H. Reiher<br>Attorneys for Michael A. Gral |